# EXHIBIT INDEX

EXHIBIT INDEX:

Exhibit 1: "Sweeping New Report on Global Environmental Impact of Plastics Reveals Severe Damage to Climate". Center for International Environmental Law (CIEL)…………...1

Exhibit 2: "Climate Change; Opportunities to Reduce Federal Fiscal Exposure". United States Government Accountability Office (GAO)………………………………………110

Exhibit 3: "Implications of Climate Change for the U.S. Army". Department of Defense (DoD)……………………………………………………132

Exhibit 4: "Evaluating the Performance of Past Climate Model Projections". Geophysical Research Letters…………………………………………………………………..185

Exhibit 5: "Climate Change and the Federal Reserve". Glen Rudebusch………………….....196

Exhibit 6: "Global increase in major tropical cyclone exceedance probability over the past four decades". National Oceanic and Atmospheric Administration (NOAA)…………...202

Exhibit 7: "What Climate Change Means for Puerto Rico". United States Environmental Protection Agency (EPA)……………………………………………………...209

Exhibit 8: "Evolving Hurricane Risk in Puerto Rico". Kerry Emanuel………………………..212

Exhibit 9: "Climate change to blame for Hurricane Maria's extreme rainfall". American Geophysical Union……………………………………………………………..226
   9-1: "Climate change to blame for Hurricane Maria's extreme rainfall" – Supporting Information 1………………………………………………………….....237
   9-2: "Climate change to blame for Hurricane Maria's extreme rainfall" – Supporting Information 2……………………………………………………….....238

Exhibit 10: "Global Climate Risk Index 2020". Germanwatch………………………………...243

Exhibit 11: "Sources, Abundance, and Fate of Gaseous Atmospheric Pollutants". American Petroleum Institute (API)……………………………………………………..288

Exhibit 12: "Dec. 7, 1978 – Henry Shaw's Memo to David Edward, Jr. EXXON" Henry Shaw…………………………………………………….294

Exhibit 13: "The Greenhouse Effect – 1978 EXXON Presentation…………………….....301

Exhibit 14: "Oct. 16, 1979 – Steve Knisely's Memo to R. L. Hirsch. EXXON". Steve Knisely…………………………………………………………………...336

Exhibit 15: "Nov. 19,1979 – Exxon's Henry Shaw's Memo to H.N. Weinberg about Research in Atmospheric Science". Henry Shaw…………………………………………….363

Exhibit 16: "Oct. 16, 1979 – W.L. Ferrall's correspondence to R.L. Hirsch re Controlling Atmospheric CO2". W.L Ferrall…………………………………………………...366

Exhibit 17: "1980's API's CO2 Task Force members meetings minutes". American Petroleum Institute (API) CO2 Task Force…………………………………………………....393

Exhibit 18: "Aug. 18, 1981 – Roger Cohen's EXXON Internal Memorandum". Roger Cohen……………………………………………………………………………….411

Exhibit 19: "May 15, 1981 – Henry Shaw's Internal Memorandum to EXXON". Henry Shaw………………………………………………………………………………..416

Exhibit 20: "Climate Models and CO2 Warming a Selective Review and Summary". American Petroleum Institute (API)………………………………………………………………419

Exhibit 21: "Nov. 12, 1982 – M.B. Glaser's EXXON CO2 'Greenhouse' Effect". M.B. Glaser…………………………………………………………………………………..447

Exhibit 22: "Inventing the Future Energy and the CO2 'Greenhouse Effect". E.E. David…....494

Exhibit 23: "Dec. 18, 1980 – Henry Shaw's EXXON 'CO2 Greenhouse Effect Technological Forecast". Henry Shaw…………………………………………………………......512

Exhibit 24: "The Greenhouse Effect". Shell Greenhouse Effect Working Group……………..527

Exhibit 25: "Feb. 22, 1989 – "Duane G. Levine's Potential Enhanced Greenhouse Effects Presentation". Duane G. Levine………………………………………………….....619

Exhibit 26: "Fall 1989 – EXXON's Internal Newsletter". Brian Flannery…………………......654

Exhibit 27: "Aug. 3, 1988 – Joseph M. Carlson Memorandum on The Greenhouse Effect". Joseph M. Carlson…………………………………………………………………....657

Exhibit 28: "Propaganda Strategy". Information Council for the Environment (ICE)….….......666

Exhibit 29: "International Environmental Treaty". United Nations Framework Convention on Climate Change (UNFCCC)…………………………………………………….....716

Exhibit 30: "The Enhanced Greenhouse Effect; A Review of the Scientific Aspects". Shell......................................................................................................................742

Exhibit 31: "Predicting Future Climate Change; A Primer". Gregory J. Dana…………….......771

Exhibit 32: "Changing Weather? Facts and Fallacies About Climate Change". Accu-Weather, Inc………………………………………………………………………………….....794

Exhibit 33: "Global Warming; Who's Right". EXXON……………………………………….....797

Exhibit 34: "Reinventing Energy: Making the Right Choices".
American Petroleum Institute………………………………………………………….......806

Exhibit 35:
    35-1: "GCIP's Ads" Global Climate Information Project (GCIP)………………............900
    35-2: "GCIP's Ads" Global Climate Information Project (GCIP)………………............901
    35-3: "GCIP's Ads" Global Climate Information Project (GCIP)………………............902

Exhibit 36: "Global Climate Science Communication Team Action Plan". American Petroleum
Institute (API)………………………………………………………………………….......904

Exhibit 37: "A Clear Canada". Imperial Oil Review…………………………………….............914

Exhibit 38: "The Global Warming Petition Project". Global Climate Science Communications
Team (GCSCT)……………………………………………………………………….......919

Exhibit 39: "Frederick Seitz – Supporting cover letter"……………………………….............933

Exhibit 40: "Environmental Effects of Increased Atmospheric Carbon Dioxide". Arthur B.
Robinson, Et Al…………………………………………………………………….........936

Exhibit 41: "Global Climate Science Communications – Action Plan"…………………...........949

Exhibit 42: "Assessing ExxonMobil's Climate Change Communications (1977-2014)"..........959

Exhibit 43: "The Scientific Consensus on Climate Change".
Sander L. van der Linden, Et. Al…………………………………………………...........979

Exhibit 44: "Forged Letters from Creciendo Juntos and National Association of the
Advancement of Colored People". Bonner and Associates…………………...........988

Exhibit 45: "Climate Truth File 2016". (CFACT)………………………………………….......995

Exhibit 46: "Why Scientists Disagree About Global Warming". (NIPCC)..............................1012

Exhibit 47: "Global Warming and the Kyoto Protocol; Paper Tiger, Economic Dragon".
American Legislative Exchange Council (ALEC).................................................1148

Exhibit 48: "Sons of Kyoto". Alexandra Liddy Bourne.........................................................1161

Exhibit 49: "Global Warming FAQ What Every Citizen Needs to Know About Global
Warming". Competitive Enterprise Institute (CEI)................................................1172