# RICO STATEMENT EXHIBIT INDEX

RICO EXHIBIT INDEX:

Exhibit A: "Global Climate Science Communications – Action Plan" ............................................... 1

Exhibit B: "What the Experts Say About Global Climate Change". Global Climate Coalition (GCC) ............................................................................................................................................. 11

Exhibit C: 1991 – Information Council for the Environment (ICE) ............................................ 24

Exhibit D: 2009 – Forged letters from coal industry to Congress – Creciendo Juntos and National Association of the Advancement of Colored People ..................................................... 74

Exhibit E:   E-1: May 28, 2019. "Reviews of Climate Change Reconsidered". NIPCC .......... 81
    E-2: "Sponsors – The Heartland Institute". NIPCC.
    E-3: "Links". NIPCC.
    E-4: "Media Coverage". NIPCC.
    E-5: "Replies to Critics". NIPCC.
    E-6: "Reviews of Why Scientists Disagree". NIPCC.
    E-7: "Sponsors – Science and Environmental Policy Project (SEPP)". NIPCC.
    E-8: "Sponsors – Center for the Study of Carbon Dioxide
    and Global Change". NIPCC.
    E-9: NIPCC webpage.

Exhibit F: Climate Depot webpage ............................................................................................ 133

Exhibit G: "Climate Hustle: The film that changes the climate of debate on global warming". 146

Exhibit H: "Climate Truth File 2016". CFACT ......................................................................... 149

Exhibit I: CO2 Coalition website .............................................................................................. 166

Exhibit J: The Heartland Institute webpage .............................................................................. 242

Exhibit K: GlobalWarming.org webpage .................................................................................. 246

Exhibit L: CO2 Science webpage ............................................................................................. 249

Exhibit M: Mobil Advertisements ............................................................................................ 255

Exhibit N: Exxon Advertisements ............................................................................................ 301

Exhibit O: "Group Scenarios 1998-2020". Shell International ................................................. 358