# EXHIBIT A

**Joe Walker**

TO:             Global Climate  Science Team
CC :            Michelle Ross: Susan Moya
Subject:        Draft Global Climate Science Communications Plan

As promised attached is the draft global climate science Communication Plan that we developed during our workshop last Friday. Thanks especially to those of you who participated in the workshop, and in particular to join Adams for his very helpful though following up our meeting, and Alan Caurdill for tuning around the notes from our workshop so quickly

Please review the plan and get back to me with your comment as soon as possible.

As those of you who were at the workshop know we have scheduled a follow-up team meeting to review the plan in person on Friday, April 17, from 1 to 3 pm. at the API headquarters. After we hope to have a "Plan champion" help us move it forward to potential funding sources, perhaps starting with the global climate "Coordinating Council - that will be an item for discussion on April 17.

Again thanks for your hard work on this project. Please email, call or fax me with your comment. Thanks

Regards,
Joe Walker

## Global Climate Science Communications

## Action Plan

## Project Goal

A majority of the American public including industry leadership, recognizes that significant in certainties exit in climate science, and therefore raises questions among those (e.g, Congress) who chart the future U. S. courts on global climate change.

Progress will be measured towards the goal. A measurement of the publics perspective on climate science will be taken, before the plan is launched, and the same measurement will be taken at one or more as yet-to-be-determined intervals as the plan is implemented

## Victory Will Be Achieved When

- Average citizens "understand" (recognize) uncertainties in climate science; recognition of uncertainties becomes part of the "conventional  wisdom"

- Media " understands" (recognizes) uncertainties in climate science

- Media coverage reflects balance on climates science and recognition of the validity viewpoints that challenge the current "conventional wisdom"

- Industry senior leadership understands uncertainties in climates science, making them stronger ambassadors to those who shape climate policy

- Those promoting the Kyoto treaty on the basis of extant science appear to be out of touch with reality.

## Current Reality

Unless "climate change" becomes a non-issue, meaning that the Kyoto proposal is defeated and there are no further initiatives to thwart the threat of climate change, there may be no in comment when we can declare victory for our effort. It will be necessary to establish measurement for the science effort to track progress toward achieving the goal and strategic success

2

Because the science underpinning the global climate change theory has not been challenged effectively in the media or through other vehicles reaching the Amen can public; there is widespread ignorance, which works in favor of the Kyoto treaty and against the best interests of the United States. Indeed, the public has been highly receptive to the Clinton Administration's plans. There has been little, if any, public resistance or pressure applied to Congress to reject the treaty, except by those "inside the Beltway" with vested interests.

Moreover, from the political viewpoint, it is difficult for the Unites States to oppose the treaty solely on economic grounds, valid as the economic issues are. It makes it too easy for other to portray the Unites States as putting preservation of its own lifestyle above the greater concerns of mankind. this argument in turn forces our negotiators to make concessions that have not been well thought through, and in the end may do far ,more harm than good.  This is the process that unfolded at Kyoto, and is very likely to be repeated in Buenos Aires in November 1998.

The advocates of global warming have been successful on the basis of skillfully misrepresenting the science and the extent of agreement on the science, while industry and its partners ceded the science and fought on the economic issues. Yet if we can show that science does not support the Kyoto treaty — which most true climate scientists believe to be the case — this puts the United States in a stronger moral position and frees its negotiators from the need to make concessions as a defense against perceived selfish economic concerns.

Upon this tableau, the Global Climate Science Communications Team (GCSCT) developed an action plan to inform the American public that science does not support the precipitous actions Kyoto would dictate, thereby providing a climate for the right policy decisions to be made. The team considered results from a new public opinion. survey in developing the plan.

Charlton Research's survey of 1,100 "informed Americans" suggests that while Americans currently perceive climate change to be a great threat, public opinion is open to change on climate science. When informed that "some scientists believe there is not enough evidence to suggest that [what is called global climate change] is a long-term change due to human behavior and activities," 58 percent of those surveyed said they were more likely to oppose the Kyoto treaty. Moreover, half the respondents harbored doubts about climate science.

GCSCT members who contributed to the development of the plan are A- John  Adams, John Adams Associates; Candace Crandall, Science and Environmental Policy Project; David Rothbard, Committee For A Constructive Tomorrow; Jeffrey Salmon, The Marshall Institute; Lee Ganigaru Environmental Issues Council; Lynn Bouchey and Myron Ebell, Frontiers of Freedom; Peter Cleary, Americans far Tax Reform; Randy Randol, Exxon Corp.; Robert Gehrl, The Southern Company; Sharon Kneiss, Chevron Carp; Steve Milloy, The Advancement of Sound Science Coalition; and Joseph Walker. American Petroleum Institute.

The action plan is detailed on the following pages.

April 3,1998

# Global Climate Science Communications

## Action Plan

Situation Analysis

In December 1997, the Clinton Administration agreed in Kyoto, Japan, to a treaty to reduce greenhouse gas emissions to prevent what it purports to be changes in the global climate caused by the continuing release of such emissions. The so-called greenhouse gases have many sources. For example, water vapor is a greenhouse gas But the Clinton Administration's action, if eventually approved by the U5.Senate, will mainly affect emissions from fossil fuel (gasoline, coal, natural gas, etc.) combustion.

As the climate change debate has evolved, those who oppose action have argued mainly that signing such a treaty will place the U.S. at a competitive disadvantage with most other nations, and will be extremely expensive to implement. Much, of the cost will be borne by American consumers who will pay higher prices for most energy and Transportation.

The climate change theory being. advanced by the treaty supporters is based primarily on forecasting models with a very high degree of uncertainty. In fact, it not known for sure whether (a) climate change actually is occurring, or (b) if it is, whether humans really have any influence on it.

Despite these weaknesses in scientific understanding, those who oppose the treaty have done little to build a case against precipitous action on climate change based on the scientific uncertainty. As a result, the Clinton. Administration and environmental groups essentially have had the field to themselves. They have conducted an effective public relations program to convince the American public that the climate is changing, we humans are at fault, and we must do something about it before calamity strikes.

The environmental groups know they have been successful. Commenting after the Kyoto negotiations about recent media coverage of climate change, Tom Wathen, executive vice president of the National Environmental Trust, wrote:

".. As important as the extent of the coverage was the tone and tenor of it- In a change from just six months ago, most media stories no longer presented global warming as just a theory over which reasonable scientists could differ. Most stories described predictions of global warming as the position of the overwhelming number of mainstream scientists. That the environmental community had, to a great extent, settled the scientific issue with the U.S. media is the other great success that began perhaps several months earlier but became apparent during Kyoto.

4

Strategies and Tactics

I. **National Media Relations Program: Develop and implement a national media  relations program to inform the media about uncertainties in climate science; to generate national, regional and local media coverage on the scientific uncertainties, and thereby educate and inform the public, stimulating them to raise questions with policy makers**.

Tactics: These tactics will be undertaken between now and the next climate meeting in Buenos Aires, Argentina, in November 1998, and will be continued thereafter, as appropriate.  Activities will be launched as soon as the plan is approved, funding obtained, and the necessary resources (e.g., public relations counsel) arranged and deployed. In all cases, tactical implementation will be fully integrated with other elements of this action plan, most especially Strategy II (National Climate Science Data Center).

- Identify, recruit and train a team of five independent scientists to participate in media outreach. These will be individuals who do not have a long history of visibility and/or participation in the climate change debate. Rather, this team will consist of new faces who will add their voices to those recognized scientists who already are vocal.

- Develop a global climate science information kit for media including peer-reviewed papers that undercut the "conventional wisdom" an climate science. This kit also will include understandable communications, including simple fact sheets that present scientific uncertainties in language that the media and public can understand.

- Conduct briefings by media-trained scientists for science writers in the top 20 media markets, using the information kits. Distribute the information kits to daily newspapers nationwide with offer of scientists to brief reporters at each paper. Develop, disseminate radio news releases featuring scientists nationwide, and offer scientists to appear on radio talk shows across the country.

- Produce, distribute a steady stream of climate science information via facsimile and e-mail to science writers around the country.

- Produce, distribute via syndicate and directly to newspapers nationwide a steady stream of op-ed columns and letters to the editor authored by scientists.

- Convince one of the major news national TV journalists (e.g., John Stossel) to produce a report examining the scientific underpinnings of the Kyoto treaty.

- Organize, promote and conduct through grassroots organizations a series of campus / community workshops/debates on climate science in 10 most important states during the period mid-August through October, 1998.

5

- Consider advertising the scientific uncertainties in select markets to support national, regional and local (e.g., workshops/debates), as appropriate.

National Media Program Budget　　　—　　　　$600,000 plus paid advertising

**II. Global Climate Science Information Source: Develop and Implement a program to inject credible science and scientific accountability into the global climate debate, thereby raising questions about and undercutting the "prevailing scientific wisdom." The strategy will have the added benefit of providing a platform for credible, constructive criticism of the opposition's position on the science.**

Tactics: As with the National Media Relations Program, these activities will be undertaken between now and the next climate meeting in Buenos Aires, Argentina, in November 1998, and will continue thereafter. Initiatives will be launched as soon as the plan is approved, funding obtained, and the necessary resources arranged and deployed.

- Establish a Global Climate Science Data Center. The GCSDC will be established in Washington as a non-profit educational foundation with an advisory board of respected climate scientists. It -will be staffed initially with professionals on loan from various companies and associations with a major interest in the climate issue These executives will bring with them knowledge and experience in the following areas:
  – Overall history of climate research and the IPCC process;
  – Congressional relations and knowledge of where individual Senators stand on the climate issue;
  – Knowledge of key climate scientists  and where they stand;
  – Ability to identify and recruit as many as 20 respected climate scientists to serve on the science advisory board;
  – Knowledge and expertise in media relations and with established relationships with science and energy writers, columnists and editorial writers;
  – Expertise in grassroots organization; and
  – Campaign organization and administration.

The GCSDC will be led by a dynamic senior executive with, a major personal . commitment to the goals of the campaign and easy access to business leaders at the CEO level. The Center will be run on a day-to-day basis by an executive director with responsibility for ensuring targets are met The Center will be funded at a level that will permit it to succeed, including funding for research contracts that may be deemed appropriate to fill gaps in climate science (e-g., a complete scientific critique of the EPCC research and its conclusions).

6

- The GCSDC will become a one-stop resource on climate science for members of Congress, the media, industry and all others concerned. It will be in constant contact with the best climate scientists and ensure that their findings and views receive appropriate attention. It will provide them with the <u>logistical and moral</u> support they have been lacking. In short, it will be a sound scientific alternative to the IPCC Its functions will include:
  - − Providing as an easily accessible database (including a website) of all mainstream climate science information.
  - − Identifying and establishing cooperative relationships with all major scientists whose research in this field supports our position.
  - − Establishing cooperative relationships with other main stream scientific organizations (e.g. meteorologists, geophysicist) to bring their perspectives to bear on the debate, as appropriate.
  - − Developing opportunities to maximize the impact of scientific views consistent with ours with Congress, the media and other key audiences.
  - − Monitoring and serving as and early warning system for scientific developments with the potential to impact on the climate science debate, pro and con.
  - − Responding to claims from the scientific alarmists and media.
  - − Providing grants for advocacy on climate science, as deemed appropriate.

Global Climate Science Data Center Budget   —   $5,000,000 (spread over two years minimum)

**III. National Direct Outreach and Education: Develop and implement a direct outreach program to inform and educate members of Congress, state officials, industry leadership, and school teachers/students about uncertainties in climate science. This strategy will enable Congress, state officials and industry leaders will be able to raise such serious questions about the Kyoto treaty's scientific underpinnings that American policy-makers not only will refuse to endorse it, they will seek to prevent progress toward implementation at the Buenos Aires meeting in November or through other way Informing teachers/students about uncertainties in climate science will begin to erect a barrier against further efforts to impose Kyoto-like measures in the future.**

Tactics: Informing and educating members of Congress, state officials and industry leaders will be undertaken as soon as the plan is approved, funding is obtained, and the necessary resources are arrayed and will continue through Buenos Aires and for the foreseeable future. The teachers/students outreach program will be developed and launched in early 1999. In all cases, tactical implementation will be fully integrated with other elements of this action plan.

- Develop and conduct through the Global Climates Science Data Center science briefings for Congress, governors, state legislators, and Industry leaders by August 1998.

- Develop information kits on climate science targeted specifically at the needs of government officials and industry leaders, to be used in conjunction, with and "Separately from the in-person briefings to further disseminate information on climate science uncertainties and thereby arm these influentials to raise serious questions on the science issue.

7

- Organize under the GCSDC a "Science Education Task Group" that will serve as the point of outreach, to the National Science Teachers Association (NSTA) and other influential science education organizations. Work with NSTA to develop school materials that present a credible, balanced picture of climate science for use in classrooms nationwide.

- Distribute educational materials directly to schools and through grassroots organizations of climate science partners (companies, organizations that participate in -this effort).

National Direct Outreach Program Budget       —       $300,000

## IV.   Funding/Fund Allocation: Develop and implement program to obtain funding, and to allocate funds to ensure that the program it is carried out effectively.

Tactics: This strategy will be implemented as soon as we have the go-ahead to proceed.

- Potential funding sources were identified as American Petroleum Institute (API) and its members; Business Round Table (BKT) and its members, Edison Electric Institute (EE3) and its members; Independent Petroleum Association of America (IPAA) and its members; and the National Mining Association (NMA) and its members.
- Potential fund allocators were identified as the American Legislative Exchange Council (ALEC), Committee For A Constructive Tomorrow (CFACT), Competitive Enterprise Institute, Frontiers of Freedom and The Marshall Institute.

Total Funds Required to Implement
Program through November 1998       -       $2,000,000 (A significant portion of funding for the GCSDC will be deferred until1999 and beyond)

## Measurements

Various metrics will be used to track progress. These measurements will have to be determined in fleshing out the action plan and may include:

- Baseline public/government official opinion surveys and periodic follow-up surveys on the percentage of Americans and government officials who recognize significant uncertainties in climate science.

- Tracking the percent of media articles that raise questions about climate science.

- Number of Members of Congress exposed to our materials on climate science.

- Number of communications on climate science received by Members of Congress from their constituents.

- Number of radio talk show appearances by scientists questioning the "prevailing

8

- Number of school teachers/students reached with our information on climates science.

- Number of science writers briefed and who repeat upon climate science uncertainties.

- Total audience exposed to newspaper radio, television coverage of science uncertainties.

# EXHIBIT B



GLOBAL CLIMATE COALITION
· GCC ·
GROWTH IN A GLOBAL ENVIRONMENT

# WHAT THE EXPERTS

# SAY ABOUT GLOBAL

# CLIMATE CHANGE

RICO Statement Exhibit_12

# I NTRODUCTION

In 1988, NASA's James Hansen caught the immediate attention of the media and policy makers when he testified before a Senate committee that the unusually hot summer of that year was evidence that climate change was already under way. Since then, the alleged threat of catastrophic warming due to rising levels of greenhouse gases has become the premier environmental policy issue at home and on the international scene.

With a steady and compelling stream of evidence eroding support for forecasts of climate change apocalypse, however, climate scientists now largely discount predictions of drastic warming made by computer models designed to study climate dynamics.

Nevertheless, policy makers have continued to move toward developing climate change mitigation strategies, despite the growing uncertainty among scientists. Though most nations have backed away from tough positions on "targets and timetables" for emissions reductions staked out at the 1992 Rio conference, many responses are still being considered, including carbon-based energy taxes. Thus, climate change has become as important an economic issue as an environmental concern.

The prevailing international caution toward strict economic measures to reduce greenhouse gas emissions reflects a recognition of the economic realities that must be considered when addressing climate change issues. Economists across the globe have warned that measures such as a carbon-based energy tax could severely disrupt domestic economies and international competition.

Global climate change is positioned to become a defining issue in international and domestic economics and politics in the near future. Indeed, the decisions the United States and other nations make regarding climate change will have a dramatic impact on America's future.

This brochure highlights important aspects of the climate change issue through the words of scientists, economists and other experts who are deeply involved in various areas of the debate.

RICO Statement Exhibit_13

# S CIENTIFIC CONSENSUS?

"*The ways in which science and society are governed are quite different, and the difference causes friction when scientific progress is of societal concern....When society — through its agent government — says, 'I need the answer now,' the two systems have serious misunderstandings....Science gives an educated guess as to whether saccharin is carcinogenic, or dioxin is deadly poisonous, or the climate is warming, and later revises the first estimate, bewildering the public....At the frontier, scientists are individualists, not consensus groups.*"

Editorial titled "Science and Society," *Science* magazine, April 1993.

"*A poll was carried out by Greenpeace International during December 1991 and January 1992 among 400 scientists....To the major question whether business-as-usual policies might instigate a runaway greenhouse effect at some (unspecified) 'future time,' only 13 percent of the 113 respondents thought it 'probable,' 32 percent 'possible' and 47 percent 'probably not.'*"

"Science and Fiction of the Greenhouse Effect and Carbon Dioxide,"
The Global Institute for the Study of Natural Resources, 1992.

"*A national Gallup survey of 400 experts shows uncertainty about the scientific basis for the theory of human-induced global warming. The Gallup Organization surveyed members of the two pre-eminent professional societies comprised of climate, atmospheric and oceanographic scientists, the American Meteorological Society and the American Geophysical Union. The uncertainty revealed in the Gallup survey contrasts with the content of nearly 400 major media reports in which most sources assert that the theory is valid.*"

Press release detailing the results of a Gallup survey for the Center for Science, Technology and the Media, 1991.

"*One might think that growing skepticism about warming would have some influence on public debate, but the insistence on scientific unanimity continues unabated. Unanimity in science is virtually nonexistent on far less complex matters. Unanimity on an issue as uncertain as global warming would be surprising and suspicious.*"

"Global Warming: The Origin and Nature of the Alleged Scientific Consensus," by Dr. Richard Lindzen, professor of meteorology, Massachusetts Institute of Technology. *Cato Review of Business and Government*, Spring 1992.

2

RICO Statement Exhibit_14

# G LOBAL COOLING?

*"There are ominous signs that the earth's weather patterns have begun to change dramatically and these changes may portend a drastic decline in food production—with serious political implications for just about every nation on earth."*

This statement appeared in a *Newsweek* article warning of climate change. The year was 1975, and the alleged danger was global cooling. Today's forecasts of a catastrophic warming resemble closely those made in the 1970s about global cooling. Claims about global cooling remind us of the uncertainties that complicate our understanding of climate change science. They also underscore the need to approach global warming with caution until science can truly justify drastic policy responses.

*"When meteorologists take an average of temperatures around the globe they find that the atmosphere has been growing gradually cooler for the past three decades. The trend shows no indication of reversing. Climatological Cassandras are becoming increasingly apprehensive, for the weather aberrations they are studying may be the harbinger of another ice age."*

From "Another Ice Age," *Time*, June 24, 1974.

*"The facts have emerged, in recent years and months, from research into past ice ages. They imply that the threat of a new ice age must now stand alongside nuclear war as a likely source of wholesale death and misery for mankind."*

From "In the Grip of a New Ice Age," by Nigel Calder, *International Wildlife*, July 1975.

*"The cooling has already killed hundreds of thousands of people in poor nations. It has already made food and fuel more precious, thus increasing the price of everything we buy. If it continues, and no strong measures are taken to deal with it, the cooling will cause world famine, world chaos, and probably world war, and this could all come by the year 2000."*

From *The Cooling*, by Lowell Ponte, 1976.

**3**

RICO Statement Exhibit_15

# CLIMATE MODELLING

Computer programs called general circulation models (GCMs) use mathematical equations to simulate the dynamics of climate change. As with any computer program, the results are only as reliable as the program itself. GCMs are not sufficiently sophisticated for purposes of predicting climate changes.

*"General circulation computer models used to project climate change are too primitive to be the basis for policy decisions because they do not fully integrate significant factors such as cloud cover, ocean interactions, and biofeedbacks. Current temperature records cannot be duplicated by the models."*

From *Global Climate Change: What is Known?*,
Washington International Energy Group, 1992.

*"Model projections of large warming depend on projected large increases in atmospheric $CO_2$, and mechanisms within the models which act to greatly amplify the climate response to increasing $CO_2$. The projections depend on questionable economic, population, and energy scenarios....The amplification mechanisms depend on what is likely to be a severe misrepresentation of the relevant physical processes....Recent data suggest that these processes may be acting in a manner opposite to what current models produce. Under the circumstances, the possibility of large warming, while not disproven, is also without a meaningful scientific basis."*

From "Absence of Scientific Basis," *National Geographic Research and Exploration*, by Richard Lindzen, professor of meteorology at Massachusetts Institute of Technology, 1993.

*"Decision makers must be aware of the severe limitations of the models. While these models may provide some useful information on global-scale climate changes, both the American Meteorological Society and the Royal Meteorological Society have recently concluded in their respective policy statements that the models are incapable of providing detailed predictions at highly localized geographic scales....Obviously, if policies regarding global change are going to be based on the predictions of the models, it is absolutely imperative that the policy makers appreciate the strengths, weaknesses, and limitations of the existing general circulation models."*

From *The Heated Debate*, by Robert Balling, director of the Office of Climatology at Arizona State University, 1992.

**4**

RICO Statement Exhibit_16

*"It took meteorology nearly forty years to produce consistently reliable numerical weather forecasts for as little as a mere three days ahead. Medium-range weather prediction effectively ends a day after it starts; any claims beyond that point are wishful thinking. With that kind of record, we should know better than to promise rapid advances in climate modeling. The climate system is orders of magnitude more complex than the physics of the circulatory subsystem we call atmosphere; if we were to be realistic, we should promise no more than a few tentative initial results some twenty years from now."*

> Professor H. Tennekes, former research director of the Royal Dutch Meteorological Institute, from the *Journal of the Royal Meteorological Society*, 1990.

*"One of the major shortcomings of the use of climate models is that, in order to make a 100-year forecast in a reasonable computing time of a limited number of months, the surface of the Earth has to be divided in relatively large blocks....The unavoidable oversimplification is that each block is supposed to be characterized by only one temperature, by one figure for humidity, one for cloud cover, one for average height above sea level and also only one figure for each of the other quantities affecting the climate. This poor degree of resolution is such an insufficient approximation of the reality that it overshadows perhaps all the other shortcomings, how severe they may be."*

> From "Science and Fiction of the Greenhouse Effect and Carbon Dioxide," by Frits Boetcher of the Global Institute for the Study of Natural Resources, 1992.

*"Modellers will continue to develop and refine new models by turning to larger computers to run them and more observations to improve and verify them. We must ask the indulgence of society to recognize that immediate, definitive answers are not likely, as coupling of higher-resolution atmosphere, ocean, land surface, and chemistry submodels will take a decade or more to develop."*

> From "The Science of Climate Modelling," a chapter by climate modeller Stephen Schneider from *Global Warming: The Greenpeace Report*, 1989.

RICO Statement Exhibit_17

*"Over [the past century], the temperature of the planet appears to have increased by 0.5 degrees Celsius; however, much of this warming may be explained by a variety of non-greenhouse factors. In addition, fully 75 percent of the warming of the past century occurred before the end of the Second World War, long before most of the trace gases were added to the atmosphere. Furthermore, the celebrated warming of the 1980s and 1990s is seriously challenged by recent satellite-based global temperature measurements that show essentially no warming at all.…The bottom line is simple — despite a public perspective to the contrary, the global temperature record provides little support for the catastrophic view of the greenhouse effect."*

From "The Global Temperature Data," National Geographic Research and Exploration, by Robert Balling, Jr., director of the Office of Climatology and associate professor of geography at Arizona State University, 1993.

8

RICO Statement Exhibit_18

 **PRUDENT RESPONSE**

The jury is clearly out on the validity of predictions of an enhanced greenhouse effect. However, uncertainty is not a justification for idleness. Policy makers must act in the face of uncertainty to craft a climate change response strategy that is consistent with our country's economic and environmental goals. At the same time, further research on climate change issues is critical to answer lingering questions.

The consensus among scientists, economists and policy makers is that until our understanding of climate change improves, the United States should avoid drastic action. Instead, the United States should take measures that help the country achieve its economic goals as well as reduce greenhouse gas emissions. Examples of such measures include the Environmental Protection Agency's voluntary "green" programs and technology cooperation efforts provided for under the National Energy Policy Act.

> *"A five-year delay on major policy decisions regarding carbon dioxide limits will lead to a small amount of additional warming in the next century. How small will the additional warming be? The calculations show that a five-year delay in limiting carbon emissions will make the world warmer in the next century by at most one-tenth of a degree, compared to how warm it would be if there were no delay....An additional warming of one-tenth of a degree in the 21st century is a very small penalty to pay for better information on government decisions that, if taken unwisely, can be extraordinarily costly to the U.S. economy."*

From "Global Warming Update: Recent Scientific Finds," by the George C. Marshall Institute, Washington, DC, 1992.

**9**

*"The scientific base for a greenhouse warming is too uncertain to justify drastic action at this time. There is little risk in delaying policy responses to this century-old problem since there is every expectation that scientific understanding will be substantially improved in the next decade."*

From "What to do About Greenhouse Warming: Look Before You Leap," by S. Fred Singer, Roger Revelle and Chauncey Starr, *Cosmos 1991*, April 1991.

*"As independent scientists researching atmospheric and climate problems, we are concerned by the agenda for the United Nations Conference on Environment and Development…being developed by environmental activist groups and certain political leaders.…[The] policy initiatives derive from highly uncertain scientific theories. They are based on the unsupported assumption that catastrophic global warming follows from the burning of fossil fuel and requires immediate action. We do not agree.…We are disturbed that activists, anxious to stop energy and economic growth, are pushing ahead with drastic policies without taking note of recent changes in the underlying science. We fear that the rush to impose global regulations will have catastrophic impacts on the world economy, standard of living, and health care, with the most severe consequences falling upon developing countries and the poor."*

From a letter signed by more than 50 scientists, most of whom are or were in leadership positions in the American Meteorological Society, 1991.

10

RICO Statement Exhibit_20

# ECONOMIC IMPACT

The United States relies heavily on carbon-based fuels, such as coal and oil. They are crucial to producing and transporting the goods and services on which the U.S. economy is built. As a result, drastic measures to curb emissions of greenhouse gases (i.e., carbon-based energy taxes) could have a severe impact on our domestic economy, as well as on our ability to compete with our international competitors, who depend much less heavily on these energy sources.

*"Drastic, precipitous — and, especially, unilateral — steps to delay the putative greenhouse impacts can cost jobs and prosperity and increase the human costs of global poverty, without being effective. Stringent controls enacted now would be economically devastating — particularly for developing countries for whom reduced energy consumption would mean slower rates of economic growth — without being able to delay greatly the growth of greenhouse gases in the atmosphere. Yale economist William Nordhaus, one of the few who have been trying to deal quantitatively with the economics of the greenhouse effect, has pointed out that…'those who argue for the strong measures to slow greenhouse warming have reached their conclusion without any discernible analysis of the costs and benefits.'"*

From "What to do About Greenhouse Warming: Look Before You Leap,"
by S. Fred Singer, Roger Revelle and Chauncey Starr, *Cosmos 1991*, April 1991.

*"The real effect of the energy tax will be to increase costs to American businesses so that they are less competitive in the global market, costing American jobs. Moreover, we were doing just fine without the new taxes and rules. Between 1973 and 1991, the U.S. increased its Gross Domestic Product by 48.7 percent, while reducing the amount of energy it took to produce a dollar of GDP by 26.1 percent. During the same period automobile efficiency improved by almost 60 percent and total energy consumption declined by 12.5 percent. This hardly suggests profligate energy use….But even if these worst-case [global warming] predictions were true, the energy tax would still be aimed at the wrong target. Experts agree that the increase in future emissions of alleged greenhouse gases will come primarily from developing countries. The tax will not apply to these nations."*

Milton R. Copulos, president of the National Defense Council, a private non-profit research institute, 1993.

RICO Statement Exhibit_21

*"In view of the uncertainties about the nature of the global warming problem, what should we do? The sensible actions to take are those that are helpful even if the enhanced greenhouse does not exist. An example is improving energy efficiency. Here is an area where good macroeconomic policy dovetails with good environmental policy....The high road of [economic] incentives [to encourage energy efficiency] is in sharp contrast to the common suggestion for dealing with global warming by enacting a stiff carbon tax....The effects of a carbon tax on income and employment in the United States would be very negative."*

From "Earth Summit, Global Warming, and the Citizen: Economics, Science, and Emotion," by Murray Weidenbaum, director of the Center for the Study of American Business, 1992.

*"An international effort will be needed for controlling these [greenhouse gas] emissions. However, since the effects of increased greenhouse emissions on global climate are not well understood, it would be premature and economically disruptive to adopt drastic solutions to a situation that is still being defined. Indeed, policies—such as a high carbon tax—that would make energy use prohibitively expensive would limit the economic growth that is required to encourage strong environmental protection measures."*

From "The Cost of Controlling Carbon Dioxide Emissions," a study by W. David Montgomery, former Carter administration energy official, for Charles River Associates, 1991.

**12**

RICO Statement Exhibit_22



Global Climate Coalition
1331 Pennsylvania Ave. NW
Suite 1500 - North Tower
Washington, DC 20004-1703

EXHIBIT C



#2

**Information
Council
for the Environment**

May 15, 1991

(name)
(title)
(company)
(address)
(city), (state)  (zip)

Thank you for requesting additional information on global climate change.

*The science of global climate change is very complex. We are still learning how many of the components of our atmosphere interact with each other.* We do know that years ago the Earth was warmer; vegetation thrived, and there was more carbon dioxide in the atmosphere than there is now.  We also know that during the last ice age, carbon dioxide levels were lower than they are now.

*We believe it is wrong to predict that higher levels of carbon dioxide will bring a catastrophic global warming.*

The Information Council for the Environment was created to help foster better public understanding of global warming and to ensure that any legislation passed by Congress is based on scientific evidence.

The environment must be protected.  We want a clean environment and we want a green Earth. *We also believe we must conduct more scientific research before we can accurately understand the complex forces of global climate change.*

Change often begins with one person.  You can make a difference by sharing what you've learned with others.

Thank you for caring enough to request this additional information.

Dr. Patrick Michaels

Science Advisory Panel:

DR. ROBERT C BALLING, JR.
Director, Office of Climatology
Arizona State University
Tempe, AZ

DR. SHERWOOD B. IDSO
Adjunct Professor of
Botany and Geography
Arizona State University
Tempe, AZ

DR. PATRICK J. MICHAELS
Virginia State Climatologist
Professor of
Environmental Sciences

RICO Statement Exhibit_25

P.O. Box 41098 / Kansas City, MO 64141-0098 / 1-800-346-6269



May 15, 1991

**Information Council for the Environment**

X
X
X
X

Thank you for requesting more information about global climate change. I've been asked to respond to your request as a member of the Information Council for the Environment's Science Advisory Panel.

I'll give you some background on my credentials. I am a professor at the University of Virginia. My area of expertise is environmental sciences. I am also one of many scientists who believe the vision of catastrophic global warming is distorted. I have enclosed a copy of a letter and a report to help you better understand why we believe we should not act in haste.

The enclosed letter, which was sent to President Bush in February, was co-written by Dr. Robert Balling of Arizona State University and myself. As you'll note, we urge the President not to support expensive legislation.

I'm sure you'll agree after you review the information I've enclosed, global warming is an issue we are still learning about. In fact, just two months ago, a panel of scientists who advise the United Nations suggested a 10-year research effort to answer the many uncertainties about global warming. To quote the article, "A 10-year delay in taking action to curb global warming would mean little further increase in the level of warming predicted by the end of the next century..."

But there's more to this issue. Right now, there are costly proposals in Congress--including one that would impose a new tax on energy. The intended purpose is to reduce carbon dioxide emissions and global warming.

What can you do?

1. Make sure you're informed. Your request for this information is a good first step.

2. If you'd like to know more, return the enclosed postcard and we'll send you more information on global climate change.

Thank you for caring enough to send for this information.

**Board Members:**

**President**
GALE KLAPPA
The Southern Company
Atlanta, GA

**Vice President**
FREDRICK D PALMER
Western Fuels Association
Washington, D.C.

**Secretary-Treasurer**

Dr. Patrick Michaels

RICO Statement Exhibit_26



**Information
Council
for the Environment**

May 15, 1991



(name)
(title)
(company)
(address)
(city), (state)  (zip)

Thank you for requesting more information about global climate
change. I've been asked to respond to your request as a member of the
Information Council for the Environment's Science Advisory Panel.

I'll give you some background on my credentials. I am a professor at
the University of Virginia. My area of expertise is environmental
sciences. *I am also one of many scientists who believe the vision of
catastrophic global warming is distorted.* I have enclosed a copy of a
letter and a booklet to help you better understand why we believe we
... do not act in haste.

The enclosed letter, which was sent to President Bush in February, was
co-written by Dr. Robert Balling of Arizona State University and
myself. As you'll note, we urge the President not to support expensive
legislation.

*I'm sure you'll agree after you review the information I've enclosed, global
warming is an issue we are still learning about.* In fact, just two months
ago, a panel of scientists who advise the United Nations suggested a 10-
year research effort to answer the many uncertainties about global
warming. To quote the article, "A 10-year delay in taking action to curb
global warming would mean little further increase in the level of
warming predicted by the end of the next century..."

But there's more to this issue. *Right now, there are costly proposals in
Congress--including one that would impose a new tax on energy.* the
intended purpose is to reduce carbon dioxide emissions and global
warming.

What can *you* do?

1. Make sure you're informed. Your request for this information is a
   good first step.

2. If you'd like to know more, return the enclosed postcard and we'll
   send you more information on global climate change.

Thank you for caring enough to send for this information.

Dr. Patrick Michaels

Science Advisory Panel:

DR. ROBERT C BALLING. JR.
Director, Office of Climatology
Arizona State University
Tempe. AZ

DR. SHERWOOD B. IDSO
Adjunct Professor of
Botany and Geography
Arizona State University
Tempe. AZ

DR. PATRICK J. MICHAELS
Virginia State Climatologist/
Professor of
Environmental Sciences
University of Virginia

RICO Statement Exhibit_27



**Information
Council
for the Environment**

May 15, 1991

X
X
X
X

Thank you for requesting additional information on global climate change.

The science of global climate change is very complex. We are still learning how many of the components of our atmosphere interact with each other. We do know that years ago the Earth was warmer; vegetation thrived and there was more carbon dioxide in the atmosphere than there is now. We also know that during the last ice age, carbon dioxide levels were lower than they are now.

We believe it is wrong to predict that higher levels of carbon dioxide will bring a catastrophic global warming.

The Information Council for the Environment was created to help foster better public understanding of global warming and to ensure that any legislation passed by Congress is based on scientific evidence.

The environment must be protected. We want a clean environment and we want a green Earth. We also believe we must conduct more scientific research before we can accurately understand the complex forces of global climate change.

Change often begins with one person. You can make a difference by sharing what you've learned with others.

Thank you for caring enough to request this additional information.

Dr. Patrick Michaels

**Board Members:**

**President**
GALE KLAPPA
The Southern Company
Atlanta, GA

**Vice President**
FREDRICK D PALMER
Western Fuels Association
Washington, D.C.

**Secretary-Treasurer**



**Information
Council
for the Environment**

#2

May 15, 1991

(name)
(title)
(company)
(address)
(city), (state)  (zip)

Thank you for requesting additional information on global climate change.

*The science of global climate change is very complex.* We are still learning how many of the components of our atmosphere interact with each other. We also know t... ...ears ago the Earth was warmer; vegetation thrived, and there was more carbon dioxide in the atmosphere than there is now. We also know that during the last ice age, carbon dioxide levels were lower than they are now.

*We believe it is wrong to predict that higher levels of carbon dioxide will bring a catastrophic global warming.*

The Information Council for the Environment was created to help foster better public understanding of global warming and to ensure that any legislation passed by Congress is based on scientific evidence.

The environment must be protected. We want a clean environment and we want a green Earth. *We also believe we must conduct more scientific research before we can accurately understand the complex forces of global climate change.*

Change often begins with one person. You can make a difference by sharing what you've learned with others.

Thank you for caring enough to request this additional information.

Dr. Patrick Michaels

Science Advisory Panel:

DR. ROBERT C BALLING, JR.
Director. Office of Climatology
Arizona State University
Tempe, AZ

DR. SHERWOOD B. IDSO
Adjunct Professor of
Botany and Geography
Arizona State University
Tempe, AZ

DR. PATRICK J. MICHAELS
Virginia State Climatologist
Professor of
Environmental Sciences
University of Virginia

RICO Statement Exhibit_29

P.O. Box 414998 / Kansas City, MO 64141-4998 / 1-800-346-6269



May 2, 1991

Bill Brier
Edison Electric Institute
701 Pennsylvania Avenue N.W.
Washington, DC  20004-2696

<u>Information</u> <u>Council</u> <u>for</u> <u>the</u> <u>Environment</u> <u>Test</u> <u>Market</u> <u>Ad</u> <u>Materials</u>

Enclosed are the newspaper and radio ads as they will be running in
Fargo, Flagstaff, and Bowling Green when our test campaign begins on
May 12.  We are still in production on a Bob Balling radio ad titled
"Kentucky Colder" to be run only in Bowling Green.  That ad will be
completed next week and we'll send you your copy when we receive it.

Here's a listing of what you'll find in this packet:

1. Five newspaper ads
2. Schedule of the radio spots and newspaper ads for each market
3. Four sixty-second radio commercials (on tape), two scripts
4. Public Relations tour schedule*
5. Copy of letters that respondents requesting information will
   receive

   *Schedule includes Fargo and Flagstaff.  Bowling Green
   schedule with Dr. Pat Michaels will be completed next week.

The advertising will begin with full-page newspaper ads in each of the
markets on May 12.  The campaign will conclude on Sunday, June 9.
Three full-page, two-color newspaper ads will run each of the four
weeks of this campaign.

The cassette tape contains the four radio ads that will run in
Flagstaff.  The first two weeks of the schedule will feature the Dr.
Bob Balling commercials exclusively.  The final two weeks of the radio
campaign will be an equal rotation of Dr. Balling and Bruce Williams.

The commercial rotations in Fargo and Bowling Green will differ.  The
scripts of the Rush Limbaugh commercials apply only to Fargo.  These
commercials will air in only the Rush Limbaugh radio program (11 AM to
1 PM, Monday through Friday.)  In Fargo, Bruce Williams commercials
will also run in only his Monday through Friday, 6 PM to 9 PM program.
Dr. Balling commercials will air in all other Fargo radio schedules.
We will send you the tape of the Rush Limbaugh radio commercials next
week.

In Bowling Green, we will rotate three Dr. Balling commercials for the
entire length of the radio schedule.  The "Kentucky Colder" commercial
will receive increased scheduling during the first two weeks of the
campaign.  The radio schedule will reach approximately 85% of our
adult 25-54 target audience approximately 19 times in the four weeks
of this campaign.  This is a four-week, 1,600 gross rating point radio
schedule.

RICO Statement Exhibit_30

simmons advertising, inc.

Bill Brier
May 2, 1991
Page 2

The combined newspaper and radio reach is estimated to be 97% of our
adult 25-54 target audience, with a combined frequency of 35.

We will begin follow-up research on Saturday, June 15, to determine
the results of this campaign.  Those results will be reported to all
of our sponsors by August 5, 1991.

We appreciate all the help you've provided to make this test possible.
Don't hesitate to call me if we can be of further assistance.

Fred Lukens

FL/sm

cc:  Gale Klappa

# INFORMED CITIZENS FOR THE ENVIRONMENT

# Mission

*The mission of the Informed Citizens for the Environment*
*is to develop an effective national communications program*
*to help ensure that action by the Administration and/or Congress*
*on the issue of global warming*
*is based on scientific evidence.*

RICO Statement Exhibit_32

# Strategies

1. Reposition global warming as theory (not fact).

2. Target print and radio media for maximum effectiveness.

3. Achieve broad participation across the entire electric utility industry.

4. Start small, start well, and build on early successes.

5. Get the test concepts developed and implemented as soon as possible.

6. "Test market" execution in early 1991.

7. Build national involvement as soon as "test market" results are in hand — summer 1991.

8. Go national in the late fall of 1991 with a media program.

9. Use a spokesman from the scientific community.

RICO Statement Exhibit_33

# Our Plan

1. Build support for the concept of the ICE strategy among our neighbors.

2. Match Southern Company's commitment by having four or five of our neighbors join us in raising $125,000 by January 31, 1991.

3. Raise total commitments of $525,000 by January 31, 1991 to allow the test market project to proceed on schedule.

# PUBLIC RELATIONS TOUR

## Monday, May 20, 1991

11:00 a.m.    Meet with editors and writers at the
<u>Arizona Daily Sun</u>.  Dr. Robert
Balling from Arizona State
University or Dr. Sherwood Idso
from the U.S. Water Conservation
Laboratory will replace Dr. Michaels
for the Flagstaff meetings.

1:00 p.m.    Tape appearance on North Arizona
Outlook, weekly public affairs
program on KNAZ-TV.

3:00 p.m.    Appearance on KNAU-AM radio talk
show.

RICO Statement Exhibit_35

Client:  Information Council for the Environment

Subject: Rush Limbaugh/2

Media: Rush Limbaugh Show      Length:  60

Contact:  T. Helland/K. Olsen



**COPY**

simmons advertising, inc.
125 south 4th street / P.O. box 1457
grand forks, north dakota 58208
(701) 746-4573 / fax: (701) 746-8067

GLOBAL WARMING.  I KNOW YOU'VE BEEN SEEING MORE AND MORE STORIES ABOUT THE

GLOBAL WARMING THEORY.  STORIES THAT PAINT A HORRIBLE PICTURE.  STORIES THAT SAY

THE POLAR ICE CAPS WILL MELT.  STORIES THAT SAY WE'RE HEADED FOR CATASTROPHE.

WELL GET REAL!  STOP PANICKING!  I'M HERE TO TELL YOU THAT THE FACTS SIMPLY

DON'T JIBE WITH THE THEORY THAT CATASTROPHIC GLOBAL WARMING IS TAKING PLACE.

TRY THIS FACT ON FOR SIZE.  MINNEAPOLIS HAS ACTUALLY GOTTEN COLDER.  SO HAS

ALBANY, NEW YORK.  AND THE DEPARTMENT OF AGRICULTURE SAYS THAT ON BOTH COASTS OF

THIS COUNTRY, WINTER TEMPERATURES ARE FIVE TO TEN DEGREES COOLER THAN PREVIOUSLY

REPORTED.  SO FOLKS, GRAB HOLD OF YOURSELVES AND GET THE WHOLE STORY BEFORE YOU

MAKE UP YOUR MIND.  RIGHT NOW, YOU CAN GET A FREE PACKET OF EASY-TO-UNDERSTAND

MATERIAL ABOUT GLOBAL WARMING.  JUST CALL THIS NUMBER:  1-800-346-6269 EXTENSION

505.  THAT'S THE INFORMATION COUNCIL FOR THE ENVIRONMENT.  AFTER YOU READ THE

FREE MATERIALS THEY SEND YOU, YOU'LL HAVE A BETTER PICTURE OF WHAT THE FACTS ARE

ALL ABOUT.  THAT'S 1-800-346-6269 EXTENSION 505.  CALL TODAY.  BECAUSE THE BEST

ENVIRONMENTAL POLICY IS BASED ON FACT.



May 2, 1991

Bill Brier
Edison Electric Institute
701 Pennsylvania Avenue N.W.
Washington, DC  20004-2696

<u>Information</u> <u>Council</u> <u>for</u> <u>the</u> <u>Environment</u> <u>Test</u> <u>Market</u> <u>Ad</u> <u>Materials</u>

Enclosed are the newspaper and radio ads as they will be running in
Fargo, Flagstaff, and Bowling Green when our test campaign begins on
May 12.  We are still in production on a Bob Balling radio ad titled
"Kentucky Colder" to be run only in Bowling Green.  That ad will be
completed next week and we'll send you your copy when we receive it.

Here's a listing of what you'll find in this packet:

  1. Five newspaper ads
  2. Schedule of the radio spots and newspaper ads for each market
  3. Four sixty-second radio commercials (on tape), two scripts
  4. Public Relations tour schedule*
  5. Copy of letters that respondents requesting information will
     receive

     *Schedule includes Fargo and Flagstaff.  Bowling Green
     schedule with Dr. Pat Michaels will be completed next week.

The advertising will begin with full-page newspaper ads in each of the
markets on May 12.  The campaign will conclude on Sunday, June 9.
Three full-page, two-color newspaper ads will run each of the four
weeks of this campaign.

The cassette tape contains the four radio ads that will run in
Flagstaff.  The first two weeks of the schedule will feature the Dr.
Bob Balling commercials exclusively.  The final two weeks of the radio
campaign will be an equal rotation of Dr. Balling and Bruce Williams.

The commercial rotations in Fargo and Bowling Green will differ.  The
scripts of the Rush Limbaugh commercials apply only to Fargo.  These
commercials will air in only the Rush Limbaugh radio program (11 AM to
1 PM, Monday through Friday.)  In Fargo, Bruce Williams commercials
will also run in only his Monday through Friday, 6 PM to 9 PM program.
Dr. Balling commercials will air in all other Fargo radio schedules.
We will send you the tape of the Rush Limbaugh radio commercials next
week.

In Bowling Green, we will rotate three Dr. Balling commercials for the
entire length of the radio schedule.  The "Kentucky Colder" commercial
will receive increased scheduling during the first two weeks of the
campaign.  The radio schedule will reach approximately 85% of our
adult 25-54 target audience approximately 19 times in the four weeks
of this campaign.  This is a four-week, 1,600 gross rating point radio
schedule.

RICO Statement Exhibit_37

simmons advertising, inc.

Bill Brier
May 2, 1991
Page 2

The combined newspaper and radio reach is estimated to be 97% of our adult 25-54 target audience, with a combined frequency of 35.

We will begin follow-up research on Saturday, June 15, to determine the results of this campaign. Those results will be reported to all of our sponsors by August 5, 1991.

We appreciate all the help you've provided to make this test possible. Don't hesitate to call me if we can be of further assistance.

Fred Lukens

FL/sm

cc:  Gale Klappa

RICO Statement Exhibit_38

This report summarizes results of a benchmark survey of public awareness and opinion on issues related to global warming conducted in Chattanooga, Tennessee, Fargo, North Dakota, and Flagstaff, Arizona.

## Methodology

The survey is based on a total of 1500 interviews, 500 in each of the three cities included in the sample. All interviews were conducted by telephone between February 13 and February 22, 1991. Other important points include the following:

- For each sample of 500 the margin of error is +/-4.4 percentage points at the midpoint of the 95% confidence interval;

- All interviews were conducted by trained, professional interviewers under the supervision of the Cambridge Reports Field Department;

- After the interviewing was completed, a 10% sample of the interviews was independently validated to ensure that proper interviewing techniques were followed;

- All interviews were returned to Cambridge Reports for coding and data processing.

## Objectives

The survey and analysis were conducted to identify the following:

- Current awareness of and familiarity with the global warming issue;

- Recent exposure to information concerning global warming, including the types of media and sources in which the information appeared;

- Responses to various messages concerning global warming;

- Assessments of the credibility of various spokespersons and groups on topics related to global warming;

- Key audiences and media for messages concerning global warming.

ICE Benchmark                          -3-

technical sources also favor choosing the title "Information Council on the Environment" as the title for ICE, since this organization is perceived as a technical source, while "Informed Citizens for the Environment" carries both technical and activist connotations.

As a general strategy, we recommend that ICE concentrate on comparing possible solutions to the global warming problem, focusing in particular on the proper role of government, the need for research, and the costliness of inappropriate or premature legislation. The audience for these messages needs to see its personal stake in the issue if they are to become actively engaged and committed.

More specifically, the results of this study point toward two possible target audiences. One possible target audience includes those who are most receptive to messages describing the motivations and vested interests of people currently making pronouncements on global warming—for example, the statement that some members of the media scare the public about global warming to increase their audience and their influence. People who respond most favorably to such statements are older, less-educated males from larger households, who are not typically active information-seekers, and are not likely to be "green" consumers. Members of this group are skeptical about global warming, predisposed to favor the ICE agenda, and likely to be even more supportive of that agenda following exposure to new information. They are not, however, accustomed to taking political action. They are good targets for radio advertisements.

Another possible target segment is younger, lower-income women. These women are more receptive than other audience segments to factual information concerning the evidence for global warming. They are likely to be "green" consumers, to believe the earth is warming, and to think the problem is serious. However, they are also likely to soften their support for federal legislation after hearing new information on global warming. These women are good targets for magazine advertisements.

A campaign strategy reaching out to these target groups can help to change attitudes where change is most likely to occur, and also to strengthen support among favorable members of the public.

RICO Statement Exhibit_40

ICE Benchmark                    -5-

- Overall, a plurality of respondents choose the most conservative role for the federal government. Over one-third (36%) of the total sample (three cities combined) say the government should finance more research, while 30% support passage of legislation, and 24% would pass some laws but avoid costly programs.

- Similar to responses on other measures, Flagstaff residents (39%) are more likely than residents of Chattanooga or Fargo (25% each) to back federal legislation without any qualification concerning cost.

Specific responses to an open-ended question indicate that depletion of the ozone layer dominates top-of-mind concerns about global warming.

- Asked to describe global warming in their own words, just over one-quarter of all respondents cite destruction of the ozone layer, followed closely by changes in the weather and rises in temperature caused by pollution.

- Only 6% of all respondents name the greenhouse effect when asked to describe what global warming means to them.

Audience profile

In addition to perceptual and attitudinal measures, we also asked respondents about certain behaviors which might make them more or less receptive to information on global warming, and may also indicate the likelihood that they might take action on global warming issues. These behavioral measures are included frequently in the analyses discussed in this report, and include political activism, environmental activism, and likelihood of information-seeking.

- Looking at results for one measure of political activism, just under one-quarter (24%) of all respondents either contacted an elected official, wrote to an editor, or worked for a political candidate during the last year. Political activism is more common in Flagstaff (31%) than in either Chattanooga (22%) or Fargo (18%).

- Overall, 36% of all respondents have contributed to or been active in an environmental cause during the past year, and 22% identify strongly with the label "environmentalist." Combining these two measures, we find that 13% of all respondents in this survey meet the Cambridge Reports definition for "green" consumers—very close to our most recent national figure of 12% (March 1991).

RICO Statement Exhibit_41

ICE Benchmark                               -7-

Finally, the two statements referring directly to scientists say that scientists don't know whether carbon dioxide is causing global warming, and that some of the scientists predicting global warming said twenty years ago that the earth was getting colder.

- On average, respondents are as likely to agree with statements about motivations behind public information on global warming as they are to agree with statements about the evidence for global warming.

- On average, respondents are less likely to agree with statements about scientists and their theories than they are to agree with statements about motivations for public information or statements about evidence for global warming.

- Respondents are most likely to agree with the statement that recent satellite data shows the earth is getting warmer.

- Percentages of "don't know" responses reveal that members of the public feel more comfortable expressing opinions on others' motivations and tactics than they do expressing opinions on scientific issues. Nearly all respondents provide ratings for statements on motivations, while somewhat fewer express opinions on evidence, and still fewer are willing to pass judgment on scientists.

To explore these three types of messages further, we calculated an index for each set of statements (motivation, evidence, and scientists), based on results of the factor analysis. We then divided the sample into low, medium, and high agreement with each index, or set of items, to identify groups most likely to agree or disagree with each type of message.

- A plurality of Chattanooga residents agrees strongly with motivational statements saying that some groups scare the public about global warming to promote their own economic interests, while Flagstaff residents are most likely to disagree with these statements, and Fargo residents most often take a moderate position.

- Based on results for the evidence index, Fargo residents are least likely to agree that current evidence supports global warming, while Flagstaff residents are more likely to accept the evidence. Chattanooga residents are closely divided between low, moderate, and high agreement, although they are more likely than others to give "don't know" responses.

A factor analysis performed on the fourteen credibility ratings indicates that
respondents group information sources into four types: industry spokespersons
(local electric company, coal industry, Electric Information Council, and Paul
Harvey); activist spokespersons (Ralph Nader, Sierra Club, Carl Sagan,
Informed Citizens for the Environment); technical spokespersons (Information
Council for the Environment, federal environmental officials, environmental
scientist, Informed Citizens for the Environment); and individual spokespersons
(Bruce Williams, Steven Schneider, Rush Limbaugh). (The second title for ICE–
Informed Citizens for the Environment–is perceived as combining attributes of
activist and technical sources, and is treated as a member of both groups in the
analysis.)

- Technical sources receive the highest overall credibility ratings,
  followed closely by activist sources.

- Industry sources and individual spokespersons receive lower
  overall credibility ratings than either activist or technical
  sources.

Results also include extreme variations in recognition among the different
information sources in the list. In fact, combining responses for those who have
not heard of a source, do not know the source's credibility on global warming, or
cannot rate the source as credible or not credible, the percentage not rating
individual sources ranges from 13% (local electric company) to 92% (Steven
Schneider).

- Industry sources are rated by more respondents than other
  types of sources, with the local electric company receiving the
  most ratings, and Paul Harvey second.

- Individual spokespersons (Bruce Williams, Steven Schneider,
  Rush Limbaugh) have lower overall recognition than other
  types of sources, receiving ratings from an average of only 15%
  of all respondents.

- In general, recognition for activist and technical sources falls in
  between recognition for industry sources and recognition for
  individual spokespersons.

ICE Benchmark                    -11-

- Those who are most likely to find activists credible typically are already familiar with global warming issues, and are likely to seek further information on the topic. They believe the earth is warming, rate the problem as serious, and support action through federal legislation. Demographically, they are most likely to be male, between 36 and 45 years of age, from higher education and income groups, or to be "green" consumers.

- Technical sources receive highest credibility ratings from younger females (especially those from 18 to 25 years of age) with lower incomes and some college education. Members of this group are not familiar with global warming, although they are likely to seek further information, and they are good targets for television advertising. They believe in global warming and support immediate federal legislation. They tend to rate global warming as a serious problem, and to rate it as even more serious after exposure to information on the topic.

## Attitude change

As we reported earlier in this report, majorities of respondents see global warming as a problem which is at least somewhat serious, while a plurality endorse a limited role for the federal government in dealing with the problem. To identify audience members who are most likely to undergo attitude change in response to new information, we repeated these two items late in the interview, after respondents had heard the series of statements concerning global warming.

Comparing results on these key attitude measures, we find that exposure to information about global warming, regardless of its slant, leads to increases in perceived seriousness of global warming as a problem—most of those who "switch" attitudes on seriousness of global warming rate the problem as more serious after hearing the statements in the interview. However, the same messages lead to attitude change in both directions on the proper role for the federal government in dealing with global warming—respondents are just as likely to switch to less extreme positions (advocating further research) as they are to switch to more extreme positions (advocating legislation). In general, Chattanooga residents are more likely to change their positions than are residents of either Fargo or Flagstaff.

- Overall, nearly two in ten respondents (19%) rate global warming as more serious after hearing the statements in the interview. Notably, Chattanooga residents (24%) are most likely to switch to a more serious rating, compared with Fargo (19%) or Flagstaff (14%).

RICO Statement Exhibit_44

Similarly, we looked at associations between attitude change during the interview and the types of messages with which respondents tend to agree.

- Across the board, perceived seriousness of global warming increases with exposure to the statements in the interview.

- The same respondents who express skepticism on global warming issues nevertheless tend to rate the problem as more serious after hearing the statements in the interview.

- Respondents who are most dubious about scientists are likely to change toward supporting research, and away from supporting legislation.

- Those who agree that some sources scare the public for their own ends are more likely to switch toward support of research, and away from support of legislation.

- Those who agree most strongly that the evidence supports global warming are nevertheless more likely to switch toward support of research, and less likely to increase their support for federal legislation on global warming.

## Key media

As noted above, three in ten respondents (31%) have heard or seen something about global warming during the last 30 days. To identify existing sources for awareness of global warming, we asked this group to identify the medium that carried the information, as well as whether they saw a news story, a paid advertisement, or both.

- The most common medium for information on global warming is television. Nearly half of Chattanooga residents recalling recent information on global warming name television as a source, compared with fewer than four in ten in Fargo and Flagstaff.

- Residents of the three cities are equally likely to have heard something about global warming on the radio, or to have read something about global warming in a magazine or newspaper.

- Nearly nine in ten of those recalling recent information on global warming say they saw or heard a news story, while one in ten recall both a paid advertisement and a news story.

RICO Statement Exhibit_45

ICE Benchmark                          -15-

- Respondents who switch to a less serious rating of global warming are more likely to have received their own information from radio or newspapers, compared with those who switch to a more serious rating.

- Respondents who switch from favoring legislative solutions toward favoring research funding are slightly less likely to have gotten information on global warming from television, compared with those who switch toward favoring legislation.

- Respondents who switch positions either way—toward research, or toward legislation—are unlikely to have gotten information on global warming from radio.

- Those who switch toward research are more likely to receive information on global warming from magazines, compared with those who switch toward legislative solutions.

- Respondents who switch toward favoring research and respondents who switch toward favoring legislation are equally likely to have received information on global warming from newspapers.

## Conclusion: communication strategies

The results reviewed above support a series of conclusions concerning the types of sources and messages to which audiences are likely to respond most favorably.

- Technical and expert sources have the highest credibility among a broad range of members of the public.

- The Information Council for the Environment can be seen as an expert technical source.

- Moderate credibility of expert or industry sources is associated with a shift toward the ICE agenda.

Therefore, an "approachable" technical expert can present a good case for a cost-effective solution that meets the joint economic and environmental interests of consumers and industry.

RICO Statement Exhibit_46





# Informed Citizens
# for the Environment

RICO Statement Exhibit_47



INFORMED CITIZENS FOR THE ENVIRONMENT
Timeline



iNFORMED CITIZENS FOR THE ENVIRONMENT
Test Market Project Timeline

RICO Statement Exhibit_48

# I.C.E.

## Test Market Proposal

RICO Statement Exhibit_49

DATES:           *February, 1991 - August, 1991*

OBJECTIVES:      *1) Demonstrate that a consumer-based media
                 awareness program can positively change the
                 opinions of a selected population regarding
                 the validity of global warming.*

                 *2) Begin to develop a message and strategy for
                 shaping public opinion on a national scale.*

                 *3) Lay the solid groundwork for a unified
                 national electric industry voice on global
                 warming.*

PROGRAM
STRATEGIES:      *1) Select test markets that meet the following
                 criteria:*

                 *a) market derives majority of electricity from
                 coal*

                 *b) market is home to a member of the House
                 Energy & Commerce Committee or House Ways &
                 Means Committee*

                 *c) market is smaller than #50, which
                 translates into lower media costs*

                 *2) Determine most advantageous population, within
                 specific markets, to base media awareness
                 program.*

                 *3) Pre-test opinions of selected population
                 regarding global warming.*

                 *4) Focus Group test I.C.E. name and creative
                 concepts.*

                 *5) Proceed with media awareness program,
                 utilizing radio/newspaper advertising and a
                 public relations campaign.*

                 *6) Post-test opinions of selected population
                 regarding global warming.*

                 *7) Program evaluation.*

                 *8) If successful, implement program nationwide.*

RICO Statement Exhibit_50

RESEARCH
STRATEGY:                    Determine most advantageous population, both
                             attitudinally and demographically.  Ascertain
                             general level of understanding and measure degree
                             of opinion shifts.


PUBLIC
RELATIONS
STRATEGY:                    The public relations campaign will involve the
                             research, writing and preparation of background
                             materials for use with the media.  A minimum of
                             eight discussion points will be communicated to
                             the media.


CREATIVE
STRATEGY:                    The radio creative will directly attack the
                             proponents of global warming by relating
                             irrefutable evidence to the contrary, delivered
                             by a believable spokesperson in the radio
                             broadcast industry.

                             The print creative will attack proponents through
                             comparison of global warming to historical or
                             mythical instances of gloom and doom.  Each ad
                             will invite the listener/reader to call or write
                             for further information, thus creating a data
                             base.


MEDIA
STRATEGY:                    A radio/newspaper execution is recommended for
                             the following reasons:

                             a) believability

                             b) ability to use high frequency (radio) and
                                detailed copy (newspaper)

                             c) cost effectiveness

                             d) production flexibility


FUNDING:                     For the test markets, splitting costs evenly
                             among five participating utilities is recom-
                             mended.  If the program is implemented on a
                             national basis, it might be better to determine
                             proportionate shares based on coal-produced kWh.

                             The test market funds will be collected as
                             follows:

                             First 1/3 of commitment      2/1/91
                             Second 1/3 of commitment     3/1/91
                             Remainder of commitment      4/1/91

RICO Statement Exhibit_51

```
TIMELINE:        Pre-test Research (4 weeks)      2/11/91 - 3/10/91
                 (3 weeks)
                 Focus Group Test (4 weeks)       4/1/91 - 4/28/91
                 (2 weeks)
                 Media Awareness Program (4wks)  5/13/91 -  6/9/91
                 (3 weeks)
                 Post-test Research (3 weeks)      7/1/91 - 7/21/91
                 (2 weeks)
                 Final Presentation                   8/5/91


BUDGET:          $510,000 (three markets)
```

### Chattanooga, Tennessee
### Test Market

_MEDIA_ *(1200 GRPs/8 full-page ads)*

*$ 75,000*

_PUBLIC RELATIONS_

*$ 24,000*

_RESEARCH_ *(500 interviews in each of two surveys/Focus Group)*

*$ 43,000*

_PRODUCTION_ *(Radio/Newspaper/Phone Number/Brochure/Postage)*

*$ 54,000*

*TOTAL. . . . . . . . . . . . . . . . . . . . . $196,000*

### Champaign, Illinois
### Test Market

**Terry Bruce/House Energy & Commerce Committee**


<u>MEDIA</u> *(1200 GRPs/8 full-page ads)*

*$ 53,000*


<u>PUBLIC RELATIONS</u>

*$ 24,000*


<u>RESEARCH</u> *(500 interviews in each of two surveys)*

*$ 43,000*


<u>PRODUCTION</u> *(Radio/Newspaper/Phone Number/Brochure/Postage)*

*$ 54,000*


*TOTAL. . . . . . . . . . . . . . . . . . . . $174,000*

*Flagstaff, Arizona*
*Test Market*

__MEDIA__ *(1200 GRPs/8 full-page ads)*

*$ 25,000*

__PUBLIC RELATIONS__

*$ 24,000*

__RESEARCH__ *(500 interviews in each of two surveys)*

*$ 43,000*

__PRODUCTION__ *(Radio/Newspaper/Phone Number/Brochure/Postage)*

*$ 54,000*

*TOTAL. . . . . . . . . . . . . . . . . . . . $146,000*

RICO Statement Exhibit_55

*Fargo, North Dakota*
*Test Market*

*Byron Dorgan/House Ways & Means Committee*

<u>*MEDIA*</u> *(1200 GRPs/8 full-page ads)*

*$ 47,000*

<u>*PUBLIC RELATIONS*</u>

*$ 24,000*

<u>*RESEARCH*</u> *(500 interviews in each of two surveys/Focus Group)*

*$ 43,000*

<u>*PRODUCTION*</u> *(Radio/Newspaper/Phone Number/Brochure/Postage)*

*$ 54,000*

*TOTAL. . . . . . . . . . . . . . . . . . . . . $168,000*

<u>Potential *Program Names*</u>

*Informed Citizens for the Environment*

*Information Council for the Environment*

*Intelligent Concern for the Environment*

*Informed Choices for the Environment*

RICO Statement Exhibit_57

## Climatic Record in Midwest States

**Minnesota**

Greg Spoden                    612/296-4214
State Climatologist

Dr. Dick Skaggs                612/625-6643
Univ. of Minn.
Dept of Geography

Dr. Don Baker                  612/625-6235
Univ. of Minn.
Prof. of Soil Science


1990 was Minneapolis' 4th warmest year.
1991 has been above average
"It certainly did not show cooling" (GS)

Temperature record started in as pioneer date in the 1820s at Ft. Sneeling and up to current dates from a farm in Farmington.
Long time warming trend, statistically increasing climate temperature since 1867.

Temperature decrease from 1819 to 1867.
Increase from 1867 through present.
There was a cooling in 1940-1970, but it doesn't show statistically in the record. (DB)

The temperature record is a superior record in urban North America. (DB)

articles:

Journal of Climatic Change
Volume 7, 1985 p. 225-236

Journal of Climate Change
Volume 7, 1985 p. 403-414

Bulletin of American Meteorology
Volume 41, 1960 p. 18-27

Washington D.C. 20004-2696
Telephone 202-508-5300

 **EDISON ELECTRIC
INSTITUTE**

M. WILLIAM BRIER
Vice President, Communication

May 15, 1991

O. Mark De Michele
President & CEO
Arizona Public Service Company
P.O. Box 53999
Phoenix, AZ 85072-3999

Dear Mark:

I am writing to update you on some changes in the Information Council for the
Environment's (ICE) advertising and promotional activities in the three test cities
including Flagstaff.  You will find the attached material similar to what I sent you
earlier.

However, you should note changes in the "How Much . . ." ad which will be
running Flagstaff.  It is a revised version and contains no graphics -- it's straight
copy.

If you have any questions, please let me know.

Sincerely,

Bill Brier

w/o enclosures
    Gale Klappa
    **Vice President**
    **Southern Company**

RICO Statement Exhibit_59

INFORMATION COUNCIL FOR THE ENVIRONMENT

## NEWSPAPER ROTATION

| Flagstaff | Fargo | Bowling Green |
|---|---|---|
| 1. Frost line | Mpls colder | Kent. colder |
| 2. How much (?) | Frost line | Kent. colder |
| 3. Frost line | Mpls colder | Frost line |
| 4. How much (?) | Frost line | Kent. colder |
| 5. Mpls colder | Mpls colder | Frost line |
| 6. Serious problem | Serious problem | Serious problem |
| 7. Mpls colder | How much (money bag) | Frost line |
| 8. How much (?) | Serious problem | How much |
| 9. Frostline | How much (money bag) | Serious problem |
| 10. Serious problem | Serious problem | How much |
| 11. Mpls colder | How much (money bag) | Serious problem |
| .. How much (?) | Serious problem | How much |

## RADIO PLACEMENT

| Flagstaff | Fargo | Bowling Green |
|---|---|---|
| Dr. Balling #1 | Dr. Balling #1 | Dr. Balling #1 |
| Dr. Balling #2 | Dr. Balling #2 | Dr. Balling #2 |
| Bruce Williams #1 | Rush Limbaugh #1 | Dr. Balling #3 |
| Bruce Williams #2 | Rush Limbaugh #2 | |
| | Bruce Williams #1 | |
| | Bruce Williams #2 | |

# PUBLIC RELATIONS TOUR

## TUESDAY MAY 14, 1991

10:45 a.m.  Appearance on WBKO-TV's "Midday" hosted by Beverly Kirk.

1:00 p.m.  Meet with editors and writers at the <u>Bowling Green Daily News</u>.

2:30 p.m.  Tape appearance on WKYU-TV's "Outlook" hosted by Barbara Deeb.  Tape will also be  broadcast on WKYU-FM's "Midday Edition."

RICO Statement Exhibit_61

# PUBLIC RELATIONS TOUR

## WEDNESDAY, MAY 15, 1991

12:30 p.m.   Meet with editors and writers at The **Fargo Forum**.

2:00 p.m.   Tape appearance on KX4 News Conference on KXJB-TV.  Program is hosted by Kathy Coyle and airs on Sundays.

4:00 p.m.   Appear on KTHI-TV's On The Line hosted by Steve Poitras.  Half-hour program.

5:00 p.m.   Meeting with editorial staff at WDAY-TV.  Tape interview for evening news.

RICO Statement Exhibit_62

# I.C.E.
# FULFILLMENT   MATERIALS

## 1st Request (Quantities of 5000)

*     Dr. Michaels letter #1

*     Postcard

*     Bush letter

*     Colder Minneapolis article

*     The Greenhouse Effect...To What Degree?

## 2nd Request (Quantities of 2000)

*     Dr. Michaels letter #2

*     The Science of Global Warming

RICO Statement Exhibit_63



M. WILLIAM BRIER
Vice President Communication

**FEDERAL EXPRESS**

Arizona Public Service Company
400 North 5th Street
Phoenix, AZ 85004

Dear Mark:

As I promised, attached is information on the newspaper and radio ads that will begin appearing in three test markets including Flagstaff on May 12. You should also note that the campaign includes public relations activities involving the Arizona Daily Sun, KNAZ-TV and KNAU-AM on May 20.

Of perhaps greater interest is the pre-test telephone interviews with 500 adults in Flagstaff (the results are also attached). The data indicates that:

- . 89% say that they have heard of global warming

- . 82% claim some familiarity with global warming

- . 80% claim the problem is somewhat serious while 45% claim it is very serious

- . 39% back federal legislation without any qualification of cost

- . 22% consider themselves "green" consumers

With this high level of awareness and concern in Flagstaff it will be interesting to see how the science approach sells. My concern is that the absence in the messages of reasonable approaches to solving the problems of global warming may reduce their effectiveness.

In any case the research results should be useful in providing data that will allow the industry to fine tune its messages. Hopefully we can share this information, in a meaningful way, with members of your policy committee at an appropriate time.

RICO Statement Exhibit_64

O. Mark DeMichele
May 6, 1991
Page Two

I have informed the Information Council for the Environment (ICE) that you reserve the right to distance yourself from these activities. If you have any questions, please let me know.

Sincerely,

E. Brie

Enclosures

cc w/o enclosures:
   Gale Klappa
   Southern Company

# PUBLIC RELATIONS TOUR

## WEDNESDAY, MAY 15, 1991

12:30 p.m.   Meet with editors and writers at <u>The Fargo Forum</u>.

2:00 p.m.    Tape appearance on KX4 News Conference on KXJB-TV.  Program is hosted by Kathy Coyle and airs on Sundays.

4:00 p.m.    Appear on KTHI-TV's On The Line hosted by Steve Poitras.  Half-hour program.

5:00 p.m.    Meeting with editorial staff at WDAY-TV.  Tape interview for evening news.

# FARGO MARKET

## May 1991

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| | | | **1** | **2** | **3** | **4** |
| **5** | **6** | **7** | **8** | **9** | **10** | **11** |
| Forum: Minneapolis **12** | KVOX FM 6x<br>WDAY FM 5x<br>KLTA FM 7x<br>KQWB FM 3x<br>KQWB AM 3x<br>WDAY AM 4x **13** | KVOX FM 6x<br>WDAY FM 5x<br>KLTA FM 7x<br>KQWB FM 3x<br>KQWB AM 3x<br>WDAY AM 4x **14** | Forum: Frost<br>KVOX FM 6x<br>WDAY FM 5x<br>KLTA FM 7x<br>KQWB FM 3x<br>KQWB AM 3x<br>WDAY AM 4x **15** | KVOX FM 6x<br>WDAY FM 5x<br>KLTA FM 7x<br>KQWB FM 3x<br>KQWB AM 3x<br>WDAY AM 4x **16** | Forum: Pick-up<br>Minneapolis<br>KVOX FM 6x<br>WDAY FM 5x<br>KLTA FM 6x<br>KQWB FM 3x<br>KQWB AM 3x<br>WDAY AM 4x **17** | Forum: Serious<br>Problem **18** |
| Forum: Pick-up Frost **19** | KVOX FM 5x<br>WDAY FM 4x<br>KLTA FM 6x<br>KQWB FM 3x<br>KQWB AM 3x<br>WDAY AM 4x **20** | KVOX FM 5x<br>WDAY FM 4x<br>KLTA FM 6x<br>KQWB FM 3x<br>KQWB AM 3x<br>WDAY AM 4x **21** | Forum:<br>Minneapolis<br>KVOX FM 5x<br>WDAY FM 4x<br>KLTA FM 5x<br>KQWB FM 3x<br>KQWB AM 3x<br>WDAY AM 4x **22** | KVOX FM 5x<br>WDAY FM 4x<br>KLTA FM 5x<br>KQWB FM 3x<br>KQWB AM 3x<br>WDAY AM 4x **23** | KVOX FM 5x<br>WDAY FM 4x<br>KLTA FM 5x<br>KQWB FM 3x<br>KQWB AM 3x<br>WDAY AM 4x **24** | Forum: Serious<br>Problem **25** |
| Forum: Pick-up How Much **26** | KVOX FM 4x<br>WDAY FM 3x<br>KLTA FM 5x<br>KQWB FM 3x<br>KQWB AM 3x<br>WDAY AM 4x **27** | KVOX FM 4x<br>WDAY FM 3x<br>KLTA FM 5x<br>KQWB FM 3x<br>KQWB AM 3x<br>WDAY AM 4x **28** | Forum: Pick-up<br>Serious<br>Problem<br>KVOX FM 4x<br>WDAY FM 3x<br>KLTA FM 5x<br>KQWB FM 3x<br>KQWB AM 3x<br>WDAY AM 4x **29** | KVOX FM 4x<br>WDAY FM 3x<br>KLTA FM 5x<br>KQWB FM 3x<br>KQWB AM 3x<br>WDAY AM 4x **30** | Forum: How<br>Much<br>KVOX FM 4x<br>WDAY FM 3x<br>KLTA FM 6x<br>KQWB FM 3x<br>KQWB AM 3x<br>WDAY AM 4x **31** | |

## FLAGSTAFF MARKET

# June 1991

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | | KAFF FM 6x

1 |
| Arizona Daily Sun: Serious Problem

2 | KVNA AM 6x KVNA FM 6x KMGN FM 6x KAFF FM 7x

3 | KVNA AM 6x KVNA FM 6x KMGN FM 6x KAFF FM 7x

4 | Arizona Daily Sun: Minneapolis Colder KVNA AM 6x KVNA FM 6x KMGN FM 6x KAFF FM 7x  5 | KVNA AM 6x KVNA FM 6x KMGN FM 6x KAFF FM 7x

6 | KVNA AM 6x KVNA FM 6x KMGN FM 6x KAFF FM 7x

7 | 8 |
| Arizona Daily Sun: How Much

9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | | | | | | |

If you have any questions, please call Simmons Advertising, Inc. (701)-746-4573

## FARGO MARKET

### June 1991

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| **2** Forum: Pick-up Serious Problem | **3** KVOX FM 5x WDAY FM 4x KLTA FM 6x KQWB FM 3x WDAY AM 4x | **4** KVOX FM 5x WDAY FM 4x WDAY FM 4x KQWB FM 3x WDAY AM 4x | **5** Forum: How Much KVOX FM 5x WDAY FM 4x KLTA FM 7x KQWB FM 3x WDAY AM 4x WDAY AM 3x | **6** KVOX FM 5x WDAY FM 4x KLTA FM 7x KQWB FM 3x WDAY AM 4x | **7** KVOX FM 5x WDAY FM 4x KLTA FM 7x KQWB FM 3x WDAY AM 4x | **1** |
| **9** Forum: Pick-up Serious Problem | **10** | **11** | **12** | **13** | **14** | **15** |
| **16** | **17** | **18** | **19** | **20** | **21** | **22** |
| **23** | **24** | **25** | **26** | **27** | **28** | **29** |
| **30** | | | | | | |

FLAGSTAFF MARKET

## May 1991

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | **1** | **2** | **3** | **4** |
| **5** | **6** | **7** | **8** | **9** | **10** | **11** |
| Arizona Daily Sun: Frost<br><br>**12** | KVNA AM 6x<br>KVNA FM 6x<br>KMGN FM 7x<br>KAFF FM 8x<br>**13** | KVNA AM 6x<br>KVNA FM 6x<br>KMGN FM 7x<br>KAFF FM 8x<br>**14** | Arizona Daily Sun: How Much<br>KVNA AM 6x<br>KVNA FM 6x<br>KMGN FM 7x<br>KAFF FM 8x<br>**15** | KVNA AM 6x<br>KVNA FM 6x<br>KMGN FM 7x<br>KAFF FM 8x<br>**16** | Arizona Daily Sun: Frost<br>KVNA AM 6x<br>KVNA FM 6x<br>KMGN FM 7x<br>KAFF FM 8x<br>**17** | **18** |
| Arizona Daily Sun: How Much<br><br>**19** | KVNA AM 5x<br>KCNA FM 5x<br>KMGN FM 6x<br>KAFF FM 7x<br>**20** | KVNA AM 5x<br>KVNA FM 5x<br>KMGN FM 6x<br>KAFF FM 7x<br>**21** | Arizona Daily Sun: Minneapolis<br>KVNA AM 5x<br>KVNA FM 5x<br>KMGN FM 6x<br>KAFF FM 7x<br>**22** | KVNA AM 5x<br>KVNA FM 5x<br>KMGN FM 6x<br>KAFF FM 7x<br>**23** | Arizona Daily Sun: Serious Problem<br>KVNA AM 5x<br>KVNA FM 5x<br>KMGN FM 6x<br>KAFF FM 7x<br>**24** | **25** |
| Arizona Daily Sun: Minneapolis<br><br>**26** | KVNA AM 5x<br>KVNA FM 5x<br>KMGN FM 5x<br>KAFF FM 6x<br>**27** | KVNA AM 5x<br>KVNA FM 5x<br>KMGN FM 5x<br>KAFF FM 6x<br>**28** | Arizona Daily Sun: How Much<br>KVNA AM 5x<br>KVNA FM 5x<br>KMGN FM 5x<br>KAFF FM 6x<br>**29** | KVNA AM 5x<br>KVNA FM 5x<br>KAFF FM 6x<br>**30** | Arizona Daily Sun: Frostline<br>KVNA AM 5x<br>KVNA FM 5x<br>KMGN FM 5x<br>KAFF FM 6x<br>**31** | |

RICO Statement Exhibit_70

If you have any questions, please call Simmons Advertising, Inc. (701)-746-6573



# The most serious problem with catastrophic global warming is— it may not be true.

Some forecasters say the Earth's temperature is rising. They say that catastrophic global warming will take place in the years ahead.

But the U.S. Department of Agriculture—in the first update in 25 years of its "Plant Hardiness Report" —determined that on both coasts of this country, winter temperatures are 5 to 10 degrees cooler than previously reported.

The evidence can be seen in the increase in cold damage to Florida orange groves and California eucalyptus. And a moving frost line has led to a shorter growing season in some parts of the South.

Now, most of us aren't climatologists. But facts like these simply don't jibe with the theory that catastrophic global warming is taking place. Which seems to say we need more research. And more evidence

If you care about the Earth—but want to keep a cool head about it—now is your chance to get more facts.

Call the Information Council for the Environment, 1-800-546-6269 extension 522. We'll send you a free packet of information on global climate change. Or just mail us the coupon below.

Because the best environmental policy is a policy based on fact.

Please send me your FREE information packet on global climate change.

NAME _____
ADDRESS _____
CITY _____

Information Council for the Environment
1-800-546-6269

RICO Statement Exhibit_71

# Who told you the earth was warming... Chicken Little?



**C**hicken Little's hysteria about the sky falling was based on a fact that got blown out of proportion.

It's the same with global warming. There's no hard evidence it is occurring. In fact, evidence the Earth is warming is weak. Proof that carbon dioxide has been the primary cause is non-existent. Climate models cannot accurately predict far-future global change. And the underlying physics of climatic change are still wide open to debate.

If you care about the earth, but don't want your imagination to run away with you, make sure you get the facts.

Write Informed Citizens for the Environment, P.O. Box 1513, Grand Forks, North Dakota 58206, or call toll-free 1-701-746-4573. We'll send today's facts on global warming.



Informed Citizens

Plaintiffs' Exhibit_72



# Doomsday is cancelled.

## Again.

The twentieth century has seen many predictions of global destruction. In the 1930's, some scientists claimed we were in the middle of a disastrous warming trend. In the mid 1970's, others were sure we were entering a new Ice Age. And so on.

It's the same with global warming. There's no hard evidence it is occurring. In fact, evidence the Earth is warming is weak. Proof that carbon dioxide has been the primary cause is non-existent. Climate models cannot accurately predict far-future global change. And the underlying physics of the climatic change are still wide open to debate.

If you care about the environment, but don't care to be pressured into spending money on problems that don't exist, make sure you get the facts.

Write: Informed Citizens for the Environment, P.O. Box 1513, Grand Forks, North Dakota 58206 or call (701) 746-4573. We'll send you the facts about global warming.



Informed Citizens for the Environment

State_ment Exhibit_73

# EXHIBIT D



**Creciendo Juntos**
**111 Monticello Avenue – Suite 104 – Charlottesville, VA 22902**

June 16, 2009

The Honorable Congressman Tom Perriello
1520 Longworth HOB
Washington, DC 20515

Dear Congressman Perriello:

My organization Creciendo Juntos, represents minorities in your district. Creciendo Juntos has worked on behalf of the Latino and Hispanic Community in Charlottesville since 2005.

You are about to vote on important environmental legislation (the Waxman-Markey bill). We support making the environment cleaner, but the reason we are writing is that we are concerned about our electric bills. Many of our members are on tight budgets and the sizes of their monthly utility bills are important expense items. The cost to heat and cool our homes, run hot water and use other appliances is very important to those on a budget.

Our state gets 56% of its electricity from coal. We urge you to pass legislation that reduces greenhouse gases but at the same time protects consumers from unaffordable increases in the basic necessity of electricity.

We ask you to use your important position to help protect minorities and other consumers in your district from higher electricity bills. Please don't vote to force cost increases on us, especially in this volatile economy. We urge you to make pro-consumer changes in the Waxman-Markey bill to protect minorities and all of your constituents from unaffordable energy cost increases.

Respectfully,

Marisse K. Acevado, Asst Member Coordinator
Creciendo Juntos



**703 – C Concord Avenue – Charlottesville, VA 22902**

June 12, 2009

1520 Longworth HOB
Washington, DC 20515

Dear Congressman Perriello:

My organization, the NAACP- Charlottesville, represents minorities in your district. The NAACP has a long history of advocacy on behalf of all American citizens.

You are about to vote on important environmental legislation (the Waxman-Markey bill). We support making the environment cleaner, but the reason we are writing is that we are concerned about our electric bills. Many of our members are on tight budgets and the sizes of their monthly utility bills are important expense items. The cost to heat and cool our homes, run hot water and use other appliances is very important to those on a budget.

Our state gets 56% of its electricity from coal. We urge you to pass legislation that reduces greenhouse gases but at the same time protects consumers from unaffordable increases in the basic necessity of electricity.

We ask you to use your important position to help project minorities and other consumers in your district from higher electricity bills. Please don't vote to force cost increases on us, especially in this volatile economy. We urge you to make pro-consumer changes in the Waxman-Markey bill to protect minorities and all of your constituents from unaffordable energy cost increases.

Respectfully,

William Ernst – Pro Tem
NAACP –Charlottesville



**702 – C Concord Avenue – Charlottesville, VA 22902**

June 12, 2009

1520 Longworth HOB
Washington, DC 20515

Dear Congressman Perriello:

My organization, the NAACP- Charlottesville, represents minorities in your district. The NAACP has a long history of advocacy on behalf of all American citizens.

You are about to vote on important environmental legislation (the Waxman-Markey bill). We support making the environment cleaner, but the reason we are writing is that we are concerned about our electric bills. Many of our members are on tight budgets and the sizes of their monthly utility bills are important expense items. The cost to heat and cool our homes, run hot water and use other appliances is very important to those on a budget.

Our state gets 56% of its electricity from coal. We urge you to pass legislation that reduces greenhouse gases but at the same time protects consumers from unaffordable increases in the basic necessity of electricity.

We ask you to use your important position to help protect minorities and other consumers in your district from higher electricity bills. Please don't vote to force cost increases on us, especially in this volatile economy. We urge you to make pro-consumer changes in the Waxman-Markey bill to protect minorities and all of your constituents from unaffordable energy cost increases.

Respectfully,

Sheila Dowe
Sheila Dowe
NAACP –Charlottesville



**70? – C Concord Avenue – Charlottesville, VA 22902**

June 12, 2009

1520 Longworth HOB
Washington, DC 20515

Dear Congressman Perriello:

My organization, the NAACP- Charlottesville, represents minorities in your district. The NAACP has a long history of advocacy on behalf of all American citizens.

You are about to vote on important environmental legislation (the Waxman-Markey bill). We support making the environment cleaner, but the reason we are writing is that we are concerned about our electric bills. Many of our members are on tight budgets and the sizes of their monthly utility bills are important expense items. The cost to heat and cool our homes, run hot water and use other appliances is very important to those on a budget.

Our state gets 56% o' its electricity from coal. We urge you to pass legislation that reduces greenhouse gases but at the same time protects consumers from unaffordable increases in the basic necessity of electricity.

We ask you to use your important position to help protect minorities and other consumers in your district from higher electricity bills. Please don't vote to force cost increases on us, especially in this volatile economy. We urge you to make pro-consumer changes in the Waxman-Markey bill to protect minorities and all of your constituents from unaffordable energy cost increases.

Respectfully,

T.J. Hudson
NAACP –Charlottesville

RICO Statement Exhibit_78



703 – C Concord Avenue – Charlottesville, VA 22902

June 12, 2009

1520 Longworth HOB
Washington, DC 20515

Dear Congressman Perriello:

My organization, the NAACP- Charlottesville, represents minorities in your district. The NAACP has a long history of advocacy on behalf of all American citizens.

You are about to vote on important environmental legislation (the Waxman-Markey bill). We support making the environment cleaner, but the reason we are writing is that we are concerned about our electric bills. Many of our members are on tight budgets and the sizes of their monthly utility bills are important expense items. The cost to heat and cool our homes, run hot water and use other appliances is very important to those on a budget.

Our state gets 56% of its electricity from coal. We urge you to pass legislation that reduces greenhouse gases but at the same time protects consumers from unaffordable increases in the basic necessity of electricity.

We ask you to use your important position to help protect minorities and other consumers in your district from higher electricity bills. Please don't vote to force cost increases on us, especially in this volatile economy. We urge you to make pro-consumer changes in the Waxman-Markey bill to protect minorities and all of your constituents from unaffordable energy cost increases.

Respectfully,

Marilyn Williams
NAACP –Charlottesville

JUN-12-2009  17:22   PRMS, INC
Jun-12-2009  05:21pm   FROM-GRASSROOTS EFFORTS



**703 – C Concord Avenue – Charlottesville, VA 22902**

June 12, 2009

1520 Longworth HOB
Washington, DC 20515

Dear Congressman Perriello:

My organization, the NAACP- Charlottesville, represents minorities in your district. The NAACP has a long History of advocacy on behalf of all American citizens.

You are about to vote on important environmental legislation (the Waxman-Markey bill). We support making the environment cleaner, but the reason we are writing is that we are concerned about our electric bills. Many of our members are on tight budgets and the sizes of their monthly utility bills are important expense items. The cost to heat and cool our homes, run hot water and use other appliances is very important to those on a budget.

Our state gets 56% of its electricity from coal. We urge you to pass legislation that reduces greenhouse gases but at the same time protects consumers from unaffordable increases in the basic necessity of electricity.

We ask you to use your important position to help protect minorities and other consumers in your district from higher electricity bills. Please don't vote to force cost increases on us, especially in this volatile economy. We urge you to make pro-consumer changes in the Waxman-Markey bill to protect minorities and all of your constituents from unaffordable energy cost increases.

Respectfully,

Rebecka Shields
NAACP –Charlottesville

# EXHIBIT E



The Heartland Institute

 

| Home | About | Volumes | Media | NIPCC Scientists | Lead Authors |

| Links | Reviews | Replies to Critics | 🔍 |

---

## Reviews of Climate Change Reconsidered

### Climate Change Reconsidered (2009)

"In a clear, understandable manner that a high school graduate with a few general science courses could understand, *Climate Change Reconsidered* effectively rebuts the UN Intergovernmental Panel on Climate Change report that carbon dioxide due to human activity causes significant global warming. Policymakers and politicians who make decisions on carbon dioxide control should read this volume to insure decisions are based on sound and true science."

– **Dr. James H. Rust** is a retired professor of nuclear engineering from the Georgia Institute of Technology

"This 800-page plus volume, based on the research of these many scientists, is designed to provide a 'Team B,' independently examining the same climate data used by the UN sponsored Intergovernmental Panel on Climate Change (IPCC). And while the IPCC's most recent 2007 report concluded 'most of the observed increase in global average temperatures since the mid-20th century is very likely due to the observed increase in anthropogenic greenhouse gas concentrations,' 'Team B' came to the opposite conclusion, that 'natural causes are very likely to be the dominant cause.'

RICO Statement Exhibit_82

"That's a gentlemanly way of putting it. The nine chapters in this volume devastatingly refute the findings of the turgidly named Fourth Assessment Report of the Intergovernmental Panel on Climate Change's Working Group 1 (Science) released in 2007. *Climate Change Reconsidered* is an immensely important contribution to genuine scientific debate on issues where unscientific fear-mongering has thus far triumphed. It surely brings closer the day when science will once again assume the driver's seat."

– **Rael Jean Isaac** is a political sociologist and co-author of *The Coercive Utopians,* published by Regnery in 1983.

"*Climate Change Reconsidered* is a summary of the climate science that the Intergovernmental Panel on Climate Change won't give you. It offers the results from hundreds of peer-reviewed studies in top science journals. For easy reference, it follows the same format as the IPCC's own reports. Just one example of its informing power: The computerized global climate models which the IPCC uses to blame humans for the current high global temperatures have – incredibly – not been informed of the Medieval Warming (950-1300 AD) or the Roman Warming (200 BC to 600 AD), or any of the previous 1,500-year global warming-cooling cycles which seabed microfossils now show stretching back at least a million years.

"If the computers had known about these Dansgaard-Oeschger cycles, they might have credited the sun for warming us, instead of scaring us about human-emitted CO2. *Climate Change Reconsidered* tells you the rest of the science story. Don't accept massive energy taxes until you've reviewed it."

– **Dennis Avery**, coauthor, *Unstoppable Global Warming – Every 1,500 Years*

"I've been waiting for this book for twenty years. It was a long wait, but I'm not disappointed. *Climate Change Reconsidered* is a *tour de force*. It takes on all the alleged evidences of catastrophic, manmade global warming and demonstrates, patiently and clearly, why they fail to support the conclusion. Its 2 authors and 35 contributors are outstanding scientists with unassailable credentials – a fact that, unfortunately, won't stop movement alarmists from their customary ad hominem attacks. The book is chock full of excellent data, analysis, and argumentation, sophisticated enough to meet the demands of any expert, yet clearly enough written to be accessible to laymen."

– **E. Calvin Beisner, Ph.D.**, Cornwall Alliance for the Stewardship of Creation

"The notion that global warming is an imminent threat was crystallized in the United Nations reports (IPCC), which now are treated as the Bible for those hazy on the scientific rationale. It

is therefore timely that a counter report, from the Non-governmental International Panel on Climate Change, has appeared. This report presents the case challenging the IPCC reports in a coherent and rational way. One cannot but be impressed by the comprehensive scope of the report compiled by two distinguished scientists.

"After reading *Climate Change Reconsidered*, one is left wondering how such a poorly supported scientific theory could have such political traction. For those that want to get to the bottom of this subject, the present work is one of the most accessible expositions of climate change. I recommend it without reservation."

– **Brice Bosnich Ph.D.,** The University of Chicago (retired)

"*Climate Change Reconsidered,* the 2009 report of the Nongovernmental International Panel on Climate Change (NIPCC), is a comprehensive 880-page tome that rigorously analyses the IPCC's claim that dangerous global warming has "very likely" been caused by human greenhouse emissions. Co-authored by Drs. Craig Idso and Fred Singer, with editing assistance from another 30 expert scientists from 16 countries, *Climate Change Reconsidered* provides a comprehensive refutation of IPCC global warming alarmism, based on summary discussion of relevant and recent scientific publications.

"*Climate Change Reconsidered* is essential reading for all professional persons who are involved with climate change research or policy formulation. It comprises a one-stop-shop where readers can find accurate information about climate change and well-balanced critical appraisal of the global warming hype in which the world is presently drowning."

– **Robert Carter,** Hon. FRSNZ, James Cook University (Australia)

"I have been involved in climate change science since 1988 and by 1992 I realized there was very little science to back up the claims of anthropogenic global warming. Ironically, there is even less today. The 2009 Report of the Nongovernmental International Panel on Climate Change (NIPCC) has hit a home run on the current science on global warming.

"Unlike the political United Nations Intergovernmental Panel on Climate Change's 2007 report, the NIPCC report cites peer reviewed science that refutes the anthropogenic theory. Some of it is forensic-like evidence that shows that the 'fingerprint' of the actual climate over the past 50 years or so does not match that of greenhouse warming, which is the basis of all computer models.

"My hat is off to the authors of the report. To stand up to the demonization they will certainly receive from proponents of anthropogenic warming shows their commitment to the truth whatever the cost."

RICO Statement Exhibit_84

– **Michael Coffman, Ph.D.**, author, *Saviors of the Earth?*

"What I like most about the book, in comparison with the various IPCC tomes, is the ease with which one can get a quick overview of contemporary research in many different climate-science fields. While, in the IPCC case, I always had to find myself a quiet room and several hours to figure out what they were really saying, in the NIPCC case, I find it easy to read whenever I want.

"It is especially impressive to see the way in which the NIPCC has summarized findings in the beginning sections of the book in a way that will be quick and easy for media to grab quotes from (in fact, I challenge open-minded journalists to do that), while, at the same time, going into details, with many prominent peer-reviewed scientific references, on each of the main topics in the following chapters.

"Besides being a good summary of the massive controversy behind the scenes in the climate science research community about the causes of the past century's modest warming, *Climate Change Reconsidered* could make a good text book for university (and advanced senior high school classes) climate change courses as well since they do an easily understood and accurate review of the related basic science at the beginning of each of the topic-specific chapters."

– **Tom Harris,** Executive Director, International Climate Science Coalition

"The NIPCC report, *Climate Change Reconsidered,* is not just an attempt to refute the IPCC, but a volume that fills in the gaps left by the IPCC fourth assessment report (FAR). With its emphasis on natural variability as a cause for the recent climate changes, it is a must have for serious climate scientists who should not just rely on the IPCC FAR alone to get the full picture of our current state of knowledge (and what is not known) about climate and climate change.

Dr. S. Fred Singer and Dr. Craig Idso have done a thorough job in providing climate science with this volume and should be commended for their effort."

– **Anthony R. Lupo, Ph.D.,** University of Missouri-Columbia

"Although the original purpose of the Nongovernmental International Panel on Climate Change (NIPCC) report was to evaluate the claims of the U.N. Intergovernmental Panel of Climate Change (IPCC) of 2007, it has gone far beyond that goal, and now should be accepted as the most comprehensive and scientific reference on climate change and its potential effects.

RICO Statement Exhibit_85

"It should be purchased by every public and community library, as well as every college library in the U.S. Although the price may be considered steep, it is not expensive by comparison with many university textbook reading lists; this volume actually covers the material of several ordinary books, with its 689 pages of text, plus appendices. It actually covers climate modeling, solar and atmospheric physics, temperature measurement, phenomena of clouds, precipitation, sea levels, and glaciology, as related to climate change.

"The quality of the writing is exemplary, especially for a book which must meet the highest scholarly standards. Each important point is clearly explained, and the references are listed after each section, with useful article titles in addition to the usual journal date and page. The book is very user-friendly, especially if the reader wants to go more deeply into any specific question."

– **Howard Maccabee, Ph.D., M.D.**, Alamo, California

"Among its other achievements, *Climate Change Reconsidered* helps to re-establish the connection between Earth's environment and extraterrestrial influences, including cosmic rays. Of course, the authors also discuss the effects of terrestrial factors such as CO2 levels, cloud cover and rainfall. Their scholarly analysis brings some much-needed realism (and good old-fashioned common sense) to the climate change debate.

Highly informative, *Climate Change Reconsidered* ought to be required reading for scientists, journalists, policymakers, teachers and students. It is an eye-opening read for everyone else (concerned citizens, taxpayers, etc.). In short … this book is highly recommended!"

– **William Mellberg,** author, *Moon Missions*

"This massive 868 page volume is the technical response of the NIPCC (Nongovernmental International Panel on Climate Change) to the 3-volume report, *Climate Change 2007* issued by the United Nations-sponsored IPCC (Intergovernmental Panel on Climate Change). Reading the book is an education in itself because it covers practically all aspects of Earth Sciences imaginable…

"Every section and sub-section of the book is copiously referenced with articles peer-reviewed in well-established scientific journals. Some of these articles were written by the contributors to the chapters themselves. Most of them, however, were written by hundreds of other specialists in the various fields of study. The contributing authors of *Climate Change Reconsidered* are Ph.D. scholars from 16 countries.

"*Climate Change Reconsidered* is must reading. It is your second opinion. Will you accept the National Health doctors' diagnosis, or will you listen to the opinions of numerous

RICO Statement Exhibit_86

international, independent doctors?"

– **Ronald A. Wells, Ph.D.**, University of California, Berkeley, retired

"The IPCC Report warrants the section-by-section refutation which *Climate Change Reconsidered* (CCR) provides. CCR is a veritable Book of Knowledge for serious scholars and should be helpful to sincere policy-makers no longer dependent upon the want of candor and want of industry of the IPCC."

– **Natalie Sirkin** (Connecticut Commentary blog site)

"*Climate Change Reconsidered* is a comprehensive, authoritative, and definitive reply to the IPCC reports. Every statement or comment is properly referenced, so anyone can check the original sources for him or herself. ... *Climate Change Reconsidered* is a major contribution to the global warming debate. It should be required reading for every politician, businessman and scientist. Highly recommended."

– **Dr. Gerrit van der Lingen,** Geologist/paleoclimatologist living in Christchurch, New Zealand

Climate Change Reconsidered (2011)

Climate Change Reconsidered II: Physical Science

The Heartland Institute
3939 North Wilke Road
Arlington Heights, Illinois 60004

Center for the Study of Carbon Dioxide and Global Change
P.O. Box 25697
Tempe, AZ 85285

Science and Environmental Policy Project
1600 South Eads Street, # 712-S
Arlington, VA 22202

If you discover broken links on this site, please contact the webmaster.

RICO Statement Exhibit_87

312/377-4000

Email Us

480/966-3719

Email Us

If you reached this page by following a link to NIPCCReport.org and find the link is broken, the article you are searching for probably can be found at CO2Science.org. You can browse that site for the article you were seeking or use the Search function.

Copyright 2017 The Heartland Institute | All Rights Reserved

  

RICO Statement Exhibit_88

Case 3:22-cv-01550-MAJ - Document 4-2 - Filed 11/23/22 - Page 89 of 165



The Heartland Institute





Home     About     Volumes     Media     NIPCC Scientists     Lead Authors

Links     Reviews     Replies to Critics     🔍

## Reviews of Climate Change Reconsidered

Climate Change Reconsidered (2009)

Climate Change Reconsidered (2011)

**One Stop Source of Authoritative and Documented Information**
**By Charles G. Battig, MS, MD, science writer**

*Climate Change Reconsidered – 2011 Interim Report of the Nongovernmental International Panel on Climate Change (NIPCC)* will reward the reader searching for a one-stop source of authoritative and documented information on the multifaceted topic of climate change. In contrast to the United Nations' Intergovernmental Panel on Climate Change, (IPCC), this encyclopedic volume appears to have no preset agenda serving to support the claim of catastrophic, manmade climate disruption. Instead, numerous research papers are quoted and referenced which serve to illustrate the complexity inherent in understanding the scope of the topic and the natural drivers of climate, along with the difficulty in convincingly attributing such changes to human origin.

This compendium of referenced papers on a variety of climate related topics is informative in itself, but along the way also serves to counter many of the IPCC claims of anthropogenic causation and climate model validity.

The ten main chapters cover topics ranging from Climate Models and Their Limitations" to "Economic and Other Policy Implications." The open-minded reader will appreciate finding the

RICO Statement Exhibit_89

material presented accessible to those without a background in the climate sciences, yet referenced papers accompany the narrative text for those wishing to delve deeper.

Highly recommended.

**A Huge Debt of Gratitude**
**By Alan Caruba,** *Warning Signs*

We owe a huge debt of gratitude to those courageous scientists that stood their ground against the global warming fraud. Recently the Heartland Institute, in concert with the Center for the Study of Carbon Dioxide and Global Change, and the Science and Environmental Policy Project, published "Climate Change Reconsidered: 2011 Interim Report." It is 430 pages co-authored by Dr. Craig D. Idso, Dr. Robert M. Carter, and Dr. S. Fred Singer, all of whom have been among the scientists repeatedly slandered as "global warming deniers" and "skeptics" for their efforts to educate the public.

The report, in careful documented, scientific language identifies the way the warmist's computer models over-estimated the amount of warming, ignored the fact that increased carbon dioxide benefits plant growth, that there is less melting in the Arctic, Antarctic and on mountain tops than claimed, and that there is no sign of acceleration of sea-level rise in recent decades.

A recent Rasmussen survey indicates that upwards of 60% of Americans have concluded that humans have nothing to do with "global warming" or any other aspect of the climate. This is extraordinary when one considers how the mainstream media, the curriculums in the nation's schools, and the unceasing efforts of major environmental organizations have tried to impose the global warming claims on the public.

**An Extraordinary Achievement**
**By Paul Driessen, JD**

The 2011 edition of *Climate Change Reconsidered* is a quite extraordinary achievement. It should put to rest once and for all any notion that "the science is settled" on the subject of global warming, or that humanity and our planet face an imminent manmade climate change disaster.

Prepared by eleven highly accomplished US, Canadian and Australian climate researchers and scholars, this 430-page report is not just extensively researched and footnoted. It covers every important aspect of climate change, climate research, and the positive and negative effects of energy use, carbon dioxide, and global warming and cooling – on plant and animal species, and human lives and livelihoods.

RICO Statement Exhibit_90

Equally important, the introductory overviews to each of the ten chapters are easy to read and comprehend, even for people who don't have extensive backgrounds in science, economics, statistics or public policy – meaning most of the population. The overviews cover all the most vital issues addressed in each chapter, and do so in a way that makes Climate Change Reconsidered especially valuable for legislators, regulators, journalists, corporate executives, judges, educators and other people who need to know and understand issues that are being used to justify major changes in the energy, economic, agricultural, corporate, legal and social structures of every nation.

Three vitally important conclusions are inevitable from reading this report. First, our knowledge of climate change, its causes and effects is in its infancy. We cannot afford to base fundamental energy and other public policy decisions on elementary knowledge, computer models and assertions by a UN-sponsored panel of experts that have been roundly and properly criticized for violating nearly every canon of scientific analysis, integrity, transparency and accountability.

Second, both recorded human history and Earth's geologic history make it abundantly clear that climate change is nothing new. Our planet and its human, plant and animal inhabitants have experienced frequent, profound, often sudden and frequently disastrous warming and cooling, flood and drought cycles over millions and billions of years. Nature rules our planet – not humans or manmade "greenhouse gases." The complex and powerful forces that govern our climate are still only poorly understood, and far more potent than anything humans do. Moreover, throughout history, periods of warming have been beneficial for all our planet's species, whereas periods of cooling have often been disastrous.

Third, coping with and adapting to climate changes require ingenuity, technology, energy and wealth. However, it is precisely these essentials – especially access to abundant, reliable, affordable energy – that are most at risk under the agendas being promoted by global warming (climate change) alarmists. That in itself is another reason why legislators, regulators, judges and voters should read this report.

In short, *Climate Change Reconsidered* is a thoughtful, thought-provoking, cool-headed antidote to the alarmism that has been driving far too many policies, laws, regulations and other decisions all over the world in recent years. It underscores the "precautionary principle" that SHOULD be applied here: Climate alarmists must prove, with clear and convincing evidence, that we face an imminent manmade climate disaster, and that their "solutions" will avert that disaster, without creating even bigger problems – before any such prescriptions are implemented. They have a long way to go to make that case.

**Like Showing a Cross to a Vampire**
**By Peter Ferrara, forbes.com, 21/01/2011**

Case 3:22-cv-01559-MAJ   Document 4-2   Filed 11/23/22   Page 92 of 165

The truth is a vigorous global scientific debate persists over whether man's use of carbon-based fuels threatens to cause catastrophic global warming, and the media not reporting that is not performing journalism. The most authoritative presentation of this debate can be found in the 856 page, *Climate Change Reconsidered*, published by the Heartland Institute in 2009. This careful, thoroughly scientific volume co- authored by dozens of fully credentialed scientists comprehensively addresses every aspect of global warming, and indicates that natural causes are primarily responsible for climate patterns of the last century. Heartland has just published a follow up 416 page *Interim Report* updating the debate.

When you run across a Knight Templar threatening you with a lance and a sword unless you confess the truth of catastrophic man caused global warming, ask him for his rebuttal to *Climate Change Reconsidered*. You will find the effect is like showing a cross to a vampire. Indeed, the latest and best work actually provides scientific proof that the man-caused global warming catechism is false.

**Worth far more than its weight in gold**
**By Tom Harris, president, International Climate Science Coalition**

From the perspective of the International Climate Science Coalition, this book, "Climate Change Reconsidered: 2011 Interim Report of the Nongovernmental International Panel on Climate Change" is worth far more than its weight in gold.

The value of this document is that it really has two parts – one, a brief "Introduction" at the beginning of each chapter that anyone, even people untrained in the field, can quickly read to understand, in general terms, where official climate science is off base. The second part of each chapter goes through the evidence for each introduction.

No one anywhere in the world has ever produced a document of this nature that is so easy to read, directly applicable to today's most discussed topics, and yet so extensively referenced.

While it is worthwhile to read the whole report, of course, reporters and government officials need to at least read the introductions to get a handle on what the UN IPCC has done wrong or misrepresents.

History will record the NIPCC as the most significant contribution any person or group on the climate realist side of the debate made to helping society get back on track towards making climate and energy decisions that actually help the environment and society.

Congrats to Heartland and their lead science editors as follows for this massive and important work: Craig D. Idso, PhD; Professor Robert Carter, PhD and Professor S. Fred Singer, PhD.

I boost this document whenever I speak or appear in media and always direct people to the site [...] There is nothing like it anywhere else.

RICO Statement Exhibit_92

**Climate Change: The Science**
**By Roger Helmer (Member of the European Parliament)**

Maybe it's because of the huge success on the Amazon Best-Seller lists of popular books debunking climate hysteria that true believers insist that "there is no peer-reviewed science challenging the consensus on climate change". Maybe these claims are also based on prejudice, hubris and a good dash of financial interest and rent-seeking.

Of course they're wrong even in their own terms. Many of the popular best-sellers include copious and detailed references to peer-reviewed science. Even "State of Fear", the Michael Crichton novel based on the climate issue, while avowedly fiction, foot-noted a great deal of serious science.

And as the old proverb has it, people in glass houses should be very careful about throwing stones. We've been told many times that the regular IPCC reports represent a clear consensus of the Scientific Community on the issue, and are based solely on peer-reviewed science. If only. As we've seen over the last couple of years, many of the more outlandish and alarmist claims in the IPCC reports have been based not on peer-reviewed science, but on "grey literature"– the propaganda sheets and press releases distributed by fanatical green NGOs (many of which are part-funded by the European Commission – but that's another story).

But for those who prefer their science hard-core, not populist, hope is at hand. Indeed it's been at hand for some time, in the form of the NIPCC (Nongovernmental International Panel on Climate Change) Report. First published in 2009, we now have the updated "2011 Interim Report," published by the Heartland Institute (whose conferences I have been privileged to attend). http://www.nipccreport.org/reports/2011/2011report.html

The report is authored by Fred Singer and Craig Idso (USA), and Robert (Bob) Carter of Australia — all of whom I have had the pleasure of meeting. I have hosted Fred Singer in Brussels more than once. All three are acknowledged experts in their respective fields. Fred is a distinguished atmospheric physicist and environmental scientist. Bob Carter is a geologist specialises specializing in palaeontology, stratigraphy, marine geology, and environmental science.

Their report is not easy reading for non-scientists, though the executive summary is very accessible. Many will treat it as a highly authoritative source of reference. It is in particular a standing rebuke to all those alarmists who deny the existence of hard science supporting the sceptical case. And it makes considerable use of material quoted in the alarmist IPCC reports – some of which, properly interpreted, supports the case against the alarmist "consensus".

The authors say "we are not saying that anthropogenic greenhouse gases cannot produce some warming, or have not in the past. Our conclusion is that the evidence shows they are not playing a substantial role". And they add "the net effect of continued warming and rising

carbon dioxide concentrations in the atmosphere is most likely to be beneficial to humans, plants and wildlife".

Given the increasing realisation that climate mitigation efforts are creating an economic crisis, and increasing popular scepticism about the alarmist scenario, this is a timely publication, and a key resource for all of us who are arguing for common sense.

**Study Claims Global Warming is 'Beneficial' for Human Health**
*International Business Times,* September 15, 2011

A new study by three non-profit climate research organizations has claimed that global warming is more likely to "improve rather than harm human health."

The study by Heartland Institute, Center for the Study of Carbon Dioxide and Global Change, and Science and Environmental Policy Project (SEPP) says "mankind will be much better off in the year 2100 than it is today and therefore able to adapt to whatever challenges climate change presents."

However, this "finding" completely contradicts the observations and predictions of most researchers in the world. It directly challenges the findings of the United Nations' Intergovernmental Panel on Climate Change (IPCC) report.

The "Climate Change Reconsidered: 2011 Interim Report" was co-authored by a team of scientists recruited and led by Craig D. Idso, Robert Carter and S. Fred Singer.

It asserts that manmade greenhouse gases do not play a "substantial role" in climate change and that previous reports about the effects of global warming overestimated the situation and "failed to incorporate chemical and biological processes, which are as important as the physical ones."

However, the conclusions of the study contradict the findings of the widely cited reports of the IPCC and many climate research organizations. The IPCC says that human activities (manmade greenhouse gases) are actually responsible for climate change. According to it, CO2 contributes to the melting of polar ice caps, rising sea levels, reduced Arctic ice cover and alarming changes in the environment.

The authors of the new report say "the net effect of continued warming and rising carbon dioxide concentrations in the atmosphere is most likely to be beneficial to humans, plants, and wildlife."

The report says that "global warming is more likely to improve rather than harm human health because rising temperatures lead to a greater reduction in winter deaths than the increase they cause in summer deaths."

RICO Statement Exhibit_94

The researchers found that global warming "benefits" not only mammals but amphibians, birds, butterflies and insects also benefit from its myriad ecological effects.

The reports also states that the Medieval Warm Period of approximately 1,000 years ago was both "global and warmer than today's world."

The latest research reveals that corals and other forms of aquatic life have effective adaptive responses to climate change enabling them to flourish.

It says that averting hunger and ecological destruction in the future can be done by increasing crop yield, which will be aided by rising temperatures and atmospheric CO2 concentrations.

**Climate Change: Global Warming May be Beneficial**
**By Rebecca Terrell,** *The New American*

"Global warming is more likely to improve rather than harm human health," according to a new study published by three non-profit climate research organizations. *Climate Change Reconsidered: 2011 Interim Report* directly challenges findings of the United Nations' Intergovernmental Panel on Climate Change (IPCC), which publishes regular assessment reports used by governments worldwide, including our own, to form public environmental policy. The 430-page report includes data largely ignored by IPCC.

Editors of the study conclude anthropogenic (manmade) greenhouse gases (GHG) "are not playing a substantial role" in global temperature increases during the past century, contrary to IPCC claims that human activities are to blame. They acknowledge that rising levels of GHG certainly contribute to climate change, but they find natural sources to be the main cause. Furthermore, the authors hail this as a harbinger of good things to come, explaining "the net effect of continued warming and rising carbon dioxide concentrations in the atmosphere is most likely to be beneficial to humans, plants and wildlife."

A press release promoting the report points out the IPCC is "already under severe criticism for violating the requirements of academic peer review and relying on secondary sources." *Climate Change Reconsidered* presents major peer-reviewed scientific evidence refuting UN claims.

One key finding is evidence that IPCC climate models used to estimate warming fail to include several important environmental variables and therefore routinely over-estimate results. The report finds no proof to back up IPCC hysteria that blames CO2 for melting polar ice caps, rising sea levels, disastrous changes in ocean circulation, or calamitous differences in precipitation patterns and river flows.

In fact, the report staunchly defends positive effects of carbon dioxide. "More CO2 promotes more plant growth both on land and throughout the surface waters of the world's oceans," the authors explain. "This vast assemblage of plant life... [tends] to counteract the heating effects

RICO Statement Exhibit_95

of $CO_2$'s thermal radiative forcing." Ecological effects include increasing crop yields, improving adaptive responses of aquatic life, and health benefits for both people and animals.

The study also reveals Earth's average temperatures during the Medieval Warm Period, which spanned the prosperous 10th to 13th centuries, were warmer than current temperatures even though there was 28 percent less atmospheric $CO_2$ then. And it predicts more weather-related prosperity. "Even in worst-case scenarios, mankind will be much better off in the year 2100 than it is today, and therefore able to adapt to whatever challenges climate change presents."

Three organizations sponsored *Climate Change Reconsidered:* The Heartland Institute, The Center for the Study of Carbon Dioxide and Global Change,and the Science and Environmental Policy Project. The main authors are Craig D. Idso, Ph.D., editor of the online magazine *CO2 Science,* marine geologist Robert M. Carter, Ph.D., a research professor at Australia's James Cook University, and atmospheric physicist S. Fred Singer, Ph.D., who was the first director of the U.S. Weather Satellite Service. Eight other climate researchers contributed to the study. The team is already working on a follow-up volume due for publication in 2013.

The full report is available here at the Nongovernmental International Panel on Climate Change (NIPCC) website.

**Other sightings...**

The book was required reading for a course called "Climate Change Leadership – Power, Politics and Culture," Spring Semester 2012, CEMUS Education, Uppsala Centre for Sustainable Development, CSD Uppsala, Sweden.

The book is cited in this peer-reviewed article: Karen Akerlof, Katherine E. Rowan, Dennis Fitzgerald, and Andrew Y. Cedeno, "Communication of climate projections in US media amid politicization of model science," *Nature Climate Change,* May 20, 2012, DOI: 10.1038/NCLIMATE1542.

The book has been frequently cited by Tom Harris, president of the International Climate Science Coalition, in op-eds and letters to the editor and in interviews on radio and television in Canada and world-wide.

Climate Change Reconsidered II: Physical Science

RICO Statement Exhibit_96

The Heartland Institute
3939 North Wilke Road
Arlington Heights, Illinois 60004
312/377-4000
Email Us

Center for the Study of Carbon Dioxide and Global Change
P.O. Box 25697
Tempe, AZ 85285
480/966-3719
Email Us

Science and Environmental Policy Project
1600 South Eads Street, # 712-S
Arlington, VA 22202

If you discover broken links on this site, please contact the webmaster.

If you reached this page by following a link to NIPCCReport.org and find the link is broken, the article you are searching for probably can be found at CO2Science.org. You can browse that site for the article you were seeking or use the Search function.

Copyright 2017 The Heartland Institute | All Rights Reserved

  

RICO Statement Exhibit_97

Sponsors | Climate Change Reconsidered



The Heartland Institute





Home    About    Volumes    Media    NIPCC Scientists    Lead Authors

Links    Reviews    Replies to Critics    🔍

## Sponsors

| Center for the Study of Carbon Dioxide and Global Change |
| --- |

### The Heartland Institute



The Heartland Institute is a national nonprofit research organization founded in 1984. It is dedicated to finding and promoting ideas that empower people.

Heartland focuses on effectively marketing the work of individuals and organizations that share its concern over the retreat of individual freedom and growth of government power in the U.S. In 2012, Heartland was acknowledged by *The Economist* to be "the world's most prominent think tank promoting skepticism about man-made climate change." *The New York Times* calls it "the primary American organization pushing climate change skepticism."

Heartland operates PolicyBot, an online clearinghouse for the work of some 350 think tanks and advocacy groups containing more than 35,000 research documents. It also sends three monthly policy newspapers – *Budget & Tax News*, *Environment & Climate News*, and *School Reform News* – to every national and state elected official in the United States, as well as thousands of civic and business leaders. It also produces books, policy studies, booklets, podcasts, and videos. More than 250 elected officials are members of Heartland's Legislative Forum, and some 500 academics and

RICO Statement Exhibit_98

Sponsors | Climate Change Reconsidered

experts are members of its Board of Policy Advisors. During 2017, The Heartland Institute raised approximately $5.8 million in support from approximately 5,500 individual, foundation, and corporate supporters. Its 2017 income came from the following sources: Individuals, 70%, foundations, 22%, corporations, 6% . Contributions are tax-deductible under Section 501(c)(3) of the Internal Revenue Code.

Heartland has been involved in the debate over climate change since 1994, when it produced and published *Eco-Sanity: A Common-sense Guide to Environmentalism*, a Templeton Prize-winning book coauthored by Joseph Bast, Richard Rue, and Peter J. Hill, that identified man-made global warming as a highly speculative theory being advanced for ideological rather than scientific reasons. Since then it has created and distributed more than three million books, videos, and booklets on climate change and worked with allies in two dozen countries. It has hosted 12 International Conferences on Climate Change attracting a total of some 4,000 attendees.

Heartland's role is edit, proof, publish, and promote the NIPCC reports; create an international mailing list of scientists, journalists, policymakers, and civic and business leaders to send the book and promotional material to; create promotional material; design and place ads; and produce a communications program to get the authors of the book into the mainstream and online media.

Contact information:

The Heartland Institute
3939 N. Wilke Road
Arlington Heights, IL 60004
phone 312/377-4000
Email

---

Science and Environmental Policy Project (SEPP)

---

The Heartland Institute
3939 North Wilke Road
Arlington Heights, Illinois 60004

Center for the Study of Carbon Dioxide and Global Change
P.O. Box 25697
Tempe, AZ 85285
480/966-3719
Email Us

Science and Environmental Policy Project
1600 South Eads Street, # 712-S
Arlington, VA 22202

If you discover broken links on this site, please contact the webmaster.

If you reached this page by following a link to

RICO Statement Exhibit_99

Case 3:22-cv-01550-MAJ   Document 4-2   Filed 11/23/22   Page 100 of 165

312/377-4000

Email Us

NIPCCReport.org and find the link is broken, the article you are searching for probably can be found at CO2Science.org. You can browse that site for the article you were seeking or use the Search function.

---

Copyright 2017 The Heartland Institute | All Rights Reserved

  

RICO Statement Exhibit_100



The Heartland Institute



NIPCC
Nongovernmental International Panel on Climate Change



Home     About     Volumes     Media     NIPCC Scientists     Lead Authors

Links     Reviews     Replies to Critics     🔍

# Reviews of Climate Change Reconsidered

Climate Change Reconsidered (2009)

Climate Change Reconsidered (2011)

Climate Change Reconsidered II: Physical Science

"I fully support the efforts of the Nongovernmental International Panel on Climate Change (NIPCC) and publication of its latest report, *Climate Change Reconsidered II: Physical Science,* to help the general public to understand the reality of global climate change."

**Kumar Raina**
Former Deputy Director General
Geological Survey of India

"I was glad to see that a new report was coming from the NIPCC. The work of this group of scientists to present the evidence for natural climate warming and climate change is an essential  counter-balance to the biased reporting of the IPCC. They have brought to focus a range of peer-reviewed publications showing that natural forces have in the past and continue today to dominate the climate signal. Considering the recent evidence that climate models have failed to predict the flattening of the global temperature curve, and that global warming seems to have ended some 15 years ago, the work of the NIPCC is particularly important."

RICO Statement Exhibit_101

**Ian Clark**
Department of Earth Sciences
University of Ottawa, Canada

"The CCR-II report correctly explains that most of the reports on global warming and its impacts on sea-level rise, ice melts, glacial retreats, impact on crop production, extreme weather events, rainfall changes, etc. have not properly considered factors such as physical impacts of human activities, natural variability in climate, lopsided models used in the prediction of production estimates, etc. There is a need to look into these phenomena at local and regional scales before sensationalization of global warming-related studies."

**S. Jeevananda Reddy**
Former Chief Technical Advisor
United Nations World Meteorological Organization

"NIPCC's CCR-II report should open the eyes of world leaders who have fallen prey to the scandalous climate dictates by the IPCC. People are already suffering the consequences of sub-prime financial instruments. Let them not suffer more from IPCC's sub-prime climate science and models. That is the stark message of the NIPCC's CCR-II report."

**M. I. Bhat**
Formerly Professor and Head
Department of Geology and Geophysics
University of Kashmir

"The claim by the UN IPCC that 'global sea level is rising at an enhanced rate and swamping tropical coral atolls' does NOT agree with observational facts, and must hence be discarded as a serious disinformation. This is well taken in the CCR-II report."

**Nils-Axel Mörner**
Emeritus Professor of Paleogeophysics & Geodynamics,
Stockholm University, Sweden

"Library shelves are cluttered with books on global warming. The problem is identifying which ones are worth reading. The NIPCC's CCR-II report is one of these. Its coverage of the topic is comprehensive without being superficial. Itsorts through conflicting claims made by scientists

RICO Statement Exhibit_102

and highlights mounting evidence that climate sensitivity to carbon dioxide increase is lower than climate models have until now assumed."

**Chris de Freitas**
School of Environment
The University of Auckland, New Zealand


"*Climate Change Reconsidered* is simply the most comprehensive documentation of the case against climate alarmism ever produced. Basing policy on the scientifically incomplete and internally inconsistent reports of the UN's Intergovernmental Panel on Climate Change is no longer controversial – *Climate Change Reconsidered* shows that it is absolutely foolhardy, and anyone doing so is risking humiliation. It is a must-read for anyone who is accountable to the public, and it needs to be taken very, very seriously."

**Patrick J. Michaels**
Director, Center for the Study of Science
Cato Institute


"CCR-II provides scientists, policy makers and other interested parties information related to the current state of knowledge in atmospheric studies.  Rather than coming from a pre-determined politicized position that is typical of the IPCC, the NIPCC constrains itself to the scientific process so as to provide objective information.  If we (scientists) are honest, we understand that the study of atmospheric processes/dynamics is in its infancy.  Consequently, the work of the NIPCC and its most recent report is very important.  It is time to move away from politicized science back to science – this is what NIPCC is demonstrating by example."

**Bruce Borders**
Professor of Forest Biometrics
Warnell School of Forestry and Natural Resources
University of Georgia


"The NIPCC's new report, *Climate Change Reconsidered II: Physical Science*, fires a scientific cannon shot across the bow of the quasi-religious human-caused global warming movement by presenting data, facts, and scientific method constructs of climate change science. I only wish the IPCC would become as objective. A recent column by a nationally recognized writer recalled Syria outlawing yo-yos in 1933 because they thought that yo-yo motion caused drought. The NIPCC report documents that the AGW movement has created its own yo-yo rather than shedding light on how Earth dynamic systems change with time.  I applaud the

RICO Statement Exhibit_103

NIPCC for bringing the scientific method back into what should always have been a scientific debate.

**Lee C. Gerhard**
Senior Scientist Emeritus, University of Kansas
Past Director and State Geologist
Kansas Geological Survey

"I support [the work of the NIPCC] because I am convinced that the whole field of climate and climate change urgently needs an open debate between several 'schools of thought,' in science and well as other disciplines , many of which jumped on the IPCC bandwagon far too readily. Climate, and even more so impacts and responses, are far too complex and important to be left to an official body like the IPCC."

**Sonja A.Boehmer-Christiansen**
Reader Emeritus, Department of Geography
Hull University
Editor, *Energy&Environment*

"The NIPCC report *Climate Change Reconsidered II* is a crucial document to get science right: Billions of $$ are being spent in research based on the assumption that human emissions of $CO_2$ drive dangerous climate change. Contemplating relevant peer-reviewed scientific literature, the CCR-II shows us why this basic assumption is wrong, turning irrelevant for society the results of a considerable part of the costly research carried out by the 'consensus scientific community' endorsing IPCC climate alarmism."

**Albrecht Glatzle**
Agro-Biologist
Retired Director of Research, INTTAS

**MORE REVIEWS:**

**A Realistic View of the Climate**
By John Hinderaker, Power Line, Sep 18, 2013

**Political Climate**
By Staff Writers, ICECAP, Sep 19, 2013

RICO Statement Exhibit_104

**New Science Report Debunks Climate Scare**
By Staff Writer, ICSC, Sep 17, 2013

**Real Climate Science the IPCC Doesn't Want You to See**
By Paul Driessen, WUWT, Sep 19, 2013

**Still no Warming.....Except Between IPCC and NIPCC!**
By Geoff Brown, NCTCS, Sep 21, 2013

**Evaluation of 'Climate Change Reconsidered II – Physical Science'**
By Dr. Martin Hertzberg, Principia Scientific, Oct 29, 2013

**A Science-Based Rebuttal to Global Warming Alarmism**
by Steve Goreham, Sept. 11, 2013

**Back at Ya, IPCC: 'Climate Change Reconsidered II: Physical Science' (Part II)**
by Paul Driessen, MasterResource.com, September 24, 2013

The Heartland Institute
3939 North Wilke Road
Arlington Heights, Illinois 60004
312/377-4000
Email Us

Center for the Study of Carbon Dioxide and Global Change
P.O. Box 25697
Tempe, AZ 85285
480/966-3719
Email Us

Science and Environmental Policy Project
1600 South Eads Street, # 712-S
Arlington, VA 22202

If you discover broken links on this site, please contact the webmaster.

If you reached this page by following a link to NIPCCReport.org and find the link is broken, the article you are searching for probably can be found at CO2Science.org. You can browse that site

RICO Statement Exhibit_105

for the article you
were seeking or use
the Search function.

Copyright 2017 The Heartland Institute | All Rights Reserved

  

RICO Statement Exhibit_106





Home        About        Volumes        Media        NIPCC Scientists        Lead Authors        Links

Reviews        Replies to Critics        🔍

## Links

| Scholarly Journals |
| --- |
| Web Sites and Blogs |

The Air Vent

All Models are Wrong

Bart Verheggen

Bernie Lewin

Better Figures by Doug McNeall

The Blackboard

Bob Tisdale

Cameron Rose

Center for Energy and Environment, Competitive Enterprise Institute

Center for Global Food Issues, Hudson Institute

Center on Climate and Environmental Policy, The Heartland Institute

Climate audit by Steve McIntyre

The Climate Bet

Climate Depot by Marc Morano

Climate in Review, by C. Jeffery Small

Climate Lessons

Climate Policy, The Heritage Foundation

Climate Resistance

Climate Scientists' Register

Collide-a-Scape (Discover Magazine)

Cooler Heads Digest

Global Science Report

GlobalWarming.org

Global Warming, Cato Institute

Gust of Hot Air by Jonathan Lowe

Haunting the Library

ICECAP by Joseph D'Aleo

International Climate Science Coalition

International Conferences on Climate Change, The Heartland Institute

JoNova, hosted by Joanne Nova

Judy Curry

Junk Science by Steve Milloy

Master Resource

Met Office

Mike Hulme

Nigel Calder

Nongovernmental International Panel on Climate Change by Craig Idso et al.

Not a Lot of People Know That by Paul Homewood

NoTricksZone by Pierre L. Gosselin

Paul Hudson

Polar Bear Science by Susan Crockford

Power for USA

Rational Optimist by Matt Ridley

RealClimateGate

Richard Tol

Roy Spencer

Science and Environmental Policy Project (SEPP)

Science of Doom

Science Media Centre by Fiona Fox

Scottish Sceptics

Shub Niggurath

Simon Donner

Stephen Goddard

Surface temps

Talking About the Weather by Harold Ambler

Tom Nelson

View from Here

Watts Up With That? by Anthony Watts

Home     About     Volumes     Media     NIPCC Scientists     Lead Authors     Links

Reviews     Replies to Critics     🔍

---

The Heartland Institute
3939 North Wilke Road
Arlington Heights, Illinois 60004
312/377-4000
Email Us

Center for the Study of Carbon Dioxide and Global Change
P.O. Box 25697
Tempe, AZ 85285
480/966-3719
Email Us

Science and Environmental Policy Project
1600 South Eads Street, # 712-S
Arlington, VA 22202

If you discover broken links on this site, please contact the webmaster.

If you reached this page by following a link to NIPCCReport.org and find the link is broken, the article you are searching for probably can be found at CO2Science.org. You can browse that site for the article you were seeking or use the Search function.

---

Copyright 2017 The Heartland Institute | All Rights Reserved

  



The Heartland Institute





Home     About     Volumes     Media     NIPCC Scientists     Lead Authors

Links     Reviews     Replies to Critics     🔍

## Media Coverage

### Television and Radio

**Fox News Channel: "Special Report with Bret Baier"**

NIPCC Climate Report Covered on "Special Report with Bret Baier"



RICO Statement Exhibit_110

KUSI News San Diego: "San Diego People"

John Coleman of KUSI: How the Global Warming Scare Began



Rush Limbaugh Show: Consensus! 50 Scientists: Evidence Leans Heavily Against Man-Made Global Warming

Rush Limbaugh cites NIPCC in Climate Change Talk



U-T TV: Dr. S. Fred Singer, Dr. Robert Carter, and Heartland Institute President Joe Bast on The Roger Hedgecock Show.

NIPCC Team Talking 'Climate Change R...



Fox News Channel, Report: Global Warming Claims Exaggerated

CFRA in Ottawa, Canada: Tom Harris, executive director of the International Climate Science Coalition, talks about *Climate Change Reconsidered II: Physical Science* on the "Nick at Night" show on Newstalk Radio 580.

"Climate Change Reconsidered-II" - correcting UN climate alarmis...



---

News Reports

---

Opinion Pieces

RICO Statement Exhibit_112

The Heartland Institute
3939 North Wilke Road
Arlington Heights, Illinois 60004
312/377-4000
Email Us

Center for the Study of Carbon Dioxide and Global Change
P.O. Box 25697
Tempe, AZ 85285
480/966-3719
Email Us

Science and Environmental Policy Project
1600 South Eads Street, # 712-S
Arlington, VA 22202

If you discover broken links on this site, please contact the webmaster.

If you reached this page by following a link to NIPCCReport.org and find the link is broken, the article you are searching for probably can be found at CO2Science.org. You can browse that site for the article you were seeking or use the Search function.

Copyright 2017 The Heartland Institute | All Rights Reserved

  

RICO Statement Exhibit_113



The Heartland Institute





---

## Replies to Critics

---

The Nongovernmental International Panel on Climate Change has been vigorously attacked by some environmentalists and global warming alarmists who view it as a threat to their claim of a "consensus" in favor of their extreme views. We reply to some of their specific comments in the essays linked below. Most of these criticisms simply recycle claims about science, consensus, and The Heartland Institute that have been debunked many times already. For a broader reply to the critics of Heartland and NIPCC, please click here.

For reviews of *CCR-II* by real scientists, go here.

**Heartland Institute Replies to the National Science Teachers Association**
April 24, 2017

**Heartland Replies to Reps. Grijalva, Johnson, and Scott**
April 3, 2017

**Heartland Replies to Michael Mann and Naomi Oreskes**
January 11, 2016

**Heartland Replies to Physics Today: Spencer Weart's One-sided and Incomplete History of Climate Policy**
October 22, 2015

**Response to Keith Peterman, a Critic of Climate Realists and the NIPCC Report**
April 28, 2014

Response to the British Parliament's Request for Critiques of the IPCC 5th Assessment Review
December 17, 2013

Reply to Emil Karlsson, "NIPCC and Climate Change Denialism," DebunkingDenialism.com
October 31, 2013

Reply to Graham Wayne, "US school infiltration attempt by Heartland's IPCC Parody"
October 30, 2013

Reply to Steven Newton, "The Alternative Reality of the Heartland Institute's 'NIPCC' Report"
October 28, 2013

Why Would These Scientists Lie?
October 14, 2013

Reply to Michael J.I. Brown, "Adversaries, zombies and NIPCC climate pseudoscience"
September 26, 2013

David Suzuki Attacks Climate Science
September 25, 2013

Reply to ClimateScienceWatch.com, "Heartland Institute and its NIPCC report fail the credibility test"
September 9, 2013

The Heartland Institute
3939 North Wilke Road
Arlington Heights, Illinois 60004
312/377-4000
Email Us

Center for the Study of Carbon Dioxide and Global Change
P.O. Box 25697
Tempe, AZ 85285
480/966-3719
Email Us

Science and Environmental Policy Project
1600 South Eads Street, # 712-S
Arlington, VA 22202

If you discover broken links on this site, please contact the webmaster.

If you reached this page by following a link to NIPCCReport.org and find the link is broken, the article you are searching for probably

can be found at CO2Science.org. You can browse that site for the article you were seeking or use the Search function.

Copyright 2017 The Heartland Institute | All Rights Reserved

 

▶    🐦    f

The Heartland Institute





Home     About     Volumes     Media     NIPCC Scientists     Lead Authors

Links     Reviews     Replies to Critics     🔍

## Reviews of Why Scientists Disagree

"This book by climate scientists Craig D. Idso, Robert M. Carter, and S. Fred Singer is a *tour de force* on the scientific debate about global warming. The book is relatively short, just 101 pages divided into seven chapters. Each chapter leads off with a summary of key findings, and each chapter section is supported by many references to the scientific literature. ... Many books and papers about global warming contain many, sometimes confusing, graphs. Not this one. Some readers may be happy to know that there are only three graphs in the whole book. The authors get right to the point with their succinct, easy-to-read explanations. ... I highly recommend this book for those who want to know the real story of global warming, and I recommend it especially for those who believe the IPCC and government propaganda."

**Jonathan DuHamel**, *Arizona Daily Independent*,
https://arizonadailyindependent.com/2016/02/01/why-scientists-disagree-about-global-warming-book-review/

"Craig Idso, Robert Carter and S. Fred Singer tackled climate change alarmism in the book, 'Why Scientists Disagree About Global Warming: The NIPCC Report on Scientific Consensus,' published by the Heartland Institute. As much as the liberal media, liberal academics and pundits tell Americans that the earth is too warm and human beings are the cause for a spike in weather and temperature changes, there is little-to-no scientific consensus to support these assertions.... [I]t is clear that the climate change agenda turns a blind eye to neutral and impartial studies of the subject."

RICO Statement Exhibit_117

**Spencer Irvine**, *Accuracy in Academia*, http://www.academia.org/why-scientists-disagree-about-global-warming/

"Besides being a synopsis of a much larger work — a chapter in a forthcoming volume titled 'Climate Change Reconsidered II: Benefits and Costs of Fossil Fuels' — the book is a rejoinder to the sound-bite science that is so popular today. 'Why Scientists Disagree About Global Warming' chews up these sound bites, such as: '97 percent of scientists agree' with the conclusion that humans are causing catastrophic climate change; or, skeptics of the 'consensus view' are paid off by big fossil fuel industries. 'Why Scientists Disagree About Global Warming' is a virtual handbook of well-documented arguments and cogent perspective that counter nearly every assertion given to 'prove' that human beings are responsible for climate disaster."

**Anthony J. Sadar**, *Washington Times*, http://www.washingtontimes.com/news/2016/mar/21/book-review-why-scientists-disagree-about-global-w/

"[A]s COP-21 got under way, the Nongovernmental International Panel on Climate Change (NIPCC) released a new book titled 'Why Scientists Disagree about Global Warming: The NIPCC Report on Consensus'. This important new book lays bare and refutes the claim that there is a 'scientific consensus' on the causes and consequences of climate change... [I]t's a breath of fresh air that this book has been published to coincide with the Kabuki theatre happening right now in Paris at COP-21.

**Editors**, *Marcellus Drilling News,* http://marcellusdrilling.com/2015/12/free-book-why-scientists-disagree-about-global-warming/

"We are told on a daily basis that '97 percent' of climate scientists agree that man-made climate change will doom the world within a generation. But since nothing the scientists predict ever comes true – and they keep pushing the climate doomsday farther out – we've wondered if the vast majority of scientists really believe it.**This new book from the Heartland Institute debunks the idea of consensus totally. W**ritten by three insider Ph.D.'s, it 'comprehensively and specifically' rebuts the surveys and studies used to support claims science is of one mind. It goes on to summarize the evidence proving that there is disagreement – and then it explains why the scientists disagree. This book is useful if you're tired of explaining to your low-information friends why climate change is a fraud."

**Lynn Woolley,** *Logic Minute*, http://www.wbdaily.com/climate-change/book-review-why-scientists-disagree-about-global-warming/

RICO Statement Exhibit_118

"This report by the Non-intergovernmental Panel on Climate Change (NIPCC) shows that there is no consensus about the effects of fossil fuel use and discusses why scientists disagree about global warming. Articles and surveys most commonly cited as showing a 'scientific consensus' in favor of the CAGW hypothesis are without exception methodologically flawed and often deliberately misleading. This report features a report by the Friends of Science. Climate scientists disagree because of fundamental uncertainties arise from insufficient observational evidence, disagreements over how to interpret data, and how to set the parameters of models."

Editors, *Friends of Science*, http://www.friendsofscience.org/index.php?id=324

"The Heartland Institute released at COP-21 in Paris its newest book on global warming: 'Why Scientists Disagree About Global Warming.' The authors demolish the most pernicious myth in the global warming debate: that '97% of scientists' believe mankind is the cause of a global warming catastrophe. Scientists Craig Idso, Fred Singer, and Robert Carter critique the sources of this myth and present a summary of the physical science that makes it plain beyond any doubt that there is no global warming crisis."

**Rich Kozlovich**, *Paradigms and Demographics*, http://paradigmsanddemographics.blogspot.com/2016/01/new-book-why-scientists-disagree-about.html

"Here's a new essay on this crucial subject by some well-informed people. There has been a lot written about the so-called 'scientific consensus' by those who wish to promote the warmist cause, that this new essay is needed to redress the balance and set the record straight. There is no consensus. In fact there is a massive debate over the main issue, which is what effect on climate will an increase in CO2 caused by burning fossil fuels have. That is (quite literally!) the burning question."

**Editors**, *Climate Science*, http://climatescience.blogspot.com/2015/12/why-scientists-disagree-about-global.html

"[A] new book is getting a lot of attention, because it emphatically rejects claims of a 'scientific consensus' on the causes and consequences of climate change. Titled 'Why Scientists Disagree about Global Warming,' it suggests that probably the most widely repeated claim in the global warming debate is that 97 percent of scientists agree that climate change is man-made and dangerous. Doctors, Craig D. Idso, Robert M. Carter, and S. Fred Singer — three prominent climate scientists affiliated with the Nongovernmental International Panel on Climate Change — write: 'This claim is not only false, but its presence in the debate is an insult to science.'"

RICO Statement Exhibit_119

**Dwight Ford**, *Energetic City*, http://energeticcity.ca/article/news/2015/12/01/united-nations-climate-change-summit-begins-in-paris

"A recent publication by The Heartland Institute called *Why Scientists Disagree About Global Warming: The NIPCC Report on Scientific Consensus* … edited by Craig D. Idso, Robert M. Carter, and S. Fred Singer, thoroughly documents the flawed methodology utilized by Climate Change scientists. It also puts the lie to President Obama's 'Ninety-seven percent of scientists agree: climate change is real, man-made and dangerous.'"

**Bill Lockwood**, American Policy Center, http://americanpolicy.org/2016/02/08/embracing-the-black-widow/

"At 'A Day of Examining the Data,' the December 7 counter-conference to COP21, the Nongovernmental International Panel on Climate Change (NIPCC) released a report titled 'Why Scientists Disagree About Global Warming.' … The report refutes most of the UN proclamations. … The NIPCC gives the following sensible policy advice: (1) 'Policymakers should seek out advice from independent, nongovernment organizations and scientists who are free of financial and political conflicts of interest.' (2) 'Individual nations should take charge of setting their own climate policies based upon the hazards that apply to their particular geography, geology, weather, and culture.' (3) 'Rather than invest scarce world resources in a quixotic campaign based on politicized and unreliable science, world leaders would do well to turn their attention to the real problems their people and their planet face.' After drinking the poison Captain Hook had intended for Peter, Tinker Bell survived only because children across the world clapped loudly to show their belief in fairies. The UN believes their hopeless, naïve, and dangerous climate change plans can survive as long as the media and politicians keep clapping. It's time they stopped and let the climate scare die."

**Tom Harris**, International Climate Science Coalition, https://pjmedia.com/blog/paris-climate-conference-agrees-on-sustainable-fantasy/

"What is plainly obvious is that this work [by NIPCC] and the others like it will get relatively zero airtime in the corporate media. These are real scientists who use the scientific method. They are completely transparent looking for peer review.  Unlike the UN body of global warming fear mongers, Intergovernmental Panel on Climate Change (IPCC), who have done everything to hide their work and have been caught on multiple occasions committing fraud."

**Grant Elder**, WIKI versus NWO, http://www.wikivsnwo.com/climate-change-and-the-new-world-order/

RICO Statement Exhibit_120

"The key thing to be aware of … is that there is no consensus on the matter of what is causing GW (absent for the past 18 years) and if humans have any impact. You will hear that 97% of scientists agree, but this is both inaccurate and misleading. … In a recently published book titled *Why Scientists Disagree About Global Warming,* the technically qualified authors (scientists all) point to four reasons: a conflict among scientists in different disciplines; fundamental scientific uncertainties concerning how the global climate responds to the human presence; failure of the UN's IPCC to provide objective guidance to the complex science; and bias among researchers."

**Reed Miller**, Industrial Heating, http://www.industrialheating.com/articles/92762-rhetoric-heats-up

The Heartland Institute
3939 North Wilke Road
Arlington Heights, Illinois 60004
312/377-4000
Email Us

Center for the Study of Carbon Dioxide and Global Change
P.O. Box 25697
Tempe, AZ 85285
480/966-3719
Email Us

Science and Environmental Policy Project
1600 South Eads Street, # 712-S
Arlington, VA 22202

If you discover broken links on this site, please contact the webmaster.

If you reached this page by following a link to NIPCCReport.org and find the link is broken, the article you are searching for probably can be found at CO2Science.org. You can browse that site for the article you were seeking or use the Search function.

Copyright 2017 The Heartland Institute | All Rights Reserved

  

RICO Statement Exhibit_121



The Heartland Institute





Home    About    Volumes    Media    NIPCC Scientists    Lead Authors

Links    Reviews    Replies to Critics    🔍

- - - - - - - - - - - - - Sponsors - - - - - - - - - - - - -

| Center for the Study of Carbon Dioxide and Global Change |
|---|
| The Heartland Institute |
| Science and Environmental Policy Project (SEPP) |



The Science and Environmental Policy Project (SEPP) was founded by S. Fred Singer, Ph.D., in 1990 on the premise that sound, credible science must form the basis for health and environmental decisions that affect millions of people and cost tens of billions of dollars every year. A non-profit, 501(c)3 educational group, its mission is to clarify the diverse problems facing the planet and, where necessary, arrive at effective, cost-conscious solutions.

SEPP has been cited hundreds of times by the major news media. Articles and editorials by SEPP-affiliated scientists have been published in leading journals and newspapers, including the *Wall Street Journal, Miami Herald, Detroit News, Chicago Tribune, Cleveland Plain Dealer, Memphis Commercial-Appeal, Seattle Times, Orange County Register, The Bulletin of the Atomic Scientists, New Straits Times* (Malaysia), *Hindustan Times and Financial Chronicle* (Delhi) and *Finanz und Wirtschaft* (Switzerland), among many others. Dr. Singer has published more than 200 technical papers in peer-reviewed scientific journals, including the *International Journal of Climatology* in 2008.

With an expanded program of policy and research analysis, and with an international network of scientists working pro bono, SEPP has an impact far greater than its size might suggest. Not

RICO Statement Exhibit_122

surprisingly, *Outside* magazine, a mainstream environment-oriented publication with some 350,000 subscribers, named Singer one of its "The Ones to Watch" in 2004.

The role of SEPP is to act as chairman of NIPCC, the otherwise informal network of scientists under whose name the *Climate Change Reconsidered* series appears; coordinate efforts by the Center to identify and recruit scientists as lead authors, contributors, and reviewers; convene NIPCC meetings during the research and review stages to share research and debate areas of disagreement; and participate with Heartland in the release of the report as a spokesperson for the effort.

Contact information:

Science and Environmental Policy Project
1600 South Eads Street, # 712-S
Arlington, VA 22202

The Heartland Institute
3939 North Wilke Road
Arlington Heights, Illinois 60004
312/377-4000
Email Us

Center for the Study of Carbon Dioxide and Global Change
P.O. Box 25697
Tempe, AZ 85285
480/966-3719
Email Us

Science and Environmental Policy Project
1600 South Eads Street, # 712-S
Arlington, VA 22202

If you discover broken links on this site, please contact the webmaster.

If you reached this page by following a link to NIPCCReport.org and find the link is broken, the article you are searching for probably can be found at CO2Science.org. You can browse that site for the article you were seeking or use the Search function.

Copyright 2017 The Heartland Institute | All Rights Reserved

Case 3:22-cv-01550-MAJ   Document 4-2   Filed 11/23/22   Page 124 of 165



RICO Statement Exhibit_124


The Heartland Institute





## Sponsors

### Center for the Study of Carbon Dioxide and Global Change



The Center for the Study of Carbon Dioxide and Global Change was founded as a nonprofit 501(c)3 organization in 1998 to provide regular reviews and commentary on new developments in the world-wide scientific quest to determine the climatic and biological consequences of the ongoing rise in the air's $CO_2$ content. It achieves this objective primarily through the weekly online publication of CO2 Science, and which over the years has presented more than 5,000 synopses of peer-reviewed scientific journal articles, original research, and other educational materials germane to the debate over carbon dioxide and global change.

The three principals of the Center's Management Team each hold Ph.D. degrees in fields that are central to the topic of carbon dioxide and global change. Together, they have a total of more than sixty years of professional experience in teaching and conducting and managing scientific research; and they have published more than 500 scientific articles in some fifty different scientific journals. They have also testified in legal proceedings and before Congress, authored books, received awards, appeared in television, radio and newspaper interviews, and spoken at numerous conferences and meetings.

Craig D. Idso, Ph.D., is the founder and former president of the Center and currently serves as chairman of the Center's board of directors. Sherwood B. Idso, Ph.D., assumed the presidency of the

RICO Statement Exhibit_125

Center in 2001. Prior to that time he was a research physicist with the U.S. Department of Agriculture's Agricultural Research Service at the U.S. Water Conservation Laboratory in Phoenix, Arizona, where he worked since 1967.

The Center's role in this project is to recruit lead authors and contributors for the third report; ensure that a steady stream of literature reviews are written and posted on the NIPCC Web site; ensure that the lead authors produce a manuscript; revise the manuscript in response to comments by peer reviewers; and deliver final manuscripts to the publisher in time to meet the publication schedule.

Contact information:

Center for the Study of Carbon Dioxide and Global Change
PO Box 25697
Tempe, AZ 85285-5697
Email

---

The Heartland Institute

---

Science and Environmental Policy Project (SEPP)

---

The Heartland Institute
3939 North Wilke Road
Arlington Heights, Illinois 60004
312/377-4000
Email Us

Center for the Study of Carbon Dioxide and Global Change
P.O. Box 25697
Tempe, AZ 85285
480/966-3719
Email Us

Science and Environmental Policy Project
1600 South Eads Street, # 712-S
Arlington, VA 22202

If you discover broken links on this site, please contact the webmaster.

If you reached this page by following a link to NIPCCReport.org and find the link is broken, the article you are searching for probably can be found at CO2Science.org. You can browse that site for the article you

RICO Statement Exhibit_126

5/28/2019
Sponsors – Climate Change Reconsidered

were seeking or use
the Search function.

Copyright 2017 The Heartland Institute | All Rights Reserved

  

RICO Statement Exhibit_127


The Heartland Institute



| Home | About | Volumes | Media | NIPCC Scientists | Lead Authors | Links | Reviews | Replies to Critics | |
|---|---|---|---|---|---|---|---|---|---|

‹                                                                                          ›



About the NIPCC

TING GLOBAL WARMING

Learn More



Learn More



Learn More



Learn More

RICO Statement Exhibit_129



Learn More



Learn More

## About

The Nongovernmental International Panel on Climate Change (NIPCC) is what its name suggests: an international panel of nongovernment scientists and scholars who have come together to understand the causes and consequences of climate change. Because we are not predisposed to believe climate change is caused by human greenhouse gas emissions, we are able to look at evidence the Intergovernmental Panel on Climate Change (IPCC) ignores. Because we do not work for any governments, we are not biased toward the assumption that greater government activity is necessary.

NIPCC traces its roots to a meeting in Milan in 2003 organized by the
Science and Environmental Policy Project (SEPP), a nonprofit research and education organization based in Arlington, Virginia. SEPP, in turn, was founded in 1990 by Dr. S. Fred Singer, an atmospheric physicist, and incorporated in 1992 following Dr. Singer's retirement from the University of Virginia. NIPCC is currently a joint project of SEPP, The Heartland Institute, and the

RICO Statement Exhibit_130

Center for the Study of Carbon Dioxide and Global Change.

**NIPCC has produced 14 reports to date:**

- Nature, Not Human Activity, Rules the Climate
- Climate Change Reconsidered: The 2009 Report of the Nongovernmental International Panel on Climate Change (NIPCC)
- Climate Change Reconsidered: 2011 Interim Report
- Climate Change Reconsidered II: Physical Science
- Climate Change Reconsidered II: Biological Impacts
- Scientific Critique of IPCC's 2013 'Summary for Policymakers'
- Commentary and Analysis on the Whitehead & Associates 2014 NSW Sea-Level Report
- Why Scientists Disagree About Global Warming
- Written Evidence Submitted to the Commons Select Committee of the United Kingdom Parliament
- NIPCC vs. IPCC
- Chinese Translation of Climate Change Reconsidered
- Global Warming Surprises: Temperature data in dispute can reverse conclusions about human influence on climate
- Data versus Hype: How Ten Cities Show Sea-level Rise Is a False Crisis
- Climate Change Reconsidered II: Fossil Fuels

........................ **Free Copies** ........................

Fossil Fuels (2019)

Summary of CCR II: Fossil Fuels

Full Text of CCR II: Fossil Fuels

Why Scientists Disagree About Global Warming (2016)

Why Scientists Disagree About Global Warming

Biological Impacts (2014)

Summary of CCR II: Biological Impacts

Full Text of CCR II: Biological Impacts

Physical Science (2013)

Summary of CCR II: Physical Science

Full Text of CCR II: Physical Science

Interim Report (2011)

Summary of CCR: Interim Report

Full Text of CCR: Interim Report

RICO Statement Exhibit_131

NIPCC Report (2009)

Summary of Climate Change Reconsidered

Full Text of Climate Change Reconsidered

The Heartland Institute
3939 North Wilke Road
Arlington Heights, Illinois 60004
312/377-4000
Email Us

Center for the Study of
Carbon Dioxide and Global Change
P.O. Box 25697
Tempe, AZ 85285
480/966-3719
Email Us

Science and Environmental Policy
Project
1600 South Eads Street, # 712-S
Arlington, VA 22202

If you discover broken links on this
site, please contact the webmaster.

If you reached this page by
following a link to NIPCCReport.org
and find the link is broken, the
article you are searching for
probably can be found at
CO2Science.org. You can browse
that site for the article you were
seeking or use the Search function.

Copyright 2017 The Heartland Institute | All Rights Reserved

  

RICO Statement Exhibit_132

# EXHIBIT F



# CLIMATE DEPOT

**A project of CFACT     Support Climate Depot**

climate change     Search

**Climate skeptics hijack House Dem hearing – Dominate discussion – Warmists lament: "How did these two dominate a hearing run by Democrats?"**

**Video & Submitted Written Congressional Testimony of Marc Morano – Examining UN Species/Climate Report – UN report is 'authoritative propaganda'**

**Order Your Book Copy Now! 'The Politically Incorrect Guide to Climate Change' By Marc Morano**

# <u>'Green wave' in EU vote amid 'climate crisis' – Greens see ecord gains in EU elections – 'Younger voters leading calls halt global ing'</u>

**In Cannes, glittery film festival literally costs the Earth – 'Fleet of energy-guzzling luxury yachts & private planes, kilos of gourmet food dumped, limousines driving stars'**



**Science's Untold Scandal: The Lockstep March of Professional Societies to Promote the Climate Scare**

**WWF Blame Climate Change For Bee Decline- But Their Report Says The Opposite**

**Record low U.S. droughts: 'For the first time since US Drought Monitor began in 2000, none of the continental US is in severe drought'**



**Analysis: Greenland Has Been Cooling In Recent Years – 26 Of Its 47 Largest Glaciers Now Stable Or Gaining Ice**

Science & Environment

Jakobshavn Isbrae: Mighty Greenland glacier slams on brakes

By Jonathan Amos
BBC Science Correspondent

© 14 May 2019

In the 2000s, Jakobshavn Isbrae was the fastest flowing ice stream on the island, traveling at 17km a year.

But now it's all change. Jakobshavn is traveling much more slowly, and its trunk has even begun to thicken and lengthen.

Where previously this was dropping in height by 20m a year, it's now thickening by 20m a year.

"It's a complete reversal in behaviour and it wasn't predicted," said Dr Anna Hogg from Leeds University and the UK Centre for Polar Observation and Modelling (CPOM).

**Warmist newsman Bill Moyers slams unbelievers: 'We tell the liars, deniers, and do-nothings to shove off' – Urges media to cover 'the climate crisis like Edward R. Murrow covered start of WW2'**

**Watch: Morano testifies to Congress on how government can't legislate climate**

Morano versus Democratic Chair Huffman of House Natural **Resources** Committee at Congressional Hearing



Marc Morano, argued that Democrats were wrong to pursue climate change solutions. "What it means is people are going to be paying higher energy costs for absolutely no benefit," Morano told the committee. "Even if you believe — and you shouldn't — every claim made by the United Nations or Al Gore, the Green New Deal [and] the UN Paris Agreement will have the temperature difference in 100 years that's imperceptible."

**Record snowfall blankets Mammoth Mountain, just in time for Memorial Day**

**UN Scientist rips Morano as 'just a straight climate denier' – Democrat chair says Morano 'brought a provocative World Wrestling type of ethos to his testimony'**

Marc Morano, editor of ClimateDepot.com and a prominent climate change denier, **according to the *DeSmog* blog,** criticized Watson, whom he sat next to at the witness table. "[Watson] says it's our last chance to save the planet. These are the words of a salesman, a science bureaucrat, not a disinterested…" Morano never finished that sentence because subcommittee chair **Rep. Jared Huffman** (D-Calif.) interrupted and told Morano to direct testimony to him.

…

UN scientist Robert Watson trashes Morano: "I would have hoped that the Republicans would have chosen two very good scientists who could have debated the merits of the IPBES report rather than clearly someone who's just a straight climate

<u>About</u>

<u>Special Reports</u>

Get Email Updates

email address

Subscribe

Climate 411

Sea Ice Extent (Global

**Watch: Morano exposes 97% climate consensus con testifying before Congress: 'Pulled from thin air... tortured data'**

**CLIMATOLOGIST'S NEW STUDY: CLIMATE MODELS HAVE BEEN PREDICTING TOO MUCH WARMING**

**New UN Report on Looming Mass Extinctions Exposed in US House Testimony**

**Greenpeace Co-Founder Dr. Patrick Moore's testimony to Congress on UN Species Report: UN is using 'extinction as a fear tactic to scare the public into compliance'**



**'F\*CK YOU! DROP DEAD MOTHERF\*CKER!!' Morano receives threat after Congressional testimony – 'May you die by [your children's] hand!' – WARNING GRAPHIC LANGUAGE**

May 23, 2019 threat to Morano:

Tim Remple < tim@remple.us>: Excerpt: "Whereas you appeared on public at the recent House Natural Resources Committee, and

*Whereas you said things that indicate your guilty of Crimes Against Humanity and Ecocide,You are hereby official and irrevocably CURSED:*

*May you live long enough that your children and grandchildren likewise see the end of ALL LIFE on Planet Earth,*

*May they, when they understand what they YOU have done,*

*Ask you, "How the FUCK could you have done this to us??!!??*

*And may they then kill you!*

*May you die by their hand!*

*Looking them in the eye as THEY end your miserable life!!!!!"*

denier," Watson said, referring to Morano.




Business Idea Investment


Sad News For


Diabetes Will This To Stop


Do This Tonig Flab All Night


She Just Wan Taken, Look C


Spot of Tea, A Meghan Mark

**We're saved?! 'Big corporations are calling on Congress to pass big climate policy in the**

Antarctic and Arctic) – Day 147 – 2019
28th May 19 | By sunshinehours1

Quantum computing doomsayers are mostly anti-quantum zealots
28th May 19 | By Luboš Motl

Climate Comedy: we must die for the climate so we can survive...
27th May 19 | By Jo Nova

Sea Ice Extent (Global Antarctic and Arctic) – Day 146 – 2019
27th May 19 | By sunshinehours1

Snowing in Flagstaff Arizona
27th May 19 | By Robert

Climate hysteria
27th May 19 | By Mark Mathis

EU's filthiest states pocketing clean energy funds with no plans to phase out coal
27th May 19 | By Paul Homewood

Freedom under assault
27th May 19 | By Craig Rucker

EU: Farage, Le Pen, Salvini win
27th May 19 | By Luboš Motl

UK Government spending foreign aid money to promote fracking in China



*Dr. Patrick Moore & Morano during the hearing*

Moore: As with the manufactured "climate crisis" they are using the specter of mass extinction as a fear tactic to scare the public into compliance. The IBPES itself is an existential threat to sensible policy on biodiversity conservation.

The UN IBPES claims there are 8 million species. Yet only 1.8 million species have been identified and named. Thus the IBPES believes there are 6.2 million unidentified and unnamed species. Therefore one million of the unknown species could go extinct overnight and we would not notice it because we would not know they had existed. This is highly unprofessional. Scientists should not, in fact cannot, predict estimates of endangered species or species extinction based on

**Embarrassing – Watch: Dem House Committee Chair falsely claims UN report warns of '6th mass extinction' – But UN witness rejects claim**

**Girl Bullied by Teacher, Classmates for Refusing to join 'Climate Strike' – Accused of being a 'climate denier'**

**Study: 'Much shorter working weeks needed to tackle climate crisis'**

People across Europe will need to work drastically fewer hours to avoid disastrous climate heating unless there is a radical decarbonising of the economy, according to a study...The research, from thinktank Autonomy, shows workers in the UK would need to move to nine-hour weeks to keep the country on track to avoid more than 2C of heating at current

**most aggressive & united way since 2009'**

**Dr. Greta! Belgian university will honor 'teen cimate defender' Greta Thunberg with honorary doctorate**

Belgian university will honour young climate-activist Greta Thunberg

**The UK Guardian reviews Morano's testimony at Democratic House climate/species hearing: 'Appalling...bullying...strident & personal...he aggressively attacked'**

The UK Guardian reviews are in for Morano & Moore's testimony at the Democratic House climate/species hearing: 'Appalling...bullying...strident & personal...aggressively attacked'

UK Guardian: Morano's comments were so strident and personal'

Morano & Moore "used the hearing to aggressively attack the [UN] IPBES and its scientists."

"At the hearing, Morano characterized the IPBES report as a piece of "propaganda" meant to give the United Nations "more money, more power, more scientific authority, more money and more regulatory control of the economy

On the road again
26th May 19 | By Robert

Most snow cover in Germany in 20 years
26th May 19 | By Robert

Arctic 400,000 sqkm Higher Than 2016 – Sea Ice Extent (Global Antarctic and Arctic) – Day 145 – 2019
26th May 19 | By sunshinehours1

Winter Weather Advisory for California Mountains
26th May 19 | By Robert

Another foot of snow expected in Montana – end of May
26th May 19 | By Robert

Russia Launches New Nuclear Icebreaker
26th May 19 | By Paul Homewood

"Earth Engine" developers seek to create limitless power using magnets
26th May 19 | By CFACT

Nature's contribution to Atmospheric CO2. PEER REVIEWED PAPER.
26th May 19 | By Geoff

Weekend Unthreaded
26th May 19 | By Jo Nova

26th May 19 | By Paul Homewood

RICO Statement Exhibit_137

millions of undocumented species.

---

**Analysis: 'Nothing but fiction' – UN Species Extinction Report Spouts Unscientific Hype, Dubious Math – 'Claims are nonsensical hype...wildly exaggerated numbers that can't be corroborated'**

Physicist Ralph B. Alexander: "The UN IPBES (Intergovernmental Science-Policy Platform on Biodiversity and Ecosystem Services) claimed that more species are currently at risk of extinction than at any time in human history and that the extinction rate is accelerating. But these claims are nonsensical hype, based on wildly exaggerated numbers that can't be corroborated...

The IPBES report summary, which is all that has been released so far, states that "around 1 million of an estimated 8 million animal and plant species (75% of which are insects), are threatened with extinction." Apart from the as-yet-unpublished report, there's little indication of the source for these estimates, which are as mystifying

carbon intensity levels. Similar reductions were found to be necessary in Sweden and Germany.The findings are based on OECD and UN data on greenhouse gas emissions per industry in the three countries. It found that at current carbon levels, all three would require a drastic reduction in working hours as well as urgent measures to decarbonise the economy to prevent climate breakdown.

---

**'Young people blame climate change for their small 401(k) balances' – 'Think civilization may not exist when they're of retirement age'**



Lori Rodriguez, a 27-year-old communications professional in New York City, is not saving for retirement, and it isn't necessarily because she can't afford to — it's because she doesn't expect it to matter. Like many people her age, Rodriguez believes climate change will have catastrophic effects on

and people's lives". He then went on to smear the recent chair of the IPBES, Sir Robert Watson, who was sitting beside him, alleging that Watson and his fellow IPBES officials "are part of this con" and "the leaders of this UN politicization of species endangerment science," calling the well-pedigreed Watson "not a scientist, but a science bureaucrat." Morano's comments were so strident and personal that Representative Jared Huffman, who was presiding over the hearing, had to repeatedly remind him not to direct comments at his fellow witnesses."

"The conduct of the Republican legislators and their witnesses at Tuesday's hearing was appalling...bullying tactics..."

---

**Climate hearing turns ugly for Dems as skeptics take over: Rip apart Green New Deal, UN Paris pact & 97% 'consensus' – Declare UN 'Authoritative propaganda' – Greenpeace co-founder blasts UN species report: 'That is not science. That is fiction. Fairy tale stories'**

Greenpeace co-founder Dr. Patrick Moore on UN species scare: "You

**Snowiest May EVER in parts of California**
26th May 19 | By Robert

## Tags

al gore
antarctica
arctic
astrology
avg az
barack
obama
capandtrad
climate depot
CO2 coal

as the classic magician's rabbit produced from an empty hat...

But while the IUCN presents these numbers matter-of-factly without fanfare, the much more political IPBES <u>resorts</u> to unashamed hype by extrapolating the statistics beyond the 98,512 species that the IUCN has actually investigated, and by assuming a total number of species far in excess of the IUCN's estimated 1.7 million. Estimates of just how many species the Earth hosts vary considerably, from the IUCN number of 1.7 million all the way up to 1 trillion. The IPBES number of 8 million species appears to be plucked out of nowhere, as does the 1 million threatened with extinction, despite the IPBES report being the result of a "systematic review" of 15,000 scientific and government sources...

Not only does the IPBES take unjustified liberties with the IUCN statistics, but its extinction rate projection bears no relationship whatsoever to actual extinction data. A known 680 vertebrate species have been driven to extinction since the 16th century, with 66 known insect extinctions

our planet. Some 88% of millennials — a higher percentage than any other age group — accept that climate change is happening, and 69% say <u>it will impact them</u> in their lifetimes. Engulfed in a constant barrage of depressing news stories, many young people are skeptical about saving for an uncertain future. "I want to hope for the best and plan for a future that is stable and secure, but, when I look at current events and at the world we are predicting, I do not see how things could not be chaotic in 50 years," Rodriguez says. "The weather systems are already off, and I don't think it's hyperbolic to be a little apocalyptic."

<u>Climatologist Dr. Judith Curry: Morano 'has prepared an extremely hard-hitting report for his written testimony' at Congressional species hearing</u>

Dr. Curry: "Having Marc Morano on this list is like waving a red cape before a bull. True to form, Marc <u>has prepared an extremely hard-hitting report</u> for his written testimony."

"While I have read Morano's recent book The Politically Incorrect Guide to Climate Change

cannot call yourself a scientist if you pretend that there are 6.2 million species that have no names and have never been identified. That is not science. That is fiction. Fairy tale stories. And that's what we're being told here."

Climate Depot's Marc Morano described the report as a politically driven document, "the latest U.N. appeal to give it more power, more scientific authority, more money and more regulatory control." "At best, the U.N. science panels represent nothing more than 'authoritative bureaucracy,' claiming they hype the problem and then come up with the solution that puts them in charge of 'solving' the issue in perpetuity," Mr. Morano said in his prepared remarks. "A more accurate term for the U.N. than 'authoritative science' may be 'authoritative propaganda.'"

Mr. Huffman fired back, referring to Mr. Morano as a troll. "I don't know what inspires someone to make a career out of trolling scientists or monetizing contrarian ideology on the YouTube and Ted Talk circuit, but

<u>consensus buster</u>
<u>cru</u>
<u>debate</u>
<u>development</u>
<u>economics</u>
<u>emissions</u>
<u>energy</u>
<u>epa</u>
<u>funding</u>
<u>global cooling</u>
<u>global warming</u>
<u>gop</u> <u>hollywood</u>
<u>hurricanes</u> <u>ice</u>
<u>intimidation</u>
<u>ipcc</u> <u>key</u>
<u>kids</u>
<u>media</u>
<u>mediacd</u>
<u>Michael Mann</u>
<u>mkey</u>
<u>models</u>
<u>new study</u>
<u>paris</u> <u>polling</u>
<u>religion</u>
<u>science</u>
<u>sea levels</u> <u>solar</u>
<u>trump</u> <u>un</u>
<u>wacky</u>







recorded over the same period – or approximately 1.5 extinctions per year on average. The IPBES report summary states that the current rate of global species extinction is tens to hundreds of times higher than this and accelerating, but without explanation except for the known effect of habitat loss on animal species...

it seems that the IPBES numbers are sheer make-believe. One million species on the brink of extinction is nothing but fiction, when the true number could be as low as 5,900.

[‘Extinction Crisis’ Speciously Targets Free Markets](#)

[Video: Netflix, Attenborough And Cliff-Falling Walruses, The Making Of A False Climate Icon](#)

[Climate Activists Hope That Fake News About Droughts Will Win](#)

[Octopuses may go blind from climate change, study warns](#)



(I recommend this book), I was unaware that Morano had been following the species extinction issue so closely. Witnesses selected by the minority party (at present the Republicans), typically have a week at best to prepare written testimony. So it is clear that Morano's materials must have been collected and examined over a period of time."

"It is very difficult to rebut Morano's points without the full Report and its documentation."

"Morano was asked a question about '97% of scientists agree.' Morano nailed it. Moore effectively chimed in on this issue also...The Chairman in his 5 minutes is attacking Morano and the Republicans for inviting him. Also criticizing 'junior varsity think tanks.'"

[Climate skeptic Morano picks fight at Congressional hearing – 'Verbally attacks the credibility of one of the UN scientists'](#)



it's just a very different kind of conversation than the science-based conversation I think many of us would try to have," Mr. Huffman said.

No House committee hearing this year would be complete without a climate change row. Republicans took aim at the Green New Deal, the Paris climate agreement and the 97% scientific "consensus," while Democrats' witnesses stressed the impact of global warming on species.

[UK Guardian outraged: 'Republicans give platform to climate science deniers at hearing on biodiversity'](#)



[Opening Statement of GOP Ranking Member Tom McClintock at Species hearing: UN practicing 'the antithesis of science'](#)

**UN claims debunked: Studies Indicate Species Extinctions Decline With Warming – 'Since the 1870s, species extinction rates have been plummeting' – Habitat loss & predator introduction biggest threat — Not warming**

"During the last few hundred years, species extinctions primarily occurred due to habitat loss and predator introduction on islands. Extinctions have not been linked to a warming climate or higher CO2 levels.  In fact, since the 1870s, species extinction rates have been plummeting."

"No clear link between mass extinctions and CO2-induced or sudden-onset warming events."

**Times of India column: 'Climate science violates the basic precepts of science'**



**Democrat Subcommittee chair Rep. Jared Huffman** to @climatedepot Marc Morano: "Mr. Morano, I don't know what inspires someone to make a career out of trolling scientists."

**Congressional Hearing D-Day May 22! Greenpeace co-founder Moore & Depot's Morano set to battle top 3 UN officials at Hearing on UN species report**




**Dr. Patrick Moore - See: 'Welcome to Neo-Stalinism': Google promptly vanishes Greenpeace co-founder Dr. Moore from enviro group's history after Trump tweets his skeptical climate views**



*Rep. Tom McClintock with Marc Morano & Patrick Moore at hearing*

Rep. McClintock: "Do not despair.  As Ronald Bailey, science correspondent for Reason Magazine writes: "Many of the transformative changes advocated by the IPBES are already happening as a result of the economic growth the UN agency wants us to steer away from.  Due to increasing wealth, education and urbanization, world population will peak later this century around 8 to 9 billion." He goes on to point out that growing prosperity and technology is resulting in increasingly more efficient resource use and growing income and gender equality."

**Media laments: House GOP 'called two prominent climate deniers' Moore & Morano to testify – Morano: UN report 'hypes and distorts biodiversity issues for lobbying purposes'**



& Marc Morano set to testify in Congress against the UN - See: <u>Here we go again: UN, Media recycle climate species 'extinction' fears – Dredge up discredited Paul Ehrlich</u>

Watch Live at 10am Est - Watch <u>here:</u>

<u>House Natural Resources Committee</u> Subcommittee on Water, Oceans, and Wildlife "Responding to the Global Assessment Report of the Intergovernmental Science-Policy Platform on Biodiversity and Ecosystem Services."

Date: Wednesday, May 22, 2019
Time: 10:00 AM
Location: Longworth House Office Building 1324

---

<u>No EU Country On Track For 2030 Climate Goal</u>

---

<u>Study: Not a single EU country on a pathway to reach net-zero emission by 2050</u>

Republicans have called climate deniers Marc Morano, the founder of Climate Depot, and Patrick Moore, chairman of the CO2 coalition.

Morano <u>claims</u> the report "hypes and distorts biodiversity issues for lobbying purposes", while Moore's group <u>argues</u>, despite the overwhelming science to the contrary, that *more* carbon dioxide is good for the planet.

---

<u>Green Mega-Flop: German Failure On the Road To A Renewable Future</u>

---

<u>Brace Yourself: EU faces "Massive Flood Of Plastic Waste" After UN Export Restrictions</u>

---

<u>China's Green Efforts Hit By Fake Data And Corruption</u>

---

<u>Hey Greenies: Check out the global revolt against your green agenda...'From Alberta to Australia, from Finland to France, and beyond'</u>

---

<u>Aussie Election Blamestorm Continues: "Voters feared climate policy more than climate change"</u>

---

**Jo Nova: It Was A Climate Election And The Sceptics Won**

**After Another Defeat, Climate Policy Threatens To Devour Left Parties**

---

**Accuweather Global Warming**

**American Thinker**

**AMSU Global Daily Temps**

**Andrew Bolt**

**Anthony Watts Surface Station**

**Art Horn**

**Australian Climate Madness**

**Bob Carter**

**Business & Media Institute**

**Carbon Folly**

**CFACT**

**Christopher Booker**

**Climate Audit**

**Climate Change Dispatch**

**Climate Common Sense**

**Climate Cycle Changes**

**Climate Debate Daily**

**Climate Depot**

**Climate Realists**

**Climate Research News**

**Climate Resistance**

**Climate Science: Roger Pielke Sr.**

**Climate Skeptic**

**CO2 Science**

**CO2web**

**Dr. Roy Spencer**

**Drudge Report**

**EcoWorld.com**

**Al Gore**

**Atmoz**

**BBC Environment Blog**

**CEJ Journal**

**Christian Science Monitor**

**Climatedenial.org**

**ClimateProgress**

**Deltoid**

**Dr. R K Pachauri Blog**

**EcoRazzi.com**

**Forecast Earth**

**George Monbiot**

**globalchange**

**Greenpeace**

**Grist.org**

**Is it Getting Warmer?**

**Mark Lynas**

**Mooney's Discover Blog**

**Nature Blog**

**Only in it for the gold**

**Real Climate**

**Revkin's Dot Earth**

**Sci. Journalism Tracker**

**Scripps Insitute of Oceanography**

**Sen. Boxer's EPW Page**

**Stephen Schneider**

Energy Tribune

Fred S. Singer's SEPP

Gary Sharp

Global Warming Hoax

Global Warming Science

Global Warming Skeptics

Gore Lied

Green Hell Blog

Greenie Watch

Hall of Record

Heliogenic Blog

I Love My Carbon Dioxide

Ice Age Now

IceCap.us

International Climate Science Coalition

James Spann's Blog

Jennifer Marohasy

Joanne Nova

John Coleman's Corner

John Daly

John McLean

Junk Science

Marshall Institute

Martinez Report

Metsul's Meteorologia

Michael Crichton

Milo Yiannopoulos

Newsbusters.org

OilPrice.com

Omniclimate

Peden's Middlebury Community Network

Planet Gore

Powerlineblog

Prometheus

Real-Science.com

Rossputin.com

Science and Public Policy Institute

The Heat is Online

Yale Climate Media Forum

## Contact Marc Morano

Submit the form below to send me a lead!

**Email address \***

**Message \***

What is 5 + 8?

Contact »

RICO Statement Exhibit_144

**Science Bits**

**Talking About the Weather**

**The Chilling Effect**

**The Climate Bet**

**The Heartland Institute**

**The Inhofe EPW Press Blog**

**The New Zealand Climate Science Coalition**

**The Reference Frame - Lubos Motl**

**The Resilient Earth**

**The Weather Wiz**

**The Week That Was by Fred Singer**

**Tom Nelson**

**Tom Skilling's Blog**

**Tropical Cyclone's- Ryan Maue COAPS**

**Warmal Globing**

**Warwick Hughes**

**Watts Up with That?**

**Web Commentary**

**William M. Briggs, Statistician**

**World Climate Report**

RICO Statement Exhibit_145

# EXHIBIT G



ARE THEY TRYING TO CONTROL THE CLIMATE ... OR YOU?

## *Climate Hustle*: The film that changes the climate of debate on global warming

Concerns about man-made global warming have consumed nearly all other environmental issues as proponents claim increasing carbon dioxide will result in a global catastrophe unless nations drastically reduces emissions. Global warming has evolved to be blamed for a range of issues beyond just rising temperatures or sea levels. Now rising CO2 emission are said to cause floods, droughts, tornadoes, hurricanes and even maladies like prostitution, bar room brawls, airline turbulence and less snow or more snow, depending on the season.

More than a year in the making, *Climate Hustle* is now smashing onto the scene to rock the climate debate and set the record straight. Produced by "CFACT Presents" and hosted by Climate Depot publisher Marc Morano, the film features prominent scientists from around the world who used to warn about the dangers of man-made global warming but have reexamined the evidence and have now grown more skeptical or become outright skeptics of man-made climate change fears.

The film is not a one-sided documentary with only one narrative presented. Instead, *Climate Hustle* comes alive to the viewer with archival video clips and news footage spanning over 40 years. The film presents both sides of the climate debate in an engaging and pop culture-friendly way that walks viewers through the dire climate claims being made and examines them one by one.

Viewers of *Climate Hustle* will get an informative, humorous and entertaining journey through seven key sections that lay waste to the media-promoted climate claims. For example:

One powerful segment, called "Stacking the Deck," shows how the notion of a "scientific consensus" on climate change is pure fabrication and is simply a political tool used to stifle debate.

Another segment, entitled "Sleight of Hand," examines whether CO2 is really the villain it's made out to be and shows viewers some of the crucial facts that Al Gore omitted from his famous propaganda documentary, *An Inconvenient Truth*.

Viewers are taken on a journey back in time to reveal centuries – yes centuries – of climate panic and fear. The film shows rarely seen clips of 1970s global cooling newscasts and how "stagecraft" was employed to juice the narrative of man-made global warming fears in the 1980s.

Sea level rise scares? Polar bears? Polar ice melts? *Climate Hustle* offers viewers a virtual A-Z examination of the evidence for man-made climate fears. The film features expert opinions and data to reveal that on virtually every claim in the climate debate, climate activists have either greatly exaggerated the issue or are flat out wrong.

*Climate Hustle* viewers will also get a look at the increasingly outlandish claims of activists who, in a form of "climate astrology," want to blame every bad weather event – and societal evil – on man-made global warming.

The film has its moments of hilarity as comical climate change "tipping points" are exposed as utter nonsense and more suited to a stand-up comedy act. Viewers are walked through previous doomsday predictions on topics ranging from Y2K to the Mayan Calendar.

Perhaps the most poignant moment of the film comes when viewers are told there is literally no difference between holocaust deniers and climate "deniers."  Exclusive interviews reveal activists who call for skeptics to be thrown in jail.  By contrast, scientists are profiled who have reversed themselves on global warming fears, and far from profiting from their dissent, they explain how their careers have been negatively impacted just for daring to challenge the so-called consensus. Politically Left scientists are interviewed who reveal how "lonely" it is for them to dissent on man-made global warming.

*Climate Hustle* is premiering in Paris during the UN's COP21 climate summit, and will be scheduled for theatrical and home video release in 2016.

# EXHIBIT H



# CLIMATE TRUTH FILE 2016



Committee For A Constructive Tomorrow
By Marc Morano

**The scientific reality is that on virtually every claim — from A to Z — the promoters of manmade climate fears are falling short or going in the opposite direction.**

- Global temperatures have been virtually flat for about 18 years according to satellite data, and peer-reviewed literature is now scaling back predictions of future warming.
- The U.S. has had no Category 3 or larger hurricane make landfall since 2005 – the longest spell since the Civil War.
- Strong F3 or larger tornadoes have been in decline since the 1970s.
- Despite claims of snow being 'a thing of the past,' cold season snowfall has been rising.
- Sea level rise rates have been steady for over a century, with recent deceleration.
- Droughts and floods are neither historically unusual nor caused by mankind, and there is no evidence we are currently having any unusual weather.
- So-called hottest year claims are based on year-to-year temperature data that differs by only a few HUNDREDTHS of a degree to tenths of a degree Fahrenheit – differences that are within the margin of error in the data. In other words, global temperatures have essentially held very steady with no sign of acceleration.
- A 2015 NASA study found Antarctica was NOT losing ice mass and 'not currently contributing to sea level rise.'
- 2016 Arctic sea ice was 22% greater than the recent low point of 2012. The Arctic sea ice is now in a 10-year 'pause' with 'no significant change in the past decade'
- 
- Deaths due to extreme weather have declined dramatically.
- Polar bears are doing fine, with their numbers way up since the 1960s.

**Have climate change skeptics lost the climate debate?**

No! Climate skepticism enjoys huge popularity in polling data, and every time a climate bill has come before the U.S. Congress it has failed to pass. There never was any real climate debate! One of the key reasons climate fear proponents don't want to debate is what happened during a pivotal high-profile debate in 2007 in New York City, where skeptics were voted the clear winners against global warming proponents.

NASA's Gavin Schmidt appeared so demoralized at losing that debate that he announced debates equally split between believers in a climate 'crisis' and scientific skeptics are probably not "worthwhile" to ever agree to again. And climate change promoters listened, with debates becoming rarer and rarer.

In fact, instead of engaging in debates, prominent climate activists now call for jailing skeptics. Robert F. Kennedy, Jr., declared he wanted to jail his climate skeptics. "They ought to be serving time for it," Kennedy said in 2014. And Bill Nye -- 'The Jail-The-Skeptics Guy!' -- entertained the idea of jailing climate skeptics for "affecting my quality of life" in 2016, while

U.S. Senators and top UN scientists called for RICO-style charges against skeptics.

## Will the UN Paris climate change agreement save the planet from 'global warming'?

No! Even if you accept the UN's and Al Gore's version of climate change claims, the UN Paris agreement would not 'save' the planet. Prominent scientists from MIT and Princeton have declared the basis for the UN agreement to be "irrational" and "based on nonsense."

University of Pennsylvania Geologist Dr. Robert Giegengack noted in 2014, "None of the strategies that have been offered by the U.S. government or by the EPA or by anybody else has the remotest chance of altering climate if in fact climate is controlled by carbon dioxide."

In layman's terms: All of the so-called 'solutions' to global warming are purely symbolic when it comes to climate. So, even if we actually faced a climate catastrophe and we had to rely on a UN climate agreement, we would all be doomed!

## Will the UN Paris agreement keep Earth's average temperature to within the 2-degree Celsius limit that climate activists have set as a goal?

Even top UN scientists have mocked the notion that a 2-degree Celsius temperature limit is meaningful. Dr. Phil Jones revealed that the 2 deg C limit was "plucked out of thin air" with no scientific basis. "The 2 deg C limit is talked about by a lot within Europe. It is never defined though what it means. Is it 2 deg C for the globe or for Europe? Also when is/was the base against which the 2 deg C is calculated from? I know you don't know the answer, but I don't either! I think it is plucked out of thin air," Jones wrote in the leaked Climategate emails.

Princeton Physicist Dr. Will Happer rejects the whole notion of reducing emissions to control temperature. "Policies to slow $CO_2$ emissions are really based on nonsense. We are being led down a false path," Happer said in 2015.

## Why would the UN and other organizations push manmade 'global warming' fears if the science is not there to support their claims? What possible reason could they have to hype science?

The United Nations has publicly stated its goal is not to 'solve' climate change, but to seek to redistribute wealth and expand its authority through more central planning.

UN official Ottmar Edenhofer, co-chair of the IPCC Working Group III, admitted what's behind the climate issue: "One must say clearly that we redistribute *de facto* the world's wealth by climate policy … One has to free oneself from the illusion that international climate policy is environmental policy. This has almost nothing to do with environmental policy anymore."

RICO Statement Exhibit_152

EU climate commissioner Connie Hedegaard revealed: *Global Warming Policy Is Right Even If Science Is Wrong*. Hedegaard said in 2013, "Let's say that science, some decades from now, said 'we were wrong, it was not about climate,' would it not in any case have been good to do many of things you have to do in order to combat climate change?"

The UN is seeking central planning. UN climate chief Christiana Figueres declared in 2012 that she is seeking a "centralized transformation" that is "going to make the life of everyone on the planet very different." She added: "This is a centralized transformation that is taking place because governments have decided that they need to listen to science."

The UN and EPA regulations are pure climate symbolism in exchange for a more centrally planned energy economy. The UN and EPA regulations are simply a vehicle to put politicians and bureaucrats in charge of our energy economy and 'save' us from bad weather and 'climate change.'

## Is the UN IPCC the gold standard for science?

It is fool's gold. The UN IPCC is a political organization masquerading as a scientific body. Many UN lead authors have now resigned from the IPCC or had their names removed due to the politicization of science to fit the climate change narrative. The former chief of the UN IPCC, Rajendra Pachauri, declared global warming "is my religion." The UN IPCC is a lobbying organization that seeks to enrich the UN by putting it in charge of 'solving' climate change.

## Will stopping global warming help poor nations?

Quite the opposite. Attempting to control weather and climate will have no impact on climate, but a huge impact on economic development of poor nations due to so-called 'solutions' of global warming that would limit development and ban many forms of life-saving carbon based energy.

## Penn State Prof. Michael Mann has called the UN Paris agreement the "last chance" to battle global warming. Is it the last opportunity?

The fact is that every UN Climate Summit is hailed as the "last chance" to stop 'global warming' before it's too late. Previous "last chance" deadlines turned out to be - well - not the "last chance," after all.

In 2001, and at almost every annual UN climate summit after that, *every* deadline has been heralded as the "last chance" to stop 'global warming.' It seems the earth is serially doomed. The UN issued environmental "Tipping Points" in 1982 and another 10-year climate "Tipping Point" in 1989. There have even been tipping points of Hours, Days, Months, Years, and even on Millennial time scales.

## The 2015 UN Paris climate agreement was hailed as historic. Did it solve climate change?

If climate activists at the UN and in the media actually believed the UN agreement 'solved' global warming, shouldn't that mean we never have to hear

about 'solving' global warming ever again? If it really 'solved' climate change, does this mean we can halt the endless supply of federal tax dollars funding 'climate change' studies? Does this mean we can stop worrying about the ability of 'global warming' to end civilization and cause wars, and increase prostitution, bar room brawls, rape, airline turbulence, etc.? If activists truly believed a UN treaty could 'solve' global warming, they would move on to a new issue.

## Will EPA climate regulations impact the Earth's climate?

NO! President Obama's own EPA Chief Gina McCarthy admitted that the EPA regulations are symbolic and will have no measurable climate impact – even if you believe in the climate activist version of science. "The value of this rule is not measured in that way [temperature impact]," McCarthy said in 2015. "I am not disagreeing that this action in and of itself will not make all the difference we need to address climate action, but what I'm saying is that if we don't take action domestically we will never get started," she added. Obama's former EPA Administrator Lisa Jackson had previously noted that "U.S. action alone will not impact world $CO_2$ levels."

Climatologist Dr. Patrick Michaels' analysis says any potential impact on climate from EPA regulations would be "so small as to be undetectable, less than two one-hundredths of a degree C." "We're not even sure how to put such a small number into practical terms, because, basically, the number is so small as to be undetectable."

Even NASA's former lead global warming scientist James Hansen has called Obama's EPA climate regulations "practically worthless," and added, "You've got to be kidding me."

Yet, despite the fact that EPA regulations would have no impact on global $CO_2$ levels, Obama advisor John Podesta claimed in 2014 that the EPA $CO_2$ regulations are needed to combat extreme weather: "The risk on the downside you're seeing every day in the weather."

## Why would skeptics seek to overturn Obama's EPA climate executive orders?

Obama's EPA regulations (including the Clean Power Act) bypassed Congress and imposed domestic climate regulations on America without a single vote of Congress. Obama's Harvard Law School Professor Laurence Tribe said the EPA climate regulations are akin to "burning the Constitution."

Tribe, a liberal constitutional scholar at Harvard University, declared that Obama's executive orders "raised serious questions under the separation of powers" because "the EPA is attempting to exercise lawmaking power that belongs to Congress and judicial power that belongs to the federal courts." Tribe added, "Burning the Constitution cannot be part of our national energy policy."

Climate activists seem to think we need more taxes and regulation to somehow stop bad weather.

## Shouldn't all Americans want to reduce 'carbon pollution' for our health?

$CO_2$ is not 'pollution.' The term 'carbon pollution' is unscientific and misleading. As James Agresti wrote: "The phrase conflates carbon dioxide with noxious chemicals like carbon monoxide and black carbon." "The phrase 'carbon pollution' is scientifically inaccurate because there are more than ten million different carbon compounds, and the word 'carbon' could refer to any of them. Some of the more notorious of these compounds are highly poisonous, such as carbon monoxide (a deadly gas) and black carbon (the primary ingredient of cancerous and mutagenic soot). Using a phrase that does not distinguish between such drastically different substances is a sure way to misinform people."

Carbon Dioxide – $CO_2$ – is a harmless trace essential gas in the atmosphere that humans exhale from their mouth (after inhaling oxygen).

Princeton Physicist Dr. Will Happer has said: "To call carbon dioxide a pollutant is really Orwellian. You are calling something a pollutant that we all produce. Where does that lead us eventually?"

## $CO_2$ is a greenhouse gas and it has been rising steadily. How can you deny global warming?

$CO_2$ is not the tail that wags the dog. $CO_2$ is a trace essential gas, but without it life on earth would be impossible. Carbon dioxide fertilizes algae, trees, and crops to provide food for humans and animals. We inhale oxygen and exhale $CO_2$. Slightly higher atmospheric $CO_2$ levels cannot possibly supplant the numerous complex and inter-connected forces that have always determined Earth's climate.

As University of London professor emeritus Philip Stott has noted: "The fundamental point has always been this. Climate change is governed by hundreds of factors, or variables, and the very idea that we can manage climate change predictably by understanding and manipulating at the margins one politically selected factor ($CO_2$), is as misguided as it gets." "It's scientific nonsense," Stott added.

Even the global warming activists at RealClimate.org acknowledged this in a September 20, 2008 article, stating, "The actual temperature rise is an emergent property resulting from interactions among hundreds of factors."

## Haven't the past few years shown global warming is worse than we thought?

As the real world evidence mounts that global warming claims are failing, climate activists have ramped up predictions of future climate change impacts, declaring that it is 'worse than we thought." But a prediction or projection 50 to 100 years into the future is not 'evidence.'

## Climate activists have said every storm is now influenced by 'global warming.'

These types of unscientific claims have a long history. In Australia in 1846, Aborigines blamed the bad climate on the introduction of the white man in

Australia. During World War II, some blamed the war for causing unusual weather patterns. In 1933, Syria banned the Yo-Yo because they thought it caused drought. In the 1970s, extreme weather was blamed on manmade global *cooling*.

## If $CO_2$ is not the main driver of global temperatures, what is? The sun?

When global temperatures are the question, the answer is not the sun or $CO_2$. It is the sun, volcanoes, tilt of the Earth's axis, water vapor, methane, clouds, ocean cycles, plate tectonics, shifting ocean currents, albedo (Earth's changing reflective properties), atmospheric dust, atmospheric circulation, cosmic rays, particulates like carbon soot and volcanic dust, forests and grasslands, and urban and other land use changes. Climate change is governed by hundreds of factors, not just $CO_2$.

## Hasn't the Earth overheated in the past when $CO_2$ rose?

The geologic history of the earth undercuts rising carbon dioxide fears. $CO_2$ levels were higher in the past and there was no climate apocalypse. Greenpeace co-founder Dr. Patrick Moore has testified to Congress: "The fact that we had both higher temperatures and an ice age at a time when $CO_2$ emissions were 10 times higher than they are today, fundamentally contradicts the certainty that human-caused $CO_2$ emissions are the main cause of global warming. An Ice Age occurred when $CO_2$ was 10 times higher than today."

## Are there just a handful of skeptical scientists who dissent from the UN IPCC claims?

Scientists who are skeptical about "dangerous manmade climate change" have been speaking out for years. Many former prominent former believers in manmade global warming announced they were reconsidering the science.

Scientists like Dr. Leonard Bengtsson, Dr. Judith Curry, and UN IPCC Lead Author Dr. Richard Tol are growing more skeptical of climate claims.

The 2016 film *Climate Hustle* documented many of the politically left scientists (who voted for Gore and endorsed Obama) who have reexamined the evidence and are now skeptical.

Climate scientist Mike Hulme dismantled the "thousands of scientists agree" claim put forth by the United Nations and news media. Claims that "2,500 of the world's leading scientists have reached a consensus that human activities are having a significant influence on the climate" are disingenuous, Hulme noted. The key scientific case for $CO_2$ driving global warming, like many others in the IPCC reports, "is reached by only a few dozen experts in the specific field of detection and attribution studies; other IPCC authors are experts in other fields." Other scientists are excluded or not consulted.

Dr. William Schlesinger agrees with the UN climate view but has admitted that only 20% of UN IPCC scientists deal with climate. In other words, 80% of the UN's IPCC membership are experts in other fields and have no dealing with or expertise in climate change as part of their academic studies.

## How can you reject the National Academy of Sciences and other science organization that all agree manmade global warming is a threat?

Proponents of manmade global warming often point out the National Academy of Sciences (NAS) and American Meteorological Society (AMS) have issued statements endorsing the so-called 'consensus' view that human emissions drive climate change. However, neither the NAS nor the AMS has ever allowed member scientists to vote directly on these statements. A couple of dozen members of the institutions' governing boards produced the statements – and then issued press releases.

The governing boards are steeped in politics and seek more funding for 'research' that promotes currently accepted viewpoints. The full membership of actual scientists never gets to vote on the activist statements and in many cases is completely unaware until too late that the boards have issued them. Many such organizations have faced open rebellion by their skeptical member scientists for such actions, including the American Chemical Society, American Physical Society, and International Geological Congress.

## But don't 97% of scientists say manmade climate change is real?

The claim that "97% of scientists agree" is in part based on 77 anonymous scientists who responded to a survey. The survey started by seeking opinions from 10,257 scientists. However, only 77 responded. So the 97% "consensus" claim is not based on *thousands* of scientists or even *hundreds* of scientists – but only on 77 scientists. Out of those 77 scientists, 75 answered the survey to form the mythical 97% 'consensus.'

In 2013 and 2014, other claims of an alleged 97% climate 'consensus' emerged, prompting UN IPCC lead author Dr. Richard Tol to publish a critique and declare: "The 97% is essentially pulled from thin air, it is not based on any credible research whatsoever."

The new 97% claim by climate activist John Cook was so "so broad that it incorporates the views of most prominent climate skeptics."

Another researcher, Andrew Montford, commented: "The [97%] consensus as described by the survey is virtually meaningless and tells us nothing about the current state of scientific opinion beyond the trivial observation that carbon dioxide is a greenhouse gas and that human activities have warmed the planet to some unspecified extent."

Lord Christopher Monckton's analysis found that "only 41 papers – 0.3% of all 11,944 abstracts or 1.0% of the 4,014 expressing an opinion, and not 97.1%" actually endorsed the claim that "more than half of recent global warming was anthropogenic."

Bjorn Lomborg wrote: "Do you remember the '97% consensus,' which even Obama tweeted? Turns out the authors don't want to reveal their data. It has always been a dodgy paper. Virtually everyone I know in the debate would automatically be included in the 97%."

**The Associated Press reported in 2015 that, "In the worst case scenario, Antarctica's melt could push sea levels up 10 feet worldwide in a century or two, recurving heavily populated coastlines." Don't we owe it to millions of people to stop this?**
A 2015 NASA study found that Antarctica was NOT losing ice mass and "not currently contributing to sea level rise," but actually *reducing* sea level rise. The NASA study found that the ice mass gains of the Antarctic ice sheet are greater than their losses.

The Associated Press was not the first one to hype these same Antarctica melt fears. Virtually the exact same claims and hype were reported in 2014, 1990, 1979, 1922, and 1901! In 1990, NBC's Today Show featured Paul Ehrlich warning of impacts of Antarctic ice melt: 'You Could Tie Your Boat to the Washington Monument.'

1979 *New York Times*: "Boats could be launched from the bottom of the steps of the Capitol' in DC."

1922: "Mountain after mountain of [Antarctic] ice will fall into the sea, be swept northwards by the currents, and melt, thus bringing about, but at a much more rapid rate, the threatened inundation of the land by the rising of the sea to its ancient level."

1901: "Geologists believe that this great ice sucker has reached the stage of perfection when it [Antarctica] will, break up again, letting loose all the waters of its auction over the two hemispheres, and completely flooding the low-lying lands of Europe, Asia, and North America."

**NOAA reported that manmade climate change has doubled the chances for the type of heavy downpours that caused devastating Louisiana floods in August 2016. Is climate change increasing rain and floods?**
NOAA chose media hype over science. Climatologist Dr. Roger Pielke, Sr., slammed the NOAA modeling study as "manipulation of science for political reasons," adding "NOAA should be embarrassed" and labeling the study "a dismaying example of manipulation of science for political reasons."

Real Climate Science's Tony Heller noted the NOAA claim "has no scientific basis, and ignores all available actual data." "Software models can be written to produce any result the author wants to produce. They are not evidence of anything. There has been no increase in heavy rains in Louisiana."

Climate models can be twisted to make it appear the invisible hand of 'global warming' has a role in almost every weather event. Ironically, heavy rains used to be caused by 'global cooling' in the 1970s. *Time Magazine* noted in a 1974 article titled "Another Ice Age" that "record rains" were accompanying a cooling climate trend.

Any attempt to link manmade global warming to rainfall events in any specific region is the stuff of pure politics – not science. As a result of this and similar realities, global warming activists are desperately seeking to tie any and all weather events to global warming.

In Australia, climate activists were caught blaming too little rain on manmade global warming, and then – when there was too much rain – they blamed *that* on manmade global warming, too. Other studies have found both temperatures and precipitation were higher 1,000 years ago during the Medieval Warm Period.

## Did 'climate change' cause Hurricane Hermine that hit Florida in 2016?

No. Hurricane Hermine was a Category 1 storm that finally broke the record 11-year span of no land-falling hurricanes hitting Florida. Meteorologist Joe Bastardi noted "portraying Hermine as some kind of climate change demon is either ignorance as to the history of hurricanes or deceit." They are "warning us about something [Florida hurricanes] that occurred much more frequently in the past, yet trying to blame it on an agenda-driven issue," Bastardi added.

## Does global warming cause wars? Is it a national security threat?

Ironically, the data and studies reveal that warm periods coincide with less conflict. This same argument was used by the CIA in 1974 to claim that 'global cooling' would cause conflict and terrorism. To believe that rising $CO_2$ is a key cause for the creation of ISIS is akin to believing that the Middle East was a peaceful region until modern 'global warming' set upon it. The Center for Strategic and International Studies report noted the opposite of recent claims regarding 'global warming' and war. "Since the dawn of civilization, warmer eras have meant *fewer* wars."

Another study published in the Proceedings of the National Academy of Sciences found that "Cooler periods coincided with conflicts and disease outbreaks."

## The 'hottest year' on record occurred in recent years.

Actually, global temperatures have been holding nearly steady for almost two decades (nearly 18 years according to RSS satellite data). While 2005, 2010, and 2015 were declared the 'hottest years' by global warming proponents, a closer examination revealed that the claims were "based on year-to-year temperature data that differs by only a few HUNDREDTHS of a degree to tenths of a degree Fahrenheit – differences that were within the margin of error in the data." In other words, global temperatures have essentially held very steady with no sign of acceleration.

The media and climate activists hype 'record' temperatures that are not even outside the margin of error of the dataset as somehow meaningful. Even former NASA climatologist James Hansen admitted 'hottest year' declarations are "not particularly important."

MIT climate scientist Dr. Richard Lindzen ridiculed 'hottest year' claims in 2015. "The uncertainty here is tenths of a degree. When someone points to this and says this is the warmest temperature on record, what are they talking about? It's just nonsense. This is a very tiny change period," Lindzen said. "If you can adjust temperatures to 2/10ths of a degree, it means it wasn't certain to 2/10ths of a degree."

So-called 'hottest year' claims are just a fancy way of saying that the 'global warming pause' has essentially continued.

### Isn't the U.S. experiencing unprecedented heat waves?

Climatologist Dr. John Christy: "About 75% of the states recorded their hottest temperature prior to 1955, and over 50% of the states experienced their record cold temperatures after 1940." In 2014, the U.S. experienced a brutally cold winter and a cool summer.

### Arctic ice melted to record lows in 2012. Isn't that due to manmade global warming?

In 2016, Arctic ice made was 22% greater than the satellite era low point of 2012. The 2016 Arctic sea ice minimum is now in a 10-year 'pause' with 'no significant change in the past decade'

According to climate analyst Dr. David Whitehouse of the UK Global Warming Policy Forum, "There is no general decrease in minimal ice area, by this measure, between 2007 – 2016 – ten years! The case can be made that the behavior of the Arctic ice cover has changed from the declining years of 1998 – 2007."

Arctic ice changes are not 'proof' of manmade global warming, nor are they unprecedented, unusual, or cause for alarm, according to experts and multiple peer-reviewed studies. After weeks of media hype blaming global warming, NASA finally admitted in September 2012 that an August Arctic cyclone "broke up" and "wreaked havoc" on sea ice. According to NASA: "The cyclone remained stalled over the arctic for several days ... pushing [sea ice] south to warmer waters, where it melted."

In 2013, the Arctic ice cap grew by 29% over 2012 in the summer with 533,000 more square miles of ocean covered with ice than in 2012.

Global warming activists have long hyped satellite era data, which begin in 1979, to claim record low Arctic sea ice – while ignoring the satellite data that showed record or near record sea ice expansion in the Antarctic in previous years. Moreover, satellite monitoring of Arctic ice began at the end of a 40-year cold cycle (remember the 1970s fears of a coming ice age?), when ice was most likely at its highest extent in the modern era.

We have had similar Arctic ice panics in the past. A November 2, 1922 *Washington Post* article was headlined, "Arctic Ocean getting warm: Seals vanish and icebergs melt." The Arctic Ocean is warming, icebergs are growing scarcer, and in places the seals are finding the water too hot, it claimed.

### Isn't manmade global warming causing extreme weather?

"There is a lack of evidence to blame humans for an increase in extreme events. One cannot convict $CO_2$ of causing any of these events, because they've happened in the past before $CO_2$ levels rose," climatologist John Christy testified before Congress in 2012. "There are innumerable types of events that can be defined as extreme events – so for the enterprising individual (unencumbered by the scientific method), weather statistics can supply an unlimited, target-rich environment in which to discover a 'useful' extreme event."

"There is no evidence that disasters are getting worse because of climate change," notes Professor Roger Pielke, Jr. "There's really no evidence that we're in the midst of an extreme weather era – whether man has influenced climate or not."

## Aren't hurricanes getting bigger, stronger, and more frequent due to manmade global warming?

As of 2016, the U.S. has gone 11 years (since Hurricane Wilma in 2005) with no Category 3 or larger hurricanes making landfall, the longest spell since at least 1900.

Even with the recent Hurricane Matthew witch skirted the Florida coast as a category 3 hurricane, the U.S. is still currently in a record-breaking hurricane drought of no Category 3 or larger storms making landfall. In fact, the last Category 4-5 hurricane that made landfall in the US was 24 years ago in 1992 [Andrew]. For the United States, during the past four decades, "The fewest number of major hurricanes struck during any 40-year period since at least the 1800s."

The worst decade for major (Category 3, 4, and 5) hurricanes was the 1940s, according to the website Real Science which analyzed National Oceanic and Atmospheric Administration data. In 2011, a new study found that "overall global tropical cyclone activity has decreased to historically low levels during the past five years."

## Isn't global warming causing bigger, more dangerous tornadoes?

No. In fact, big tornadoes have seen a drop in frequency since the 1950s. "There has been a downward trend in strong (F3) to violent (F5) tornadoes in U.S. since 1950s." "Warming causes fewer strong tornadoes, not more," climatologist Dr. Roy Spencer explained.

The years 2012, 2013, and 2014 all saw at or near record low tornado counts in the U.S.

In 2015, the number of major tornadoes was "one of the lowest on record," according to NOAA.

And 2016 has so far been another below-normal tornado season, according to NOAA.

There is "no scientific consensus or connection between global warming and tornadic activity," emphasized Greg Carbin, tornado warning coordination meteorologist at NOAA's Storm Prediction Center in Norman, Oklahoma. "NOAA statistics show that the last 60 years have seen a dramatic increase in the *reporting* of weak tornadoes, but *no change* in the number of severe to violent ones," Corbin commented.

In 1975, tornado outbreaks were blamed on 'global cooling.'

RICO Statement Exhibit_161

## Don't we need to stop global warming to keep cities from being inundated by rising seas?

Sea levels have been rising since the last ice age ended more than 10,000 years ago. There is currently no acceleration in sea level rise.

Global sea levels have been naturally rising for ~20,000 years and have decelerated over the past 8,000 years, decelerated over the 20th century, decelerated 31% since 2002, and decelerated 44% since 2004 to less than 7 inches per century. There is no evidence of an acceleration of sea level rise, and therefore no evidence of any effect of mankind on sea levels.

According to tide gauges, sea levels are rising LESS than the thickness of one nickel (1.95 mm thick) per year or about the thickness of one penny (1.52 mm thick) a year. According to satellite info, it is rising slightly more than two pennies a year (3.04 mm)

## Aren't the recent droughts in the U.S. due to manmade global warming?

Across time scales required for any meaningful analysis, "Droughts have, for the most part, become shorter, less frequent, and cover a smaller portion of the U. S. over the last century," Professor Roger Pielke, Jr. observes. "U.S. Midwestern drought has decreased in past 50+ years? That is not skepticism; that's according to the UN Intergovernmental Panel on Climate Change," he adds.

Even U.S. government scientists have admitted that recent droughts are not due to climate change. "This is not a climate change drought," said Dr. Robert Hoerling, a NOAA research meteorologist, who served as the lead author of the U.S. Climate Change Science Plan Synthesis and Assessment Report. "The good news," he emphasized, "is that this isn't global warming. This is not the new normal in terms of drought."

For scientists who take the long view of history, the U.S. drought of 2012 is "merely a climatological blip," E&E News reported, in an article titled "Dust Bowl and 1988 both eclipse 2012 drought, scientists say."

## What about California's record drought?

California's current drought is not related to climate change. Much more severe California droughts occurred with lower allegedly 'safe' $CO_2$ levels. According to the data, "past dry periods have lasted more than 200 years." "Researchers have documented multiple droughts in California that lasted 10 or 20 years in a row during the past 1,000 years – compared to the mere 3-year duration of the current dry spell. The two most severe mega-droughts make the Dust Bowl of the 1930s look tame: a 240-year-long drought that started in 850 and, 50 years after the conclusion of that one, another that stretched at least 180 years."

## Isn't climate change making floods more severe?

Peer-reviewed studies reject these claims, too. "Are US floods increasing? The answer is still 'No,'" says a new scientific paper by Roger Pielke, Jr. The evidence demonstrates that "flooding has not increased in U.S. over records of 85 to 127 years. This adds to a pile of research that shows similar results around the world," Pielke said. It is also worth noting that

"the world's ten deadliest floods all occurred before 1976." In other words, "All of the world's deadliest floods occurred with $CO_2$ well below 350 ppm."

In addition, a recent study by the U.S. government found no evidence that climate change caused more severe flooding during last century. In fact, the U.S. Geological Survey found that in some regions "floods become *less severe* as greenhouse gas emissions increased." Moreover, at this time, "We do not see a clear pattern that enables us to understand how climate change will alter flood conditions in the future," USGS scientist Robert Hirsch explained.

## Aren't wildfires getting worse?

No. "Data from both the U.S. and Canada show the number of wildfires has declined over the past 40 to 50 years and that the number of wildfires was higher during the global cooling scare of the 1970s." In fact, the number of U.S. wildfires has dropped 10% per decade. The U.S. government's National Interagency Fire Center has reported that U.S. wildfires now occur "half as often as they did 50 years ago."

Spanish researchers confirmed climate change is not to blame for increased forest fires. "The change in the occurrence of fires that are recorded in the historical research cannot be explained by the gradual change in climate," they reported. Instead, it "corresponds to changes in the availability of fuel, the use of sources of energy, and the continuity of the landscape." In the United States, wildfires are also due to a failure to thin forests or remove dead and diseased trees – due largely to environmentalist protests and lawsuits.

## Aren't polar bears dying, threatened with extinction by receding Arctic ice?

No. Polar bears are at or near historic population highs. The only threats they face are from virtual world computer model predictions that do not reflect reality or account for the adaptability of these animals.

"The only reason the service listed them was based on speculation from fairly untested models, based on what the fate of polar bears may be in the future," like *if* global warming ever dramatically alters the bears' habitat, Alaska's coordinator for endangered species explained.

"The polar bear population is very, very healthy," Canadian Inuit have emphasized. "We live in polar bear country. We understand the polar bears. We are unanimous in our belief that polar bears have not declined."

Evolutionary biologist and paleozoologist Dr. Susan Crockford of the University of Victoria agrees. "Polar bears have survived several episodes of much warmer climate over the last 10,000 years than exists today," she wrote. "There is no evidence to suggest that the polar bear or its food supply is in danger of disappearing entirely with increased Arctic warming, regardless of the dire fairy-tale scenarios predicted by computer models."

Crockford added: "The annual minimum reached in late summer has little impact on polar bear health and survival. What matters most to polar bears is the presence of ample ice in spring and early summer (March-June), which is their critical feeding period."

University of Iceland professor and award-winning quaternary geologist Dr. Olafur Ingolfsson notes that a fossil specimen "confirms that the polar bear was a morphologically distinct species at least 100,000 years ago, and this basically means that the polar bear has already survived one interglacial period." This tells us that, "Despite the on-going warming in the Arctic today, maybe we don't have to be quite so worried about the polar bear."

Professor J. Scott Armstrong, a forecasting expert at the Wharton School, says polar bear models are critically flawed. "To list a species that is currently in good health as an endangered species requires valid forecasts that its population would decline to levels that threaten its viability." In fact, the polar bear populations have been increasing rapidly in recent decades, due to hunting restrictions.

Biologist Josef Reichholf heads the Vertebrates Department at the National Zoological Collection in Munich. "In warmer regions, it takes far less effort to ensure survival," he points out. "How did the polar bear survive the last warm period? Whether bears survive will depend on human beings, not the climate."

## Don't graphs show that current temperatures are the highest in 1,000 years?

Penn State professor and UN IPCC modeler Michael Mann did publish a hockey stick-shaped graph that purportedly showed an unprecedented sudden increase in average global temperatures, following ten centuries of supposedly stable climate. However, Dr. Mann was at the center of the Climategate scandal. His graph and the data and methodology behind it have been scrutinized and debunked in peer-reviewed studies by numerous climate scientists, statisticians, and other experts.

The latest research clearly reveals that the Medieval Warm Period (also called the Medieval Climate Optimum) has been verified and was in fact global, not just confined to the Northern Hemisphere. The Center for the Study of Carbon Dioxide and Global Change reported in 2009 that "the Medieval Warm Period was: (1) global in extent, (2) at least as warm as, but likely even warmer than, the Current Warm Period, and (3) of a duration significantly longer than that of the Current Warm Period to date."

The Science and Public Policy Institute reported in May 2009: "More than 700 scientists from 400 institutions in 40 countries have contributed peer-reviewed papers providing evidence that the Medieval Warm Period (MWP) was real, global, and warmer than the present. And the numbers grow larger daily."

## Weren't the Climategate scientists exonerated — meaning there was no scandal?

Many in the media repeatedly cite the various Climategate investigations as an 'exoneration' of the UN global warming scientists. But a closer look reveals that the investigations were nothing more than the global warming industry pretending to investigate itself, and of course finding no wrongdoing.

Penn State's investigation of Michael Mann is a prime example of what a mockery the process became. Clive Crook of the *Atlantic Monthly* summed it up this way: "The Penn State inquiry exonerating Michael Mann would be difficult to parody. Three of four allegations were dismissed out of hand at the outset."

## Why do you oppose government taking steps to solve the climate crisis?

Despite all the evidence and studies presented in this fact sheet, many people continue to say that Congress and the United Nations need to take immediate action to prevent more extreme weather, rising sea levels, and planetary 'overheating.' The reality is that politicians who say government "can do something about" droughts, floods, sea levels, hurricanes, and tornadoes are practicing the equivalent of medieval witchcraft.

Laws, treaties, and regulations – whether from the United Nations, the U.S. Congress, or the Environmental Protection Agency – cannot control the weather. $CO_2$ does not control global temperatures, and current global temperatures are well within natural variability, as demonstrated by surface and satellite data and extensive historic records. Scientific studies and data also show that droughts, floods, wildfires, and other extreme weather are not unusual, unprecedented, or related to $CO_2$ emissions or climate change.