IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| THE MUNICIPALITIES OF BAYAMÓN, CAGUAS, LOÍZA, LARES, BARRANQUITAS, COMERÍO, CAYEY, LAS MARÍAS, TRUJILLO ALTO, VEGA BAJA, AÑASCO, CIDRA, AGUADILLA, AIBONITO, MOROVIS, and MOCA on behalf of themselves and others similarly situated, known as the MUNICIPALITIES OF PUERTO RICO.<br><br>Plaintiffs,<br><br>v.<br><br>EXXON MOBIL CORP, SHELL PLC F.K.A. ROYAL DUTCH SHELL PLC, CHEVRON CORP., BP PLC, CONOCOPHILLIPS, MOTIVA ENTERPRISES, LLC, OCCIDENTAL PETROLEUM F.K.A. ANADARKO PETROLEUM CORP, BHP, ARCH RESOURCES INC. F.K.A. ARCH COAL COMPANY, RIO TINTO PLC, PEABODY ENERGY, XYZ CORPORATIONS 1-100, and JOHN AND JANE DOES 1-100<br><br>Defendants | Case No. 3:22-CV-01550 (MAJ) |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE COURT AND THE CLERK OF THE COURT:

The undesigned is admitted to practice in this Court and appears in this case as counsel for defendant Chevron Corporation.

RESPECTFULLY SUBMITTED, in San Juan, Puerto Rico, this 23rd day of February, 2023.

1

2

IT IS HEREBY CERTIFIED that, on the above date, I electronically filed this notice with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the system.

MCCONNELL VALDÉS LLC
270 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
P.O. Box 364225
San Juan, Puerto Rico 00936-4225
Tel: (787) 250-2631
Fax: (787) 759-8282

s/*Roberto C. Quiñones-Rivera*
Roberto C. Quiñones-Rivera
USDC-PR No. 211512
rcq@mcvpr.com

*Counsel for Chevron Corporation*
