# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MUNICIPALITY OF BAYAMON, et al.**, *Plaintiffs,* v. **EXXON MOBIL CORP., et al.**, *Defendants.* | Case No. 3:22-cv-01550-DRD |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS ARCH RESOURCES, INC. AND PEABODY ENERGY CORPORATION

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs provide notice and voluntarily dismiss Defendants Arch Resources, Inc. f/k/a Arch Coal, Inc. ("Arch")[1] and Peabody Energy Corporation ("Peabody")[2] from this action. Plaintiffs further state:

1. Neither Arch nor Peabody have been served with the Complaint or filed an answer, other responsive pleading, or motion for summary judgment.

2. Plaintiffs dismiss all claims against Arch and Peabody without prejudice.

Dated: April 21, 2023

By: /s/ *Roy L. Mason*
Roy L. Mason
USDC-PR Bar No. 308164
SMOUSE & MASON LLC
223 Duke of Gloucester Street
Annapolis, Maryland 21401
Telephone: (410) 269-6620
Facsimile: (410) 269-1235
Email: rlm@smouseandmason.com
*Attorney for Plaintiffs*

---

[1] Arch is identified on the docket as "Arch Resources Incorporated" "*formerly known as* Arch Coal Company."

[2] Peabody is identified on the docket as "Peabody Energy Incorporated."

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 21, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                          /s/ *Roy L. Mason*
                                          Roy L. Mason