IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

MUNICIPALITY OF BAYAMÓN, ET
AL.,

     Plaintiffs,

     v.

EXXON MOBIL CORPORATION, ET
AL.,

     Defendants.

CIV. NO.: 22-1550 (SCC)

## PARTIAL JUDGMENT

In view of the Notice of Voluntary Dismissal at Docket No. 52 and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims against Arch Resources, Inc. f/k/a Arch Coal, Inc. and Peabody Energy Corporation are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 25th day of April 2023.

S/ SILVIA CARREÑO-COLL
UNITED STATES DISTRICT COURT JUDGE