**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **MUNICIPALITY OF BAYAMON, et al.,** | |
| *Plaintiffs,* | **Case No. 3:22-cv-01550-SCC** |
| v. | |
| **EXXON MOBIL CORP., et al.,** | |
| *Defendants.* | |

**JOINT MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

TO THE HONORABLE COURT:

COME NOW the Plaintiffs and the undersigned Defendants (collectively, the "Parties"), through their respective undersigned counsel, and hereby move this Court pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule 6 for an Order extending the time for Defendants to file their motions to dismiss through October 13, 2023, and extending the time for Plaintiffs to file their oppositions to such motions.[1]  In support of this motion, the Parties state and pray as follows:

1.    The Complaint was filed in this Court on November 22, 2022.  ECF Doc. No. 1.

2.    On  March 29, 2023, the Parties filed a Joint Motion for Extension of Time to Answer or Otherwise Respond to the Complaint and to Establish Briefing Schedule and Other Procedural Terms Concerning Motions to Dismiss (the "Joint Motion").  ECF Doc. No. 25.  The

---

[1]   This motion does not operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any right, defense, affirmative defense, claim, or objection, including lack of subject matter jurisdiction, lack of personal jurisdiction, or insufficient service of process.

Joint Motion contained the Parties' stipulations concerning a briefing schedule, page limitations and other procedural stipulations related to the forthcoming motions to dismiss, including, in pertinent part, that Defendants' Motions to Dismiss for Lack of Personal Jurisdiction under Rule 12(b)(2), Motions to Dismiss For Failure to State a Claim under Rule 12(b)(6), and any Motion(s) to Strike and/or Dismiss under any relevant "anti-SLAPP" laws (collectively, "the Motions to Dismiss") shall be due by July 21, 2023.

3.      By Order entered on March 30, 2023, the Court granted the Joint Motion.  ECF Doc. No. 31.

4.      Thereafter, the Court granted the Parties' further Joint Motion extending the time to file the Motions to Dismiss through September 1, 2023. ECF Doc. No.  60.

5.      As a result of upcoming conflicts faced by counsel for Plaintiffs, including several upcoming trials in other matters, Plaintiffs requested and Defendants have agreed to further extend the deadline to file the Motions to Dismiss by six weeks (*i.e.*, through October 13, 2023), with the other procedural stipulations in the Joint Motion and allowed by the Court to remain unaltered. Because the Joint Motion provided that "Plaintiffs' Oppositions to the Motions to Dismiss shall be due 90 days after the Motions to Dismiss are filed," ECF Doc. No. 25, ¶ 3.b, this extension would also extend the time for Plaintiffs to file their Oppositions by six weeks. (It also would extend the time to file Defendants' Replies by the same period.)

6.      Accordingly, the Parties respectfully request that this Honorable Court enter an Order extending the time for Defendants to file the Motions to Dismiss through October 13, 2023.

7.     The Parties agree to abide by the terms of this Joint Motion pending the Court's issuance of an Order on the same, which the Parties acknowledge may not occur before September 1, in light of the Court's calendar and caseload.

WHEREFORE, the Parties respectfully request that this Honorable Court enter an Order extending the time for Defendants to file the Motions to Dismiss through October 13, 2023.

Respectfully submitted, this 29th day of August, 2023.

I, Roberto C. Quiñones-Rivera, certify that, on the above date, I filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the system.

By: */s/Roy L. Mason*
Roy L. Mason
USDC-PR Bar No. 308164
SMOUSE & MASON LLC
223 Duke of Gloucester Street
Annapolis, Maryland 21401
Telephone:  (410) 269-6620
Facsimile:  (410) 269-1235
Email:  rlm@smouseandmason.com

*Attorney for Plaintiffs*

By:  *Roberto C. Quiñones-Rivera*
Roberto C. Quiñones-Rivera
USDC-PR Bar No. 211512
Eduardo A. Zayas-Marxuach
USDC-PR Bar No. 216112
Myrgia M. Palacios-Cabrera
USDC-PR Bar No. 230807
MCCONNELL VALDES LLC
P.O. Box 364225
San Juan, PR 00936-4225
Telephone:  787-250-2631
Facsimile:  787-474-9201
E-mail:  rcq@mcvpr.com

Theodore J. Boutrous, Jr. (*Pro Hac Vice*)
William E. Thomson (*Pro Hac Vice*)
Joshua D. Dick (*Pro Hac Vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
E-mail: tboutrous@gibsondunn.com
E-mail: wthomson@gibsondunn.com
E-mail: jdick@gibsondunn.com

Neal S. Manne (*Pro Hac Vice* forthcoming)
Erica Harris (*Pro Hac Vice* forthcoming)
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone:  713.651.9366
Facsimile:  713.654.6666
E-mail:  nmanne@susmangodfrey.com
E-mail:  eharris@susmangodfrey.com

*Attorneys for Defendant CHEVRON CORPORATION*


By: *s/ Néstor M. Méndez Gómez*
Néstor M. Méndez Gómez
USDC-PR Bar No. 118409
María D. Trelles Hernández
USDC-PR Bar No. 225106
PIETRANTONI MENDEZ & ALVAREZ LLC
Popular Center, 19th Floor
208 Ponce de León Ave.
San Juan, Puerto Rico 00918
Telephone: (787) 274-1212
Facsimile: (787) 274-1470
Email: nmendez@pmalaw.com
Email: mtrelles@pmalaw.com

Theodore V. Wells, Jr. (*Pro Hac Vice*)
Daniel J. Toal (*Pro Hac Vice*)
Yahonnes Cleary (*Pro Hac Vice*)
Caitlin E. Grusauskas (*Pro Hac Vice*)
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: twells@paulweiss.com
Email: dtoal@paulweiss.com
Email: ycleary@paulweiss.com
Email: cgrusauskas@paulweiss.com

*Attorneys for Defendant EXXON MOBIL
CORPORATION*

By: _s/Kenneth C. Suria_
Kenneth C. Suria
USDC-PR Bar No. 213302
ESTRELLA, LLC
P.O. Box 9023596
San Juan, Puerto Rico 00902-3596
Telephone:  (787) 977-5050
Facsimile: (787) 977-5090
E-mail:  kcsuria@estrellallc.com

Tracie J. Renfroe (_Pro Hac Vice_)
Oliver Peter Thoma (_Pro Hac Vice_)
KING & SPALDING LLP
1100 Louisiana, Suite 4100
Houston, TX 77002
Telephone:  (713) 751-3200
Facsimile:  (713) 751-3290
E-mail:  trenfroe@kslaw.com
E-mail:  othoma@kslaw.com

_Attorneys for Defendant MOTIVA ENTERPRISES LLC_

By: _s/David Indiano_
David Indiano
USDC-PR Bar No. 200601
Jeffrey M. Williams
USDC-PR Bar No. 202104
INDIANO & WILLIAMS, P.S.C.
_207 del Parque Street; 3rd Floor_
_San Juan, P.R. 00912_

Duke K. McCall, III (_Pro Hac Vice_)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave, NW
Washington D.C., 20004
Telephone:  (202) 373-6607
Facsimile:  (202 739-3001
Email: duke.mccall@morganlewis.com

_Attorneys for Defendant OCCIDENTAL PETROLEUM_
_CORPORATION_

By: *s/Carlos A. Rodríguez Vidal*
Carlos A. Rodríguez Vidal
USDC-PR Bar No. 201213
GOLDMAN ANTONETTI & CORDOVA, LLC
American International Plaza
250 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Telephone: 787-759-4117
Facsimile: 787-767-9177
Email: crodriguez-vidal@gaclaw.com

Victor L. Hou *(Pro Hac Vice)*
Boaz S. Morag *(Pro Hac Vice)*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York  10006
Telephone: 212-225-2000
Facsimile: 212-225-3999
Email: vhou@cgsh.com
Email: bmorag@cgsh.com

*Attorneys for Defendant BHP GROUP LIMITED*

By: *s/ Roberto A. Cámara-Fuertes*
Roberto A. Cámara-Fuertes
USDC-PR Bar No. 219002
FERRAIUOLI LLC
250 Muñoz Rivera Avenue, 6th Floor
San Juan, Puerto Rico 00918
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
E-mail: rcamara@ferraiuoli.com

Linda H. Martin (*Pro Hac Vice* forthcoming)
David Y. Livshiz (*Pro Hac Vice* forthcoming)
Noelle L. Williams (*Pro Hac Vice* forthcoming)
Jennifer E. King (*Pro Hac Vice* forthcoming)
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
E-mail: linda.martin@freshfields.com
E-mail: david.livshiz@freshfields.com
E-mail: noelle.williams@freshfields.com
E-mail: jennifer.king@freshfields.com

Jennifer Loeb (*Pro Hac Vice* forthcoming)
FRESHFIELDS BRUCKHAUS DERINGER US
LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
E-mail: jennifer.loeb@freshfields.com

*Attorneys for Defendant RIO TINTO PLC*


By: *s/ Eric Pérez-Ochoa*
Eric Pérez-Ochoa
USDC-PR Bar No. 206314
Luis A. Oliver Fraticelli
USDC-PR Bar No. 209204
ADSUAR MUNIZ GOYCO
SEDA & PÉREZ-OCHOA, P.S.C.
PO Box 70294
San Juan, Puerto Rico 00936-8294
Telephone: 787.756.9000
Facsimile: 787.756.9010
Email: epo@amgprlaw.com
Email: loliver@amgprlaw.com

*Attorneys for Defendant BP P.L.C.*


By: *s/Carlos A. Valldejuly Sastre*
Carlos A. Valldejuly Sastre
USDC No. 209505
José J. Colón García
USDC No. 308010
O'NEILL & BORGES LLC
250 Muñoz Rivera Avenue, Suite 800
San Juan, Puerto Rico 00918-1813
Telephone: (787) 764-8181
Facsimile: (787) 753-8944
E-mail:  carlos.valldejuly@oneillborges.com
E-mail:  jose.colon@oneillborges.com

David C. Frederick (*pro hac vice*)
James M. Webster, III (*pro hac vice*)
Minsuk Han (*pro hac vice*)

Daniel S. Severson (*pro hac vice*)
Grace W. Knofczynski (*pro hac vice*)
Vetan Kapoor (*pro hac vice*)
KELLOGG, HANSEN, TODD, FIGEL
  & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone:  (202) 326-7900
Facsimile:  (202) 326-7999
E-mail:  dfrederick@kellogghansen.com
E-mail:  jwebster@kellogghansen.com
E-mail:  mhan@kellogghansen.com
E-mail:  dseverson@kellogghansen.com
E-mail:  gknofczynski@kellogghansen.com
E-mail:  vkapoor@kellogghansen.com

*Attorneys for Defendant SHELL PLC*
*(f/k/a ROYAL DUTCH SHELL PLC)*


*By:  Ricardo F. Casellas Sánchez*
Ricardo F. Casellas Sánchez
USDC-PR 203114
rcasellas@cabprlaw.com
Heriberto J. Burgos Pérez
USDC-PR 204806
hburgos@cabprlaw.com
CASELLAS ALCOVER & BURGOS, PSC
P.O. Box 364924
San Juan, PR 00936-4924
T. (787) 756-1400
F. (787) 756-1401

*Attorneys for Defendant CONOCOPHILLIPS*