N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MUNICIPALITY OF BAYAMON, et al.**,<br><br>*Plaintiffs,*<br><br>v.<br><br>**EXXON MOBIL CORP., et al.**,<br><br>*Defendants.* | Case No. 3:22-cv-01550-SCC |

### EXXON MOBIL CORPORATION'S CORPORATE DISCLOSURE STATEMENT

**TO THE HONORABLE DISTRICT COURT**:

**COMES NOW** EXXON MOBIL CORPORATION ("ExxonMobil"), by its undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1, provides the following information:

1. ExxonMobil is a publicly held corporation, shares of which are traded on the New York Stock Exchange under the symbol XOM. ExxonMobil has no parent corporation, and no publicly held corporation owns ten percent (10%) or more of its outstanding stock.

2. ExxonMobil's current direct subsidiary, Imperial Oil Limited, has issued shares to the public on the New York Stock Exchange, and on a foreign exchange.  ExxonMobil has no other current direct subsidiaries or affiliates that have issued shares to the public.

3. ExxonMobil's current indirect subsidiaries, affiliates, and/or joint ventures in which an ExxonMobil indirect subsidiary has an interest and that have issued shares to the public, each on a foreign exchange, include: Esso (Thailand) Public Company Limited, Les Docks des

Petroles d'Ambes, Channel Infrastructure NZ Limited, Bangkok Aviation Fuel Services Public Company Limited, and Esso Societe Anonyme Francaise.

4. This statement is filed solely for purposes of complying with the Federal Rules of Civil Procedure and Local Rules. This statement is not intended to operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any defense, affirmative defense, or objection, including personal jurisdiction, insufficient process, and/or insufficient service of process pursuant to Rule 12(b)(2), (b)(4), and/or (b)(5).

**WHEREFORE,** ExxonMobil respectfully requests that this Honorable Court take notice of the foregoing.

**RESPECTFULLY SUBMITTED.**

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

In San Juan, Puerto Rico, on this 2nd day of October, 2023.

**PIETRANTONI MENDEZ & ALVAREZ LLC**
Popular Center, 19th Floor
208 Ponce de León Ave.
San Juan, Puerto Rico 00918
Telephone: 787-274-1212
Facsimile: 787-274-1470

*s/ Néstor M. Méndez Gómez*
Néstor M. Méndez-Gómez
USDC-PR Bar No. 118409
nmendez@pmalaw.com

*s/ María D. Trelles-Hernández*

María D. Trelles Hernández
USDC-PR Bar No. 225106
mtrelles@pmalaw.com

Theodore V. Wells, Jr. (*pro hac vice*)
Daniel J. Toal (*pro hac vice*)
Yahonnes Cleary (*pro hac vice*)
Caitlin E. Grusauskas (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3089
Facsimile: (212) 492-0089
Email: twells@paulweiss.com
Email: dtoal@paulweiss.com
Email: ycleary@paulweiss.com
Email: cgrusauskas@paulweiss.com

*Attorneys for Defendant EXXON MOBIL CORPORATION*