# EXHIBIT A

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| THE MUNICIPALITIES OF BAYAMÓN, CAGUAS, LOÍZA, LARES, BARRANQUITAS, COMERÍO, CAYEY, LAS MARÍAS, TRUJILLO ALTO, VEGA BAJA, AÑASCO, CIDRA, AGUADILLA, AIBONITO, MOROVIS, and MOCA on behalf of themselves and others similarly situated, known as the MUNICIPALITIES OF PUERTO RICO<br><br>*Plaintiff(s)*<br>v.<br><br>EXXON MOBIL CORP., ET AL.<br><br>*Defendant(s)* | Civil Action No. 3:22-cv-01550 (ADC) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* EXXON MOBIL CORP.
5959 Las Colinas Boulevard
Irving, Texas 75039-2298

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Luis V. Almeida-Olivieri, Milberg Coleman Bryson Phillips Grossman, LLC
Mailing Address: 1311 Ponce de Leon Ave., Suite 700, San Juan, PR 00907

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARIA ANTONGIORGI-JORDAN, ESQ.
*CLERK OF COURT*

Date: 11/23/2022

Digitally signed by Antonio Rodriguez-Gonzalez
Date: 2022.11.23 10:25:45 -04'00'

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 22-cv-1550(ADC)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No. **3:22-CV-01550-ADC**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **EXXON MOBIL CORP.**
was recieved by me on **2/13/2023:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Marie A Clouthier**, who is designated by law to accept service of process on behalf of **EXXON MOBIL CORP.02/13/2023**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date: 02/13/2023

*Server's signature*

**Earl Nevels**
*Printed name and title*

**2130 Gate Pointe Way
Arlington, TX 76018**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Marie A Clouthier who indicated they were the person authorized to accept with identity confirmed by subject showing identification. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 55-65 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.**




Tracking #: **0101109153**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| THE MUNICIPALITIES OF BAYAMÓN, CAGUAS, LOÍZA, LARES, BARRANQUITAS, COMERÍO, CAYEY, LAS MARÍAS, TRUJILLO ALTO, VEGA BAJA, AÑASCO, CIDRA, AGUADILLA, AIBONITO, MOROVIS, and MOCA on behalf of themselves and others similarly situated, known as the MUNICIPALITIES OF PUERTO RICO <br><br> *Plaintiff(s)* <br> v. <br><br> EXXON MOBIL CORP., ET AL. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:22-cv-01550 (ADC) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* OCCIDENTAL PETROLEUM F.K.A. ANADARKO PETROLEUM
5 Greenway Plaza, Suite 110
Houston, Texas 77046-0521

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Luis V. Almeida-Olivieri, Milberg Coleman Bryson Phillips Grossman, LLC
Mailing Address: 1311 Ponce de Leon Ave., Suite 700, San Juan, PR 00907

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARIA ANTONGIORGI-JORDAN, ESQ.
*CLERK OF COURT*

Date: 11/23/2022

Digitally signed by Antonio Rodriguez-Gonzalez
Date: 2022.11.23 10:26:51 -04'00'

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 22-cv-1550(ADC)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No.    3:22-CV-01550-ADC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **OCCIDENTAL PETROLEUM F.K.A. ANADARKO PETROLEUM**
was recieved by me on  **2/11/2023:**

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒    I served the summons on **Office Services**, who is designated by law to accept service of process on behalf of **OCCIDENTAL PETROLEUM F.K.A. ANADARKO PETROLEUM** 02/13/2023; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   02/13/2023

*Server's signature*

**Ajaz Nabi Khan**
*Printed name and title*

**3035 Walnut Bend Ln**
**apt 34**
**Houston, TX 77042**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Office Services who indicated they were the person authorized to accept with identity confirmed by subject stating their name. The individual tried to refuse service by refusing to take documents and did not state reason for refusal (documents left, seen by subject). The individual appeared to be a black-haired black male contact 45-55 years of age, 5'8"-5'10" tall and weighing 180-200 lbs with glasses.**



Tracking #: **0101078482**



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

THE MUNICIPALITIES OF BAYAMÓN, CAGUAS, LOÍZA, LARES, BARRANQUITAS, COMERÍO, CAYEY, LAS MARÍAS, TRUJILLO ALTO, VEGA BAJA, AÑASCO, CIDRA, AGUADILLA, AIBONITO, MOROVIS, and MOCA on behalf of themselves and others similarly situated, known as the MUNICIPALITIES OF PUERTO RICO )
)
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 3:22-cv-01550 (ADC)
)
)
)
EXXON MOBIL CORP., ET AL. )
)
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* MOTIVA ENTERPRISES, LLC
500 Dallas St FL 9
Houston, TX, 77002-4800

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Luis V. Almeida-Olivieri, Milberg Coleman Bryson Phillips Grossman, LLC
Mailing Address: 1311 Ponce de Leon Ave., Suite 700, San Juan, PR 00907

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARIA ANTONGIORGI-JORDAN, ESQ.
*CLERK OF COURT*

Digitally signed by Antonio Rodriguez-Gonzalez
Date: 2022.11.23 10:26:23 -04'00'

Date: 11/23/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 22-cv-1550(ADC)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  **3:22-CV-01550-ADC**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **MOTIVA ENTERPRISES, LLC**
was recieved by me on **2/10/2023**:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **James Hoosier**, who is designated by law to accept service of process on behalf of **MOTIVA ENTERPRISES, LLC 02/13/2023**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date: 02/13/2023

*Server's signature*

**Eric M Jimenez**
*Printed name and title*

**319 Aurora St
Houston, TX 77008**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to James Hoosier who indicated they were the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 35-45 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.**



Tracking #: **0101055285**



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| THE MUNICIPALITIES OF BAYAMÓN, CAGUAS, LOÍZA, LARES, BARRANQUITAS, COMERÍO, CAYEY, LAS MARÍAS, TRUJILLO ALTO, VEGA BAJA, AÑASCO, CIDRA, AGUADILLA, AIBONITO, MOROVIS, and MOCA on behalf of themselves and others similarly situated, known as the MUNICIPALITIES OF PUERTO RICO<br>*Plaintiff(s)*<br>v.<br>EXXON MOBIL CORP., ET AL.<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:22-cv-01550 (ADC) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* CHEVRON CORP.
6001 Bollinger Canyon Rd
San Ramon, CA, 94583

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Luis V. Almeida-Olivieri, Milberg Coleman Bryson Phillips Grossman, LLC
Mailing Address: 1311 Ponce de Leon Ave., Suite 700, San Juan, PR 00907

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARIA ANTONGIORGI-JORDAN, ESQ.
*CLERK OF COURT*

Date: 11/23/2022

Digitally signed by Antonio Rodriguez-Gonzalez
Date: 2022.11.23 10:24:21 -04'00'

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 22-cv-1550(ADC)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____
                                              _____
                                                      *Server's signature*

                                              _____
                                                      *Printed name and title*


                                              _____
                                                      *Server's address*

Additional information regarding attempted service, etc:

Civil Action No.  3:22-CV-01550-ADC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **CHEVRON CORP.**
was recieved by me on **2/13/2023:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Levin Ling**, who is designated by law to accept service of process on behalf of **CHEVRON CORP.02/14/2023**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date: 02/14/2023

*Server's signature*

**Mark Asbury**
*Printed name and title*

**640 Baily Road
Bay Point, CA 94565**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Levin Ling who indicated they were the person authorized to accept with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired Asian male contact 25-35 years of age, 5'4"-5'6" tall and weighing 160-180 lbs with glasses. Security Department.**



Tracking #: **0101177592**

