# EXHIBIT B



SHOP ASSISTANT
This is a UPS Customer Package.
Please hold for Customer Pickup.
AJAZ NABI KHAN
3035 WALNUT BEND LN APT 34
HOUSTON TX 77042 — 3854

UPS WESTHEIMER RD
77042 TX HOUSTON
224 - 1054
P: MILDRED $ 2245 H: 86

21 LBS                                    OF 1

MAILROOM - 9000
(206) 521 — 9000
ABC LEGAL SERVICES
633 YESLER WAY
SEATTLE WA 98104 — 9678

SHIP TO:
AJAZ NABI KHAN
APT 34

10/FEB/2023 07:27 7749

SHIP
TO:        THE UPS STORE
           713781624B
           11102 WESTHEIMER RD
           HOUSTON TX 77042    TX 774 9 — 03

                               1Z 17035E0174434390

UPS NEXT DAY AIR                          1
TRACKING #: 1Z 176 35E 01 7443 4390

BILLING    P/P