# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| THE MUNICIPALITIES OF BAYAMÓN, CAGUAS, LOÍZA, LARES, BARRANQUITAS, COMERÍO, CAYEY, LAS MARÍAS, TRUJILLO ALTO, VEGA BAJA, AÑASCO, CIDRA, AGUADILLA, AIBONITO, MOROVIS, MOCA, BARCELONETA, CAMUY, CATAÑO, SALINAS, ADJUNTAS, ARROYO, CULEBRA, DORADO, GUAYNABO, HORMIGUEROS, JUNCOS, LAJAS, MANATÍ, NAGUABO, NARANJITO, UTUADO, VILLALBA, COAMO, OROCOVIS, VIEQUES, and YABUCOA on behalf of themselves and others similarly situated, known as the MUNICIPALITIES OF PUERTO RICO, <br><br>Plaintiffs, <br><br>v. <br><br>EXXON MOBIL CORP, SHELL PLC F.K.A. ROYAL DUTCH SHELL PLC, CHEVRON CORP, BP PLC, CONOCOPHILLIPS, MOTIVA ENTERPRISES LLC, OCCIDENTAL PETROLEUM F.K.A. ANADARKO PETROLEUM CORP, BHP, RIO TINTO PLC, AMERICAN PETROLEUM INSTITUTE, XYZ CORPORATIONS 1-100, and JOHN AND JANE DOES 1-100, <br><br>Defendants. | Civil Case No. 3:22-cv-01550-SCC-HRV |

## **DEFENDANT CHEVRON'S MOTION FOR JUDICIAL NOTICE**

Pursuant to Federal Rule of Evidence 201(c)(2), Defendant Chevron Corp. respectfully requests the Court to take judicial notice of the document listed below and attached as an exhibit to this motion.

Judicial notice of the document is proper under Rule 201(b)(2). Under Rule 201(b), a district court may take judicial notice of a fact "not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

**Exhibit A** is a publicly-available engagement agreement (original and certified translation) between Plaintiff Municipality of Vega Baja and Plaintiffs' counsel Milberg, entitled "Contrato de Servicios Legales a Contingencia," and dated November 17, 2022, and available for download at https://consultacontratos.ocpr.gov.pr/contract/downloaddocument?code=4a29f0e7-ab70-4f02-8c36-1107c99bbf65. This contract has been filed in the Puerto Rico Contract Registry maintained by the Office of the Comptroller of Puerto Rico which can be accessed at https://consultacontratos.ocpr.gov.pr/. The agreement is being offered only for the purposes of showing that amendment would be futile, not for the merits of the Motion to Dismiss. Specifically, the contract demonstrates that investigation into Plaintiffs' claims has been ongoing since at least 2019. Upon a motion to dismiss, courts may "take judicial notice of information from an official government website that is 'not subject to reasonable dispute.'" *Morales Posada v. Cultural Care, Inc.*, 554 F. Supp. 3d 309, 314 n.2 (D. Mass. 2021) (quoting *Gent v. CUNA Mut. Ins. Soc'y*, 611 F.3d 79, 84 n.5 (1st Cir. 2010)), *aff'd on other grounds sub nom. Posada v. Cultural Care, Inc.*, 66 F.4th 348 (1st Cir. 2023). Accordingly, courts have taken judicial notice of government contracts in similar circumstances. *Sroga v. Laboda*, 748 Fed. Appx. 77, 78 n.1 (7th Cir. 2019) (taking judicial notice of the contents of a municipality's contract posted on a government website).

## CONCLUSION

For the foregoing reasons, Chevron respectfully requests that the Court take judicial notice of the document attached to this motion.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 30th day of January 2024.

**CERTIFICATE OF SERVICE**:  I, Roberto C. Quiñones-Rivera, certify that, on the above date, I filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the system.

By:  *Roberto C. Quiñones-Rivera*
Roberto C. Quiñones-Rivera
USDC-PR Bar No. 211512
Eduardo A. Zayas-Marxuach
USDC-PR Bar No. 216112
Myrgia M. Palacios-Cabrera
USDC-PR Bar No. 230807
MCCONNELL VALDÉS LLC
P.O. Box 364225
San Juan, PR 00936-4225
Telephone:  787-250-2631
Facsimile:  787-474-9201
E-mail:  rcq@mcvpr.com

Theodore J. Boutrous, Jr. (*pro hac vice*)
William E. Thomson (*pro hac vice*)
Joshua D. Dick (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
E-mail: tboutrous@gibsondunn.com
E-mail: wthomson@gibsondunn.com
E-mail: jdick@gibsondunn.com

Thomas G. Hungar (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 887-3784
E-mail: thungar@gibsondunn.com

Neal S. Manne (*pro hac vice* forthcoming)
Erica Harris (*pro hac vice* forthcoming)
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: 713.651.9366
Facsimile: 713.654.6666
E-mail: nmanne@susmangodfrey.com
E-mail: eharris@susmangodfrey.com

*Attorneys for Defendant CHEVRON CORPORATION*