# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MUNICIPALITY OF BAYAMON, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> EXXON MOBIL CORP., et al., <br><br> Defendants. | Case No. 3:22-cv-01550-SCC-HRV |

### DECLARATION OF ROBERT GARECA

I, Robert Gareca, pursuant to 28 U.S.C. § 1746, declare as follows:

I. <u>Background</u>

1. I am employed by BHP Chile Inc., which is an indirect subsidiary of Defendant BHP Group Limited ("BHP"). I have been asked by BHP to submit this declaration in support of BHP's motion to dismiss for lack of personal jurisdiction in this action.

2. I started working for BHP in 2001. Over the years that I have worked for different BHP subsidiaries, I have held a variety of positions in which I have provided financial and strategic advice in support of BHP's interests in various Non Operated Joint Ventures ("NOJVs"), which are companies or joint ventures in which BHP holds interests that are independently managed and operated. From 2018 to 2019, my work relating to BHP's NOJVs included the Cerrejón coal mining operation in Colombia, which was one such NOJV at the time.

3. As a result of my work at BHP since 2001, and based on my review of corporate records and other supporting materials, I believe the matters set forth herein to be true and correct

to the best of my knowledge. I make this declaration in support of the motion to dismiss for lack of personal jurisdiction filed by BHP in this action.

II. <u>BHP Corporate Structure</u>

4. The Amended Complaint refers to "BHP," Am. Compl. ¶ 77 n.24, and states:

   "**BHP Group** ('BHP') is the trading entity of BHP Group Limited and BHP Group plc, an Anglo-Australian multinational mining, metals and petroleum dual-listed public company headquartered in Melbourne, Victoria, Australia. Founded in 1885 in the isolated mining town of Broken Hill in New South Wales, by 2017 BHP ranked as the world's largest mining company, based on market capitalization. It is traded as BHP." Am. Compl. ¶171 (footnote citations omitted).

5. BHP Group Limited is in fact a "company headquartered in Melbourne, Victoria, Australia." It is incorporated under the laws of Victoria, Australia and it does date back to 1885.

6. In 2001, BHP Limited and Billiton Plc combined. From 2001 until 2022, BHP Group Limited and BHP Group Plc were part of a "dual-listed" corporate structure (with BHP Group Limited being the successor entity to BHP Limited and BHP Group Plc being the successor entity to Billiton Plc). This meant that BHP Group Limited, BHP Group Plc and their subsidiaries operated together as a single for-profit economic entity with a common Board of Directors, unified management structure and joint objectives. Attached hereto as **Exhibit 1** is a true and correct copy of BHP's Annual Report on Form 20-F for the Fiscal Year Ended 30 June 2019, which explains:

   "We have operated under a Dual Listed Company (DLC) structure since 29 June 2001. Under the DLC structure, the two parent companies, BHP Group Limited and BHP Group Plc, operate as a single economic entity, run by a unified Board and senior executive management team." Exhibit 1, p. 294.

7. Effective January 2022, however, BHP's corporate structure was unified under a single parent company, BHP Group Limited. Attached hereto as **Exhibit 2** is a true and correct

2

copy of BHP's Annual Report on Form 20-F for the Fiscal Year Ended 30 June 2022, which explains:

> "BHP Group Limited, an incorporated Australian-listed company, and BHP Group Plc, an incorporated UK-listed company, formed a Dual Listed Company (DLC) until 31 January 2022 . . . On 31 January 2022, BHP unified its corporate structure under BHP Group Limited, and subsequently BHP Group Plc changed its name to BHP Group (UK) Ltd." Exhibit 2, F-1.

III. BHP's Subsidiaries' Investments in the Cerrejón Entities

8. The Amended Complaint alleges the following with respect to BHP's investment in the Cerrejón mining operation in Colombia:

> "Along with Anglo American and Glencore, BHP is a 1/3 owner in Carbones del Cerrejón Norte ('Cerrejón') coal mine, a large open-pit coal mine in Colombia. The mine is one of the largest of its type, the largest in Latin America and the tenth largest in the world. Cerrejón was developed by a joint venture between the Colombian state organization, Carbones de Colombia (Carbocol) and Intercor, a subsidiary of ExxonMobil…. In 2000, Carbocol's assets were acquired jointly by Anglo American, BHP Billiton and Glencore, and in early 2002 the three partners bought out Intercor for $366m." Am. Compl. ¶¶ 172–73 (footnote citations omitted).

9. In fact, BHP Group Limited *itself* was never a 1/3 shareholder of any Cerrejón entity. However, entities which are indirect subsidiaries of BHP were the 1/3 shareholder referenced in the Amended Complaint in three Cerrejón entities: two Colombian coal mining companies, Cerrejón Zona Norte S.A. ("CZN") and Carbones del Cerrejón Limited ("CDC") (CZN and CDC hereinafter referred to as the "Cerrejón Mining Companies"), and the Cerrejón coal sales and marketing company, Coal Marketing Company Limited ("CMC") (together with the Cerrejón Mining Companies, the "Cerrejón Entities"). Specifically:

   a. Billiton Investment 3 B.V., and Billiton Investment 8 B.V. together were 1/3 shareholders in CZN. Attached hereto as **Exhibit 3** is a true and correct copy of a share certificate dated December 6, 2000 showing Billiton Investment 8 B.V. to

3

    be the registered holder of shares in CZN. Attached hereto as **Exhibit 4** is a true and correct copy of a share certificate dated December 6, 2000 showing Billiton Investment 3 B.V. to be the registered holder of shares in CZN.

  b. Billiton Investment 3 B.V. was a 1/3 shareholder in CDC. Attached hereto as **Exhibit 5** is a true and correct copy of a share certificate dated June 19, 2007 showing Billiton Investment 3 B.V. to be the registered holder of shares in CDC.

  c. Billiton Marketing Holding B.V. was a 1/3 shareholder in CMC. Attached hereto as **Exhibit 6** is a true and correct copy of a share certificate dated December 17, 2002 showing Billiton Marketing Holding BV, Anglo American CMC Holdings Limited, and Tironimus AG to be holders of 100 shares each of CMC.

10. BHP's subsidiaries first became 1/3 shareholders of the Cerrejón Mining Companies between 2000 and 2002.

  a. Attached hereto as **Exhibit 7** is a true and correct copy of BHP Billiton Limited's (now known as BHP Group Limited) Annual Report on Form 20-F for the Fiscal Year Ended June 30, 2002, explaining the acquisition of the 1/3 interest in the Cerrejón Mining Companies, and stating:

> "In September 2000, we acquired a one-third interest in Carbones del Cerrejon SA, in the Guajira Peninsula in northeastern Colombia. Each of Anglo American and Glencore International also own a one-third interest in Carbones. Carbones owns and operates the Cerrejon Central mine . . . In November 2000, CZN SA, a consortium owned equally by Anglo American, Glencore and us acquired the Colombian government's 50% share of Cerrejon Zona Norte, an open-pit coal mine in the northeastern part of Colombia. . . . Intercor, a wholly-owned subsidiary of ExxonMobil Corporation of the United States, owned the remaining 50% interest and was the mine operator. Effective February 21, 2002, Intercor was acquired by the consortium . . . Following the Intercor acquisition the Carbones del Cerrejon and Cerrejon Zona Norte mines have been integrated and are now managed independently by the consortium." Exhibit 7, p. 69.

4

    b. Attached hereto as **Exhibit 8** is a true and correct copy of a BHP Billiton Limited press release, dated February 1, 2002, regarding the investment in CZN, stating:

> "BHP Billiton today announced that a consortium comprising subsidiaries of BHP Billiton, Anglo American plc and Glencore International AG ("the Consortium") has signed an agreement to acquire all of the ownership interests in International Colombia Resources Corporation ("Intercor") from Exxon Mobil Corporation. Intercor owns 50 per cent of the Cerrejon Zona Norte (CZN) mining operation in Colombia . . . . Following completion of the transaction . . . BHP Billiton and the other Consortium members will each have a 33.33 per cent interest in the operation" Exhibit 8, p. 1.

IV. <u>BHP's Subsidiaries' Rights and Responsibilities as 1/3 Shareholder of the Cerrejón Entities</u>

11. Attached hereto as **Exhibit 9** is a true and correct copy of the Restated and Amended Mining Shareholders' Agreement, dated August 20, 2012, by and between Ammin Coal Holdings S.a.r.l., Perly Limited, Xstrata Cerrejón Limited, Billiton Investment 3 B.V., and Billiton Investment 8 B.V. (the "Mining Shareholders' Agreement"). The Mining Shareholders' Agreement establishes the rights and obligations of the affiliates of each of Anglo American, Glencore, and BHP, who were the 1/3 shareholders, respectively, of the Cerrejón Mining Companies.

12. Attached hereto as **Exhibit 10** is a true and correct copy of the Restated and Amended Trading Shareholders' Agreement, dated March 13, 2006 by and between Anglo American CMC Holdings Limited, Tironimus AG, and Billiton Marketing Holding B.V. (the "Trading Company Shareholders' Agreement"). The Trading Company Shareholders' Agreement establishes the rights and obligations of the affiliates of each of Anglo American, Glencore, and BHP, who were the 1/3 shareholders, respectively, of CMC.

V. <u>Puerto Rico Contacts Attributed by the Amended Complaint to the Cerrejón Entities</u>

13. The Amended Complaint further alleges the following:

    "Puerto Rico imports oil and coal for its electricity. For the fiscal year ending in June 2017, petroleum supplied just under half of the island's electricity and coal continued to supply about one-sixth of electricity. Typically, about 1.6 million short tons of coal are imported annually from Cerrejon to supply Puerto Rico's coal-fired electricity generating plant at Guayama." Am. Compl. ¶ 174 (footnote citations omitted).

14. None of the three shareholders of the Cerrejón Entities owned any of the coal mined by the Cerrejón Mining Companies or marketed and sold by CMC. Attached hereto as **Exhibit 11** is a true and correct copy of the Sales Agency Agreement, executed December 20, 2007, by and between Carbones del Cerrejón Limited (acting on its behalf and on behalf of Cerrejón Zona Norte S.A.) and Coal Marketing Company Limited (the "Sales Agency Agreement"), stating that the Cerrejón Mining Companies engaged CMC "exclusively as [their] agent to sell Coal . . . ." Exhibit 11, art. 2.01.

15. Accordingly, as of the date of the Sales Agency Agreement, the coal produced by the Cerrejón Mining Companies was marketed and sold by CMC and not by the Cerrejón Mining Companies or by CMC's shareholders.

VI. <u>BHP's Subsidiaries' Divestment From the Cerrejón Entities</u>

16. In January 2022, BHP's subsidiaries divested from all three of the Cerrejón Entities.

17. Attached hereto as **Exhibit 12** is a true and correct copy of a BHP press release, dated January 11, 2022, regarding the divestment, stating:

    "On 11 January BHP completed the sale to Glencore of its 33.3 per cent interest in Cerrejón, a non-operated energy coal joint venture in Colombia . . . [c]oncurrently, Anglo American also completed the sale of its 33.3 per cent interest to Glencore, thereby providing Glencore with 100% ownership and operating control of Cerrejón." Exhibit 12, p. 1.

18. BHP's Annual Report on Form 20-F for the Fiscal Year Ended June 30, 2022, **Exhibit 2**, states:

> "In January 2022, we divested our 33.3 per cent interest in Cerrejón, a non-operated energy coal joint venture in Colombia, to Glencore, for a total cash consideration of approximately US$294 million."  Exhibit 2, p. 13.

19. Attached hereto as **Exhibit 13** is a true and correct copy of an excerpt from BHP's 2022 20-F of Exhibit 8.1, which states that Billiton Investment 3 B.V., Billiton Investment 8 B.V., and Billiton Marketing Holding B.V. were subsidiaries of BHP Group Limited in 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Santiago de Chile, Chile on January 30, 2024.

/s/ _____

Robert Gareca

Practice Lead Finance Business Partner

Antamina & Resolution

BHP Chile Inc.

7