IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MUNICIPALITY OF BAYAMON, et al., *Plaintiffs,* v. EXXON MOBILE CORP., et al., *Defendants.* | Case No. 3:22-cv-01550-DRD |

**NOTICE OF APPEARANCE**

**TO THE HONORABLE COURT AND THE CLERK OF THE COURT:**

Pursuant to Local Rule 83(D)(a), the undersigned counsel, Chanler Langham, hereby notifies this Honorable Court and the parties that he appears as counsel for defendant, Chevron Corporation. It is respectfully requested that copies of all motions, orders, or any other documents and/or correspondence in this case be served, as applicable, through the CM/ECF system, to the undersigned attorney.

**WHEREFORE**, it is respectfully requested that this Honorable Court take notice of the undersigned's appearance and that future notifications of any motions, orders or other legal documents be sent, as applicable, to the undersigned attorney through the CM/ECF System.

Respectfully submitted, in Houston, Texas this 5th day of April, 2024.

12257172v1/015440

I, Chanler Langham, certify that, on the above date, I filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the system.

By: *Chanler A. Langham*

Roberto C. Quiñones-Rivera
USDC-PR Bar No. 211512
Eduardo A. Zayas-Marxuach
USDC-PR Bar No. 216112
Myrgia M. Palacios-Cabrera
USDC-PR Bar No. 230807
MCCONNELL VALDES LLC
P.O. Box 364225
San Juan, PR 00936-4225
Telephone: 787-250-2631
Facsimile: 787-474-9201
rcq@mcvpr.com

Theodore J. Boutrous, Jr. (*pro hac vice*)
William E. Thomson (*pro hac vice*)
Joshua D. Dick (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
tboutrous@gibsondunn.com
wthomson@gibsondunn.com
jdick@gibsondunn.com

Neal S. Manne (*pro hac vice*)
Erica W. Harris (*pro hac vice*)
Chanler Langham *(pro hac vice)*
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: 713.651.9366
Facsimile: 713.654.6666
nmanne@susmangodfrey.com
eharris@susmangodfrey.com
clangham@susmangodfrey.com

12257172v1/015440