IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MUNICIPALITY OF BAYAMON,<br><br>  Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORP., et al.,<br><br>  Defendants | Case No. 22-cv-01550 (SCC) |

## MUNICIPALITY OF SAN JUAN RESPONSE TO OCCIDENTAL PETROLEUM CORPORATION'S OPPOSITION FOR CONSOLIDATION (DKT. 289)

**TO THE HONORABLE COURT:**

Comes now the Municipality of San Juan, through its undersigned counsel, and respectfully states and prays as follows:

1. On August 13, 2024 the Municipality of San Juan filed with this Honorable Court a motion to have the case of *Municipality of San Juan v. Exxon Mobil Corp et. al.* **Civil Case 23-1608 (ADC)** consolidated with this case *Municipality of Bayamon v. Exxon Mobil Corp. et. al* **Civil Case 22-1550 (SCC).**

2. Defendant Occidental Petroleum Corporation (hereinafter OCP) filed a response opposing consolidation. However, the grounds for their opposition are misplaced.

3. OCP claims that there are pending motions to dismiss in both cases but that said motions are different. However, a review clearly shows that they are not. Defendants, including OCP filed motions to dismiss for Lack of Jurisdiction (Docket 234 in *Bayamon v Exxon et. al.* and Docket 31 in *San Juan v Exxon et. al.*) and for Failure to State a Claim (Docket 235 in *Bayamon v Exxon et. al.* and Docket 34 in *San Juan v Exxon et. al.*).

4. OCP contends that the fact that they filed a motion to dismiss for improper service of process in this case but has not done so in the San Juan v. Exxon et. al. case substantially distinguished these two cases. While said representation to the court means they shall not be filing such a motion, this in and of itself does not set aside all the factors which lean towards consolidation.

5. As the Municipality of San Juan expressed in its Motion to Consolidate (Docket 286), the factors lean towards consolidation. These include:

- A. This case, *Municipality of Bayamon v. Exxon Mobil Corp. et. al* Civil Case 22-1550 (SCC) was the first one filed and is the older of the two.
- B. Both cases involve identical questions of law and causes of action.
- C. Both cases involve identical questions of liability.
- D. Both cases involve identical questions of fact.
- E. Judicial convenience and economy will be promoted by consolidation of these cases and having one judge preside and rule on the cases.
- F. Avoidance of contradictory rulings between the 2 cases.
- G. The motions pending in both cases are almost identical. Neither Court has yet ruled.
- H. Neither case has begun discovery.

6. Moreover, the Court in the related case of *Municipality of San Juan v. Exxon Mobil Corp et. al.* Civil Case 23-1608 (ADC) has already expressed its belief that consolidation and/or transfer of the related case to this case is appropriate. (*Municipality of San Juan v. Exxon Mobil Corp et. al.* 23-cv-1608 - Docket 64).

7. Therefore, all the factors lean towards consolidation and under Fed.R.Civ.P. 42(a)(2) this Honorable Court may consolidate the actions as the earlier case filed.

**WHEREFORE,** the Municipality of San Juan opposes OPC's opposition to consolidation and respectfully requests that this Honorable Court consolidate the cases so that the case of *Municipality of San Juan v. Exxon Mobil Corp et. al.* 23-cv-1608 (ADC) be consolidated with this one.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CMIECF System which will send notification of such filing to the attorneys of record.

In San Juan, Puerto Rico, this 30th day of August, 2024.

Respectfully submitted,

*s/David Efron*
**DAVID EFRON**
USDC-PR No. 125701
**LAW OFFICES DAVID EFRON, PC**
Attorneys for Plaintiff
221 Plaza - 6th Floor
221 Ponce de Leon Avenue
San Juan, PR 00917
Tel. (787) 753-6455
efron@davidefronlaw.com