IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **THE MUNICIPALITY OF BAYAMÓN** *et al.*, <br><br> *Plaintiff,* <br><br> v. <br><br> **EXXON MOBIL CORP.** *et al.*, <br><br> *Defendants.* | Case No. 3:22-cv-01550-SCC-HRV |

**DEFENDANTS' SUPPLEMENTAL JOINT RESPONSE
IN OPPOSITION TO THE MOTION FOR CONSOLIDATION**

TO THE HONORABLE COURT:

**COME NOW** the undersigned Defendants, through their respective counsel, and hereby submit this supplemental response in opposition to the *Motion to Consolidate Cases* (the "Motion to Consolidate") filed by the non-party Municipality of San Juan ("San Juan"), Dkt. No. 286. The purpose of this supplemental response is to update the Court regarding recent developments pertinent to the Motion to Consolidate. In support of this supplemental response, Defendants state and pray as follows:

1. On August 13, 2024, San Juan filed the Motion to Consolidate, seeking to consolidate the case captioned *Municipality of San Juan v. Exxon Mobil Corporation et al.*, No. 23-cv-01608-ADC (the "*San Juan* case"), with this action. *See* Dkt. No. 286.

2. On August 27, 2024, the undersigned Defendants filed a *Joint Response In Opposition to Non-Party Municipality of San Juan's Motion for Consolidation* (the "Joint Response"), Dkt. No. 288. In their Joint Response, the Defendants explained that there are threshold issues pending in the *San Juan* case that should be resolved by that Court before this Court addresses the potential consolidation or transfer of the *San Juan* case to this Court, including

Defendants' pending motions to deem their Motions to Dismiss the *San Juan* complaint as unopposed.

3. On August 28, 2024, the Court in the *San Juan* case issued an Order (*San Juan* case, Dkt. No. 89), directing the parties to "submit all pertinent written communications between them that are referenced in" the following documents:

   a. *Defendants' Motion to Deem Motions to Dismiss and Related Motions Unopposed* (San Juan case, Dkt. No. 41);

   b. San Juan's *Motion for Extension of Time to Oppose Dispositive Motions at Dockets 28 to 39* (San Juan case, Dkt. No. 42);

   c. *Defendants' Response to Motion for Extension of Time to Oppose Dispositive Motions at Dockets 28 to 39* (San Juan case, Dkt. No. 44);

   d. *Plaintiff's Motion for Leave to File Omnibus Oppositions to Defendants' Motions to Dismiss* (San Juan case, Dkt. No. 52);

   e. *Plaintiffs' Omnibus Response in Opposition to Defendants' Joint Motion for Judicial Notice* (San Juan case, Dkt. No. 63);

   f. San Juan's *Motion Requesting Leave for Plaintiff to File Instanter* (San Juan case, Dkt. No. 71); and

   g. *Defendants' Opposition to Motion Requesting Leave for Plaintiff to File Instanter (Dkt. No. 71) and Motion to Strike Plaintiff's Responses (Dkt. Nos. 72-73) to Defendants' Motions to Dismiss* (San Juan case, Dkt No. 75).

4. The communications at issue are those between counsel for San Juan and the served Defendants concerning the proposed briefing schedule and the filing of the Motions to Dismiss. The Order indicates that the *San Juan* court will review the written communications between the Parties in deciding the pending motions, including the served Defendants' motions to deem the Motions to Dismiss in that case unopposed.

**WHEREFORE**, the Defendants very respectfully request that this Honorable Court take notice of the above in connection with non-party San Juan's Motion to Consolidate and Defendants' Joint Response thereto.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, on this 4th day of October 2024.

By: *s/Roberto C. Quiñones-Rivera*
Roberto C. Quiñones-Rivera
USDC-PR Bar No. 211512
Eduardo A. Zayas-Marxuach
USDC-PR Bar No. 216112
Myrgia M. Palacios-Cabrera
USDC-PR Bar No. 230807
McConnell Valdes LLC
P.O. Box 364225
San Juan, PR 00936-4225
Telephone:  787-250-2631
Facsimile:  787-474-9201
E-mail: rcq@mcvpr.com
E-mail: ezm@mcvpr.com
E-mail: mpc@mcvpr.com

Theodore J. Boutrous, Jr. (*pro hac vice*)
William E. Thomson (*pro hac vice*)
Joshua D. Dick (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
E-mail: tboutrous@gibsondunn.com
E-mail: wthomson@gibsondunn.com
E-mail: jdick@gibsondunn.com

Thomas G. Hungar (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 887-3784
E-mail: thungar@gibsondunn.com

Neal S. Manne (*pro hac vice* forthcoming)
Erica Harris (*pro hac vice* forthcoming)

SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: 713.651.9366
Facsimile: 713.654.6666
E-mail: nmanne@susmangodfrey.com
E-mail: eharris@susmangodfrey.com

*Attorneys for Defendant*
*CHEVRON CORPORATION*


By: *s/ Néstor M. Méndez Gómez*
Néstor M. Méndez Gómez
USDC-PR Bar No. 118409
María D. Trelles Hernández
USDC-PR Bar No. 225106
PIETRANTONI MÉNDEZ & ÁLVAREZ LLC
Popular Center, 19th Floor
208 Ponce de León Ave.
San Juan, Puerto Rico 00918
Telephone: (787) 274-1212
Facsimile: (787) 274-1470
Email: nmendez@pmalaw.com
Email: mtrelles@pmalaw.com

Theodore V. Wells, Jr. (*pro hac vice*)
Daniel J. Toal (*pro hac vice*)
Yahonnes Cleary (*pro hac vice*)
Caitlin E. Grusauskas (*pro hac vice*)
PAUL, WEISS, RIFKIND,
 WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Email: twells@paulweiss.com
Email: dtoal@paulweiss.com
Email: ycleary@paulweiss.com
Email: cgrusauskas@paulweiss.com

*Attorneys for Defendant*
*EXXON MOBIL CORPORATION*

By: *s/Kenneth C. Suria*
Kenneth C. Suria
USDC-PR Bar No. 213302
ESTRELLA, LLC
P.O. Box 9023596
San Juan, Puerto Rico 00902-3596
Telephone: (787) 977-5050
Facsimile: (787) 977-5090
E-mail:  kcsuria@estrellallc.com

Tracie J. Renfroe (p*ro hac vice*)
KING & SPALDING LLP
1100 Louisiana, Suite 4100
Houston, TX 77002
Telephone:  (713) 751-3200
Facsimile:  (713) 751-3290
E-mail:  trenfroe@kslaw.com

Oliver Thoma (*pro hac vice*)
West, Webb, Allbritton & Gentry, P.C.
1515 Emerald Plaza
College Station, Texas 77845
Ph: (979) 694-7000
Fax: (979) 694-8000
Email: oliver.thoma@westwebblaw.com

*Attorneys for Defendant*
*Motiva Enterprises LLC*


By: *s/ David Indiano*
David Indiano
USDC-PR Bar No. 200601
Jeffrey M. Williams
USDC-PR Bar No. 202104
INDIANO & WILLIAMS, P.S.C.
207 del Parque Street; 3rd Floor
San Juan, P.R. 00912

Duke K. McCall, III (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave, NW
Washington D.C., 20004

*Attorneys for Defendant*
*OCCIDENTAL PETROLEUM CORPORATION*

By: s*/Carlos A. Rodriguez Vidal*
Carlos A. Rodriguez Vidal
USDC-PR Bar No. 201213
GOLDMAN ANTONETTI & CÓRDOVA, LLC
American International Plaza
250 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Telephone: 787-759-4117
Facsimile: 787-767-9177
Email: crodriguez-vidal@gaclaw.com

Victor L. Hou (*pro hac vice*)
Boaz S. Morag (*pro hac vice*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York  10006
Telephone: 212-225-2000
Facsimile: 212-225-3999
Email: vhou@cgsh.com
Email: bmorag@cgsh.com

*Attorneys for Defendant*
*BHP GROUP LIMITED*


By: *s/ Roberto A. Cámara-Fuertes*
Roberto A. Cámara-Fuertes
USDC-PR Bar No. 219002
Jaime A. Torrens-Dávila
USDC-PR Bar No. 223810
Mónica Ramos Benítez
USDC-PR Bar No. 308405
FERRAIUOLI LLC
PO Box 195168
San Juan, Puerto Rico 00919
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
E-mail: rcamara@ferraiuoli.com
E-mail: jtorrens@ferraiuoli.com
E-mail: mramos@ferraiuoli.com

Linda H. Martin (*pro hac vice*)
David Y. Livshiz (*pro hac vice*)

Noelle L. Williams (*pro hac vice*)
Jennifer E. King (*pro hac vice*)
FRESHFIELDS BRUCKHAUS DERINGER
 US LLP
3 World Trade Center
175 Greenwich St.
New York, NY 10007
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
E-mail: linda.martin@freshfields.com
E-mail: david.livshiz@freshfields.com
E-mail: noelle.williams@freshfields.com
E-mail: jennifer.king@freshfields.com

Jennifer Loeb (*pro hac vice*)
FRESHFIELDS BRUCKHAUS DERINGER
 US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
E-mail: jennifer.loeb@freshfields.com

*Attorneys for Defendant Rio Tinto PLC*


By: *s/ Eric Pérez-Ochoa*
Eric Pérez-Ochoa
USDC-PR Bar No. 206314
Luis A. Oliver Fraticelli
USDC-PR Bar No. 209204
ADSUAR MUÑIZ GOYCO
 SEDA & PÉREZ-OCHOA, P.S.C.
PO Box 70294
San Juan, Puerto Rico 00936-8294
Telephone: 787.756.9000
Facsimile: 787.756.9010
Email: epo@amgprlaw.com
Email: loliver@amgprlaw.com

Nancy Milburn (*pro hac vice*)
nancy.milburn@arnoldporter.com
Diana E. Reiter (*pro hac vice*)
diana.reiter@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street

New York, NY  10019-9710
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689

John D. Lombardo (*pro hac vice*)
john.lombardo@arnoldporter.com
Sean Morris (*pro hac vice*)
sean.morris@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199

Jonathan W. Hughes (*pro hac vice*)
jonathan.hughes@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:  (415) 471-3156
Facsimile:  (415) 471-3400

*Attorneys for Defendant BP p.l.c.*


By:  *s/Carlos A. Valldejuly*
Carlos A. Valldejuly-Sastre
USDC No. 209505
José J. Colón García
USDC No. 308010
O'NEILL & BORGES LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, Puerto Rico 00918-1813
Telephone: (787) 764-8181
Facsimile:  (787) 753-8944
Email:  carlos.valldejuly@oneillborges.com
Email:  jose.colon@oneillborges.com

David C. Frederick (*pro hac vice*)
James M. Webster, III (*pro hac vice*)
Minsuk Han (*pro hac vice*)
Daniel S. Severson (*pro hac vice*)
Grace W. Knofczynski (*pro hac vice*)
KELLOGG, HANSEN, TODD, FIGEL
 & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400

Washington, D.C. 20036
Telephone:  (202) 326-7900
Facsimile:  (202) 326-7999
E-mail:  dfrederick@kellogghansen.com
E-mail:  jwebster@kellogghansen.com
E-mail:  mhan@kellogghansen.com
E-mail:  dseverson@kellogghansen.com
E-mail:  gknofczynski@kellogghansen.com

*Attorneys for Defendant SHELL PLC*
*(f/k/a ROYAL DUTCH SHELL PLC)*


By:  *s/Ricardo F. Casellas Sánchez*
Ricardo F. Casellas Sánchez
USDC-PR No. 203114
Heriberto J. Burgos-Pérez
USDC-PR No. 204809
CASELLAS ALCOVER & BURGOS, P.S.C.
2 Tabonuco, Suite 400
San Patricio, PR 00968
Telephone: (787) 756-1400
Facsimile: (787) 756-1401
Email: hburgos@cabprlaw.com
Email: rcasellas@cabprlaw.com

Matthew T. Martens (*pro hac vice*)
Ericka Aiken (*pro hac vice*)
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: matthew.martens@wilmerhale.com
E-mail: ericka.aiken@wilmerhale.com

Hallie B. Levin (*pro hac vice*)
WILMER CUTLER PICKERING HALE
  AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
E-mail: hallie.levin@wilmerhale.com

Robert Kingsley Smith (*pro hac vice*)
WILMER CUTLER PICKERING HALE
 AND DORR LLP
60 State Street,
Boston, MA 02109
Telephone: 617-526-6000
Facsimile: 617-526-5000
E-mail: robert.smith@wilmerhale.com

*Attorneys for Defendant ConocoPhillips*


By: *s/Ramón Dapena*
Ramón Dapena
USDC-PR No. 125005
Iván Lladó
USDC-PR No. 302002
MORELL CARTAGENA & DAPENA
Ponce de León Ave. 273 Plaza 273, Suite 700
San Juan, PR 00908 Puerto Rico
Telephone: (787) 723-1233
Facsimile: (787) 723-8763
Email: ramon.dapena@mbcdlaw.com
Email: ivan.llado@mbcdlaw.com

Jeremiah J. Anderson (*pro hac vice*)
MCGUIREWOODS LLP
845 Texas Avenue, 24th Floor
Houston, TX 77002-2906
Telephone: (713) 571-9191
Email: jjanderson@mcguirewoods.com
Brian D. Schmalzbach (*pro hac vice*)
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219-3619
Telephone: (804) 775-1000
E-mail: bschmalzbach@mcguirewoods.com

*Attorneys for Defendant American Petroleum Institute*

## CERTIFICATE OF SERVICE

      I hereby certify that, on the above date, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel record who are CM/ECF system participants at their corresponding e-mail addresses.

      By: *Roberto C. Quiñones-Rivera*
      Roberto C. Quiñones-Rivera
      USDC-PR Bar No. 211512