IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **THE MUNICIPALITY OF BAYAMÓN** *et al.*, <br><br> *Plaintiff,* <br><br> v. <br><br> **EXXON MOBIL CORP.** *et al.*, <br><br> *Defendants.* | Case No. 3:22-cv-01550-SCC-HRV |

**DEFENDANTS' JOINT MOTION TO STRIKE**
***MUNICIPALITY OF SAN JUAN [SIC] RESPONSE TO OCCIDENTAL
PETROLEUM CORPORATION'S OPPOSITION FOR CONSOLIDATION (DKT. 289)***

TO THE HONORABLE COURT:

**COME NOW** the undersigned Defendants, through their respective counsel, and hereby submit this motion to strike non-party Municipality of San Juan's *Response to Occidental Petroleum Corporation's Opposition for Consolidation (Dkt. 289)*, Dkt. No 291 (the "Response"), on the following grounds:

1. On August 27, 2024, Defendants filed their *Joint Response in Opposition to Non-Party Municipality of San Juan's Motion for Consolidation*, Dkt. No. 288 (the "Opposition"). Defendants showed in the Opposition that there are significant threshold issues pending in the case captioned *Municipality of San Juan v. Exxon Mobil Corp. et al.*, No. 23-cv-01608-ADC (the "*San Juan* case"), that should be resolved by that Court before addressing the potential consolidation or transfer of that case to this Court. *See* Opposition at 7-11.

2. Also on August 27, 2024, Defendant Occidental Petroleum Corporation ("Occidental") filed its *Response in Opposition to Nonparty Municipality of San Juan's Motion for Con-*

*solidation*, Dkt. No. 289, which, like the Opposition, requested denial of the Motion to Consolidate.

3.      On August 30, 2024, San Juan filed its Response, purportedly to "oppose[] [Occidental's] opposition to consolidation." Response at 3 (request for relief). Despite its title, the Response is in effect an unauthorized reply to Defendants' and Occidental's respective Oppositions to the Motion to Consolidate and should be stricken for two reasons.

4.      *First*, Local Rule 7(c) expressly requires a movant to obtain leave of court before filing a reply. It provides, in pertinent part: "*With prior leave of court* […], the moving party may file a reply[...], which […] shall be strictly confined to responding to new matters raised in the objection or opposing memorandum." (Emphasis added.) Because San Juan filed its Response without even moving for leave of court, let alone having leave, the Response should be stricken.

5.      *Second*, the Response also should be stricken because it is not "strictly confined to responding to new matters raised in the objection or opposing memorandum," as required by Local Rule 7(c). Instead, it rehashes arguments made by Plaintiff in the Motion to Consolidate, including that certain factors favor consolidation. *See Miguelachuli v. F.D.I.C.*, 799 F.Supp.2d 141, 143 n.1 (D.P.R. 2011) (striking reply because it was filed without leave of Court and "Plaintiffs' allegations are merely a rehash of their previous arguments").

**WHEREFORE**, Defendants respectfully request that this Honorable Court strike Non-Party Municipality of San Juan's *Response to Occidental Petroleum Corporation's Opposition for Consolidation (Dkt. 289)*, Dkt. No 291.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, on this 4th day of October 2024.

By: *s/Roberto C. Quiñones-Rivera*
Roberto C. Quiñones-Rivera

USDC-PR Bar No. 211512
Eduardo A. Zayas-Marxuach
USDC-PR Bar No. 216112
Myrgia M. Palacios-Cabrera
USDC-PR Bar No. 230807
McConnell Valdes LLC
P.O. Box 364225
San Juan, PR 00936-4225
Telephone:  787-250-2631
Facsimile:  787-474-9201
E-mail: rcq@mcvpr.com
E-mail: ezm@mcvpr.com
E-mail: mpc@mcvpr.com

Theodore J. Boutrous, Jr. (*pro hac vice*)
William E. Thomson (*pro hac vice*)
Joshua D. Dick (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
E-mail: tboutrous@gibsondunn.com
E-mail: wthomson@gibsondunn.com
E-mail: jdick@gibsondunn.com

Thomas G. Hungar (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 887-3784
E-mail: thungar@gibsondunn.com

Neal S. Manne (*pro hac vice* forthcoming)
Erica Harris (*pro hac vice* forthcoming)
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone:  713.651.9366
Facsimile:  713.654.6666
E-mail:  nmanne@susmangodfrey.com
E-mail:  eharris@susmangodfrey.com

*Attorneys for Defendant*
*CHEVRON CORPORATION*

By: *s/ Néstor M. Méndez Gómez*
Néstor M. Méndez Gómez
USDC-PR Bar No. 118409
María D. Trelles Hernández
USDC-PR Bar No. 225106
PIETRANTONI MÉNDEZ & ÁLVAREZ LLC
Popular Center, 19th Floor
208 Ponce de León Ave.
San Juan, Puerto Rico 00918
Telephone: (787) 274-1212
Facsimile: (787) 274-1470
Email: nmendez@pmalaw.com
Email: mtrelles@pmalaw.com

Theodore V. Wells, Jr. (*pro hac vice*)
Daniel J. Toal (*pro hac vice*)
Yahonnes Cleary (*pro hac vice*)
Caitlin E. Grusauskas (*pro hac vice*)
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Email: twells@paulweiss.com
Email: dtoal@paulweiss.com
Email: ycleary@paulweiss.com
Email: cgrusauskas@paulweiss.com

*Attorneys for Defendant*
*EXXON MOBIL CORPORATION*


By: *s/Kenneth C. Suria*
Kenneth C. Suria
USDC-PR Bar No. 213302
ESTRELLA, LLC
P.O. Box 9023596
San Juan, Puerto Rico 00902-3596
Telephone: (787) 977-5050
Facsimile: (787) 977-5090
E-mail:  kcsuria@estrellallc.com

Tracie J. Renfroe (p*ro hac vice*)
KING & SPALDING LLP

1100 Louisiana, Suite 4100
Houston, TX 77002
Telephone:  (713) 751-3200
Facsimile:  (713) 751-3290
E-mail:  trenfroe@kslaw.com

Oliver Thoma (*pro hac vice*)
West, Webb, Allbritton & Gentry, P.C.
1515 Emerald Plaza
College Station, Texas 77845
Ph: (979) 694-7000
Fax: (979) 694-8000
Email: oliver.thoma@westwebblaw.com

*Attorneys for Defendant*
*Motiva Enterprises LLC*


By: *s/ David Indiano*
David Indiano
USDC-PR Bar No. 200601
Jeffrey M. Williams
USDC-PR Bar No. 202104
INDIANO & WILLIAMS, P.S.C.
207 del Parque Street; 3rd Floor
San Juan, P.R. 00912

Duke K. McCall, III (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave, NW
Washington D.C., 20004

*Attorneys for Defendant*
*OCCIDENTAL PETROLEUM CORPORATION*


By: s*/Carlos A. Rodriguez Vidal*
Carlos A. Rodriguez Vidal
USDC-PR Bar No. 201213
GOLDMAN ANTONETTI & CÓRDOVA, LLC
American International Plaza
250 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Telephone: 787-759-4117
Facsimile: 787-767-9177
Email: crodriguez-vidal@gaclaw.com

Victor L. Hou (*pro hac vice*)

        Boaz S. Morag (*pro hac vice*)
        CLEARY GOTTLIEB STEEN & HAMILTON LLP
        One Liberty Plaza
        New York, New York 10006
        Telephone: 212-225-2000
        Facsimile: 212-225-3999
        Email: vhou@cgsh.com
        Email: bmorag@cgsh.com

        *Attorneys for Defendant*
        *BHP GROUP LIMITED*


        By: *s/ Roberto A. Cámara-Fuertes*
        Roberto A. Cámara-Fuertes
        USDC-PR Bar No. 219002
        Jaime A. Torrens-Dávila
        USDC-PR Bar No. 223810
        Mónica Ramos Benítez
        USDC-PR Bar No. 308405
        FERRAIUOLI LLC
        PO Box 195168
        San Juan, Puerto Rico 00919
        Telephone: (787) 766-7000
        Facsimile: (787) 766-7001
        E-mail: rcamara@ferraiuoli.com
        E-mail: jtorrens@ferraiuoli.com
        E-mail: mramos@ferraiuoli.com

        Linda H. Martin (*pro hac vice*)
        David Y. Livshiz (*pro hac vice*)
        Noelle L. Williams (*pro hac vice*)
        Jennifer E. King (*pro hac vice*)
        FRESHFIELDS BRUCKHAUS DERINGER US LLP
        3 World Trade Center
        175 Greenwich St.
        New York, NY 10007
        Telephone: (212) 277-4000
        Facsimile: (212) 277-4001
        E-mail: linda.martin@freshfields.com
        E-mail: david.livshiz@freshfields.com
        E-mail: noelle.williams@freshfields.com
        E-mail: jennifer.king@freshfields.com

Jennifer Loeb (*pro hac vice*)
FRESHFIELDS BRUCKHAUS DERINGER US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
E-mail: jennifer.loeb@freshfields.com

*Attorneys for Defendant Rio Tinto PLC*

By: *s/ Eric Pérez-Ochoa*
Eric Pérez-Ochoa
USDC-PR Bar No. 206314
Luis A. Oliver Fraticelli
USDC-PR Bar No. 209204
ADSUAR MUÑIZ GOYCO
 SEDA & PÉREZ-OCHOA, P.S.C.
PO Box 70294
San Juan, Puerto Rico 00936-8294
Telephone: 787.756.9000
Facsimile: 787.756.9010
Email: epo@amgprlaw.com
Email: loliver@amgprlaw.com

Nancy Milburn (*pro hac vice*)
nancy.milburn@arnoldporter.com
Diana E. Reiter (*pro hac vice*)
diana.reiter@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY  10019-9710
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689

John D. Lombardo (*pro hac vice*)
john.lombardo@arnoldporter.com
Sean Morris (*pro hac vice*)
sean.morris@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199

Jonathan W. Hughes (*pro hac vice*)

jonathan.hughes@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3156
Facsimile: (415) 471-3400

*Attorneys for Defendant BP p.l.c.*


By: *s/Carlos A. Valldejuly*
Carlos A. Valldejuly-Sastre
USDC No. 209505
José J. Colón García
USDC No. 308010
O'NEILL & BORGES LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, Puerto Rico 00918-1813
Telephone: (787) 764-8181
Facsimile: (787) 753-8944
Email: carlos.valldejuly@oneillborges.com
Email: jose.colon@oneillborges.com

David C. Frederick (*pro hac vice*)
James M. Webster, III (*pro hac vice*)
Minsuk Han (*pro hac vice*)
Daniel S. Severson (*pro hac vice*)
Grace W. Knofczynski (*pro hac vice*)
KELLOGG, HANSEN, TODD, FIGEL
  & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
E-mail: dfrederick@kellogghansen.com
E-mail: jwebster@kellogghansen.com
E-mail: mhan@kellogghansen.com
E-mail: dseverson@kellogghansen.com
E-mail: gknofczynski@kellogghansen.com

*Attorneys for Defendant SHELL PLC*
*(f/k/a ROYAL DUTCH SHELL PLC)*


By: *s/Ricardo F. Casellas Sánchez*
Ricardo F. Casellas Sánchez

USDC-PR No. 203114
Heriberto J. Burgos-Pérez
USDC-PR No. 204809
CASELLAS ALCOVER & BURGOS, P.S.C.
2 Tabonuco, Suite 400
San Patricio, PR 00968
Telephone: (787) 756-1400
Facsimile: (787) 756-1401
Email: hburgos@cabprlaw.com
Email: rcasellas@cabprlaw.com

Matthew T. Martens (*pro hac vice*)
Ericka Aiken (*pro hac vice*)
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: matthew.martens@wilmerhale.com
E-mail: ericka.aiken@wilmerhale.com

Hallie B. Levin (*pro hac vice*)
WILMER CUTLER PICKERING HALE
  AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
E-mail: hallie.levin@wilmerhale.com

Robert Kingsley Smith (*pro hac vice*)
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street,
Boston, MA 02109
Telephone: 617-526-6000
Facsimile: 617-526-5000
E-mail: robert.smith@wilmerhale.com

*Attorneys for Defendant ConocoPhillips*

By:  *s/Ramon Dapena*
Ramón Dapena
USDC-PR No. 125005

>Iván Lladó
>USDC-PR No. 302002
>MORELL CARTAGENA & DAPENA
>Ponce de León Ave. 273 Plaza 273, Suite 700
>San Juan, PR 00908 Puerto Rico
>Telephone: (787) 723-1233
>Facsimile: (787) 723-8763
>Email: ramon.dapena@mbcdlaw.com
>Email: ivan.llado@mbcdlaw.com
>
>Jeremiah J. Anderson (*pro hac vice*)
>MCGUIREWOODS LLP
>845 Texas Avenue, 24th Floor
>Houston, TX 77002-2906
>Telephone: (713) 571-9191
>Email: jjanderson@mcguirewoods.com
>
>Brian D. Schmalzbach (*pro hac vice*)
>MCGUIREWOODS LLP
>800 East Canal Street
>Richmond, VA 23219-3619
>Telephone: (804) 775-1000
>E-mail: bschmalzbach@mcguirewoods.com
>
>*Attorneys for Defendant American Petroleum Institute*

## CERTIFICATE OF SERVICE

I hereby certify that, on the above date, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel record who are CM/ECF system participants at their corresponding e-mail addresses.

>By: *Roberto C. Quiñones-Rivera*
>Roberto C. Quiñones-Rivera
>USDC-PR Bar No. 211512