# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MUNICIPALITY OF BAYAMON, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>EXXON MOBIL CORP., *et al.*,<br><br>*Defendants*. | Case No. 3:22-cv-01550-SCC-HRV |

## CORPORATE DISCLOSURE STATEMENT BY DEFENDANT SHELL PLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, Defendant Shell plc (f/k/a Royal Dutch Shell plc) hereby makes the following disclosures:

1. Shell plc is a public limited company incorporated under the laws of England and Wales. Shell plc does not have any parent corporations. As of October 10, 2024, Shell plc has not been notified by any publicly traded company that it owns 10 percent or more of Shell plc's issued share capital.

2. Pursuant to Local Civil Rule 7.1, Shell plc discloses the following affiliates that have issued shares of ownership to the public: Shell Pakistan Limited, Shell Pilipinas Corporation, Hankook Shell Oil Co., Ltd., Shell Oman Marketing Company SAOG, and Raízen S.A.

This statement is filed solely for purposes of complying with Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, and in order that the Judges of this Court may determine the need for recusal. This statement is not intended to operate as an admission of any factual or legal conclusion and is submitted subject to and without waiver of any defense, affirmative

defense, or objection, including, but in no way limited to, venue, service, and personal jurisdiction.

DATED: October 10, 2024              Respectfully submitted,

                              By:   */s/Carlos A. Valldejuly*
                                  Carlos A. Valldejuly Sastre (USDC No. 209505)
                                  José J. Colón García (USDC No. 308010)
                                  O'NEILL & BORGES LLC
                                  250 Muñoz Rivera Avenue, Suite 800
                                  San Juan, Puerto Rico 00918-1813
                                  Tel.: (787) 764-8181
                                  Fax: (787) 753-8944
                                  carlos.valldejuly@oneillborges.com
                                  jose.colon@oneillborges.com

                                  David C. Frederick (*pro hac vice*)
                                  James M. Webster, III (*pro hac vice*)
                                  Minsuk Han (*pro hac vice*)
                                  Daniel S. Severson (*pro hac vice*)
                                  Grace W. Knofczynski (*pro hac vice*)
                                  KELLOGG, HANSEN, TODD, FIGEL
                                    & FREDERICK, P.L.L.C.
                                  1615 M Street, N.W., Suite 400
                                  Washington, D.C. 20036
                                  Tel.: (202) 326-7900
                                  Fax: (202) 326-7999
                                  dfrederick@kellogghansen.com
                                  jwebster@kellogghansen.com
                                  mhan@kellogghansen.com
                                  dseverson@kellogghansen.com
                                  gknofczynski@kellogghansen.com

                                  *Counsel for Defendant Shell plc (f/k/a Royal Dutch Shell plc)*