STATE OF DELAWARE
SECRETARY OF STATE
DIVISION OF CORPORATIONS
FILED 09:10 AM 07/01/1998
981256074 - 2872754

## CERTIFICATE OF FORMATION

## OF

## MOTIVA ENTERPRISES LLC

This Certificate of Formation of Motiva Enterprises LLC (the "LLC"), dated as of July 1, 1998, is being duly executed and filed by Paul M. Altman, as an authorized person, to form a limited liability company under the Delaware Limited Liability Company Act (6 Del. C. § 18-101, et seq.).

FIRST. The name of the limited liability company formed hereby is Motiva Enterprises LLC.

SECOND. The address of the registered office of the LLC in the State of Delaware is c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle County, Delaware, 19801.

THIRD. The name and address of the registered agent for service of process on the LLC in the State of Delaware are The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle County, Delaware, 19801.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Formation as of the date first above written.

By: _____
Name: Paul M. Altman
Title: Authorized Person

RLF3-1028416-1