**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **MUNICIPALITY OF BAYAMON, et al.**, *Plaintiffs,* v. **EXXON MOBIL CORP., et al.**, *Defendants* | **Case No. 3:22-cv-01550-SCC** |

### NOTICE OF WITHDRAWAL

**TO THE HONORABLE COURT:**

Defendant, Shell plc (f/k/a Royal Dutch Shell plc), without submitting to this Honorable Court's jurisdiction, respectfully informs that Grace W. Knofczynski withdraws from his representation of defendant Shell plc in this matter, and requests that she be relieved from all further obligations in this matter. The undersigned will continue to represent Shell plc in this matter.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this June 10, 2025.

### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that an electronic copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

*/s/Carlos A. Valldejuly*
Carlos A. Valldejuly (USDC No. 209505)
José J. Colón García (USDC No. 308010)
**O'NEILL & BORGES** LLC
250 Muñoz Rivera Avenue, Suite 800
San Juan, Puerto Rico 00918-1813
Tel. (787) 764-8181
carlos.valldejuly@oneillborges.com
jose.colon@oneillborges.com

Josh A. Cohen (*pro hac vice* forthcoming)
David Sarratt (*pro hac vice* forthcoming)
**DEBEVOISE & PLIMPTON LLP**
650 California Street
San Francisco, CA 94108
Tel: +1 415 738 5700
Fax: +1 415 644 5628
jacohen@debevoise.com
dsarratt@debevoise.com

Maura K. Monaghan (*pro hac vice* forthcoming)
Alexander Costin (*pro hac vice* forthcoming)
**DEBEVOISE & PLIMPTON LLP**
66 Hudson Boulevard
New York, NY 10001
Tel: +1 212 909 6000
Fax: +1 212 909 6836
mkmonaghan@debevoise.com
ajcostin@debevoise.com

*Counsel for Defendant*
*Shell plc (f/k/a Royal Dutch Shell plc)*