# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| THE MUNICIPALITIES OF BAYAMÓN, CAGUAS, LOÍZA, LARES, BARRANQUITAS, COMERÍO, CAYEY, LAS MARÍAS, TRUJILLO ALTO, VEGA BAJA, AÑASCO, CIDRA, AGUADILLA, AIBONITO, MOROVIS, MOCA, BARCELONETA, CAMUY, CATAÑO, SALINAS, ADJUNTAS, ARROYO, CULEBRA, DORADO, GUAYNABO, HORMIGUEROS, JUNCOS, LAJAS, MANATÍ, NAGUABO, NARANJITO, UTUADO, VILLALBA, COAMO, OROCOVIS, VIEQUES, and YABUCOA on behalf of themselves and others similarly situated, known as the MUNICIPALITIES OF PUERTO RICO,<br><br>Plaintiffs,<br><br>v.<br><br>EXXONMOBIL CORP, SHELL PLC F.K.A. ROYAL DUTCH SHELL PLC, CHEVRON CORP, BP PLC, CONOCOPHILLIPS, MOTIVA ENTERPRISES LLC, OCCIDENTAL PETROLEUM F.K.A. ANADARKO PETROLEUM CORP, BHP, RIO TINTO PLC, AMERICAN PETROLEUM INSTITUTE, XYZ CORPORATIONS 1-100, and JOHN AND JANE DOES 1-100,<br><br>Defendants. | Civil Case No. 3:22-cv-01550-SCC-HRV<br><br>Re:<br><br>Consumer Fraud; Deceptive Business Practices; Racketeer and Corrupt Organizations Act, 18 U.S.C. § 1962; Sherman Act, 15 U.S.C. § 1 et seq.; Public Nuisance; Strict Liability – Failure to Warn; Strict Liability – Design Defect; Negligent Design Defect; Private Nuisance; Unjust Enrichment |

## DEFENDANTS' MOTION REQUESTING ORAL ARGUMENT

TO THE HONORABLE COURT:

  COME NOW the undersigned Defendants, through their respective counsel, and pursuant to Local Civ. Rule 7(h), respectfully request that this Honorable Court hold oral argument on their Objections to the Magistrate Judge's Report and Recommendation (Dkt. No. 315, the "R&R") and

their Responses to Plaintiffs' Objections to the R&R. In support of this motion, Defendants state and pray as follows:

1. As Defendants have stated, this case is premised on the breathtaking and untenable notion that Defendants may be held liable for all carbon emissions, everywhere and at any time, because, Plaintiffs claim, Defendants produced lawful products used all over the world and/or spoke about climate change in ways with which Plaintiffs now disagree. Dkt. No. 235, at 1-2.

2. Defendants filed joint and individual Motions to Dismiss for failure to state a claim and lack of personal jurisdiction, Dkt. Nos. 232, 234-237, 239-240, 242-247, 254. The Court referred said Motions as well as Defendants' Requests for Judicial Notice, Dkt. Nos. 238, 241, to Magistrate Judge Héctor L. Ramos-Vega for report and recommendation, Dkt. No. 273.

3. On February 20, 2025, the Magistrate Judge issued the R&R, recommending that the Motions to Dismiss be granted in part and denied in part. Dkt. No. 315.

4. Since then, Defendants have filed Objections to the R&R, Dkt. Nos. 319-321, 324-326, 328-332; Responses to Plaintiffs' Objections to the R&R, Dkt. Nos. 335-1, 346; and Replies in Further Support of Defendants' Objections, Dkt. Nos. 362, 364, 366-373. Defendants' Objections, Responses and Replies address several significant issues, including that (a) Plaintiffs fail to state a RICO claim; (b) Plaintiffs fail to plead an antitrust violation; (c) Plaintiffs' claims are barred by the First Amendment and *Noerr-Pennington*; (d) Plaintiffs' claims should be dismissed as untimely; (e) Plaintiffs fail to establish personal jurisdiction over any Defendant; (e) jurisdictional discovery is not warranted; (f) Plaintiffs' conditional request for leave to amend should be denied; and (g) Plaintiffs' Puerto Rico claims should be dismissed for reasons additional to those expressed by the Magistrate Judge, including that the U.S. Constitution, its structure, and core principles of federalism and comity bar application of Puerto Rico law to disputes involving interstate and international emissions.

5.  Several of these are issues of first impression in the First Circuit.

6.  Defendants respectfully submit that oral argument would be of assistance to this Court as it considers Defendants' Objections to the R&R and Responses to Plaintiffs' Objections. It will allow the Court to ask questions concerning arguments in Defendants' filings and facilitate a discussion of said arguments.

7.  Defendants will make themselves available for oral argument as soon as the Court's schedule permits.

WHEREFORE, Defendants hereby respectfully request, pursuant to Local Civ. Rule 7(h), that the Court schedule oral argument on Defendants' Objections to the R&R and their Responses to Plaintiffs' Objections to the R&R.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 18th day of June 2025.

**CERTIFICATE OF SERVICE:** We hereby certify that, on this same date, the foregoing joint motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys and participants of record.

By: */s/ Roberto C. Quiñones-Rivera*
Roberto C. Quiñones-Rivera
USDC-PR Bar No. 211512
Eduardo A. Zayas-Marxuach
USDC-PR Bar No. 216112
Myrgia M. Palacios-Cabrera
USDC-PR Bar No. 230807
MCCONNELL VALDES LLC
P.O. Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: (787) 250-2631
Facsimile: (787) 474-9201
Email: rcq@mcvpr.com

Theodore J. Boutrous, Jr. (*pro hac vice*)
William E. Thomson (*pro hac vice*)
Joshua D. Dick (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP

3

333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Email: tboutrous@gibsondunn.com
Email: wthomson@gibsondunn.com
Email: jdick@gibsondunn.com

Thomas G. Hungar (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 887-3784
Email: thungar@gibsondunn.com

Neal S. Manne (*pro hac vice* forthcoming)
Erica Harris (*pro hac vice* forthcoming)
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: nmanne@susmangodfrey.com
Email: eharris@susmangodfrey.com

*Attorneys for Defendant*
*CHEVRON CORPORATION*


By: *s/ Néstor M. Méndez Gómez*
Néstor M. Méndez Gómez
USDC-PR Bar No. 118409
María D. Trelles Hernández
USDC-PR Bar No. 225106
PIETRANTONI MENDEZ & ALVAREZ LLC
Popular Center, 19th Floor
208 Ponce de León Avenue
San Juan, Puerto Rico 00918
Telephone: (787) 274-1212
Facsimile: (787) 274-1470
Email: nmendez@pmalaw.com
Email: mtrelles@pmalaw.com



Theodore V. Wells, Jr. (*pro hac vice*)
Daniel J. Toal (*pro hac vice*)
Yahonnes Cleary (*pro hac vice*)
Caitlin E. Grusauskas (*pro hac vice*)

4

        PAUL, WEISS, RIFKIND,
        WHARTON & GARRISON LLP
        1285 Avenue of the Americas
        New York, NY 10019-6064
        Telephone: (212) 373-3000
        Facsimile: (212) 757-3990
        Email: twells@paulweiss.com
        Email: dtoal@paulweiss.com
        Email: ycleary@paulweiss.com
        Email: cgrusauskas@paulweiss.com

*Attorneys for Defendant*
*EXXON MOBIL CORPORATION*

By: s*/Kenneth C. Suria*
Kenneth C. Suria
USDC-PR Bar No. 213302
ESTRELLA, LLC
P.O. Box 9023596
San Juan, Puerto Rico 00902-3596
Telephone: (787) 977-5050
Facsimile: (787) 977-5090
Email: kcsuria@estrellallc.com

Tracie J. Renfroe (*pro hac vice*)
KING & SPALDING LLP
1100 Louisiana Street, Suite 4100
Houston, TX 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290
Email: trenfroe@kslaw.com

Oliver Thoma (*pro hac vice*)
WEST, WEBB, ALLBRITTON & GENTRY, P.C.
1515 Emerald Plaza
College Station, TX 77845
Telephone: (979) 694-7000
Facsimile: (979) 694-8000
Email: oliver.thoma@westwebblaw.com

*Attorneys for Defendant*
*MOTIVA ENTERPRISES LLC*

By: s/ *David Indiano*
David Indiano
USDC-PR Bar No. 200601
Jeffrey M. Williams
USDC-PR Bar No. 202104

5

        INDIANO & WILLIAMS, P.S.C.
        207 del Parque Street, 3rd Floor
        San Juan, Puerto Rico 00912

        Duke K. McCall, III (*pro hac vice*)
        MORGAN, LEWIS & BOCKIUS LLP
        1111 Pennsylvania Avenue, NW
        Washington D.C. 20004

        *Attorneys for Defendant OCCIDENTAL PETROLEUM CORPORATION*


        By: *s/Carlos A. Rodriguez Vidal*
        Carlos A. Rodriguez Vidal
        USDC-PR Bar No. 201213
        GOLDMAN ANTONETTI & CORDOVA, LLC
        American International Plaza
        250 Muñoz Rivera Avenue
        San Juan, Puerto Rico 00918
        Telephone: (787) 759-4117
        Facsimile: (787) 767-9177
        Email: crodriguez-vidal@gaclaw.com

        Victor L. Hou (*pro hac vice*)
        Boaz S. Morag (*pro hac vice*)
        CLEARY GOTTLIEB STEEN & HAMILTON LLP
        One Liberty Plaza
        New York, NY 10006
        Telephone: (212) 225-2000
        Facsimile: (212) 225-3999
        Email: vhou@cgsh.com
        Email: bmorag@cgsh.com

        *Attorneys for Defendant BHP GROUP LIMITED*


        By: *s/ Roberto A. Cámara-Fuertes*
        Roberto A. Cámara-Fuertes
        USDC-PR Bar No. 219002
        Jaime A. Torrens-Dávila
        USDC-PR Bar No. 223810
        Mónica Ramos Benítez
        USDC-PR Bar No. 308405
        FERRAIUOLI LLC
        P.O. Box 195168
        San Juan, Puerto Rico 00919
        Telephone: (787) 766-7000
        Facsimile: (787) 766-7001
        Email: rcamara@ferraiuoli.com
        Email: jtorrens@ferraiuoli.com

Email: mramos@ferraiuoli.com

David Y. Livshiz (*pro hac vice*)
Noelle L. Williams (*pro hac vice*)
Jennifer E. King (*pro hac vice*)
FRESHFIELDS US LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
Email: david.livshiz@freshfields.com
Email: noelle.williams@freshfields.com
Email: jennifer.king@freshfields.com

Jennifer Loeb (*pro hac vice*)
FRESHFIELDS US LLP
700 13th Street, NW, 10th Floor
Washington, D.C. 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
Email: jennifer.loeb@freshfields.com

*Attorneys for Defendant RIO TINTO PLC*


By: *s/ Eric Pérez-Ochoa*
Eric Pérez-Ochoa
USDC-PR Bar No. 206314
Luis A. Oliver Fraticelli
USDC-PR Bar No. 209204
ADSUAR
P.O. Box 70294
San Juan, Puerto Rico 00936-8294
Telephone: (787) 756-9000
Facsimile: (787) 756-9010
Email: epo@amgprlaw.com
Email: loliver@amgprlaw.com

*Attorneys for Defendant BP P.L.C.*

By: *s/ Carlos A. Valldejuly-Sastre*
Carlos A. Valldejuly-Sastre
USDC No. 209505
José J. Colón García
USDC No. 308010
O'NEILL & BORGES LLC
250 Muñoz Rivera Avenue, Suite 800
San Juan, Puerto Rico 00918-1813
Telephone: (787) 764-8181
Facsimile: (787) 753-8944
Email: carlos.valldejuly@oneillborges.com
Email: jose.colon@oneillborges.com

Josh A. Cohen (*pro hac vice*)
David Sarratt (*pro hac vice*)
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, CA 94108
Telephone: (415) 738-5700
Fax: (415) 644-5628
jacohen@debevoise.com
dsarratt@debevoise.com

Maura K. Monaghan (*pro hac vice*)
Alexander Costin (*pro hac vice*)
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
mkmonaghan@debevoise.com
ajcostin@debevoise.com

*Attorneys for Defendant SHELL PLC*
*(f/k/a ROYAL DUTCH SHELL PLC)*

By: *s/Ricardo F. Casellas Sánchez*
Ricardo F. Casellas Sánchez
USDC-PR No. 203114
Heriberto J. Burgos-Pérez
USDC-PR No. 204809
CASELLAS ALCOVER & BURGOS, P.S.C.
2 Tabonuco Street, Suite 400
San Patricio, Puerto Rico 00968
Telephone: (787) 756-1400
Facsimile: (787) 756-1401
Email: rcasellas@cabprlaw.com
Email: hburgos@cabprlaw.com

Matthew T. Martens (*pro hac vice*)

8

Ericka Aiken (*pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
2100 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: matthew.martens@wilmerhale.com
Email: ericka.aiken@wilmerhale.com

Hallie B. Levin (*pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: hallie.levin@wilmerhale.com

Robert Kingsley Smith (*pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Email: robert.smith@wilmerhale.com

*Attorneys for Defendant ConocoPhillips*


By: */s/ Ramon Dapena*
Ramón Dapena
Bar No. 125005
Iván Lladó
Bar No. 302002
MORELL CARTAGENA & DAPENA
Ponce de León Ave. 273 Plaza 273, Suite 700
San Juan PR 00908 Puerto Rico
Telephone: 787-723-1233
Facsimile: 787-723-8763
Email: ramon.dapena@mbcdlaw.com
Email: ivan.llado@mbcdlaw.com

Jeremiah J. Anderson (*pro hac vice*)
MCGUIREWOODS LLP
845 Texas Avenue, 24th Floor

Houston, TX 77002-2906
Telephone: (713) 571-9191
Email: jjanderson@mcguirewoods.com

Brian D. Schmalzbach (*pro hac vice*)
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1000
Email: bschmalzbach@mcguirewoods.com
*Attorneys for Defendant American Petroleum Institute*