# IN THE UNITED STATES COURT FOR THE DISTRICT OF PUERTO RICO

MUNICIPALITY OF BAYAMÓN, ET AL.,

  Plaintiffs,

v.

EXXON MOBIL CORP., ET AL.,

  Defendants.

CIV. NO.: 22-1550 (SCC)

## JUDGMENT

In view of the Omnibus Opinion and Order entered at Docket No. 407, this case is hereby **DISMISSED** as follows:

- All claims against Occidental, Rio Tinto and BHP are hereby **DISMISSED WITHOUT PREJUDICE;**
- The RICO claim against API is **DISSMISED WITH PREJUDICE;**
- The Federal antitrust claim and Puerto Rico law claims against API are **DISMISSED WITHOUT PREJUDICE;** and
- All claims against Exxon, Shell, Chevron, BP, ConocoPhillips and Motive are **DISSMISED WITH PREJUDICE**.

Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 11th day of September 2025.

S/ SILVIA CARREÑO-COLL
UNITED STATES DISTRICT COURT JUDGE