# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MUNICIPALITY OF BAYAMON et al., *Plaintiffs,* v. EXXON MOBIL CORP. et al., *Defendants.* | Case No. 3:22-cv-01550-SCC |

## NOTICE OF APPEAL

Pursuant to Rule 4(a) of the Federal Rule of Appellate Procedure, Plaintiffs hereby appeal to the United States Court of Appeal for the First Judicial Circuit the Judgment entered on September 11, 2025.

By: */s/Roy L. Mason*
Roy L. Mason
USDC-PR Bar No. 308164
SMOUSE & MASON LLC
223 Duke of Gloucester Street
Annapolis, Maryland 21401
Telephone: (410) 269-6620
Facsimile: (410) 269-1235
rlm@smouseandmason.com

Luis Valiente Almeida-Olivieri
USDC-PR Bar No. 308307
MILBERG COLEMAN BRYSON PHILLIPS GROSMAN LLC
1311 Ponce de Leon Ave, Suite 700
San Juan, Puerto Rico 00907
Telephone: (866) 252-0878
lalmeida@milberg.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 7, 2025, I electronically filed Plaintiffs' NOTICE OF APPEAL using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

By: */s/Roy L. Mason*
Roy L. Mason
USDC-PR Bar No. 308164