# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Abbreviated Record to the Court of Appeals</u>

**DATE:** October 8, 2025

**DC #:** 22-1550 (SCC)

**APPEAL FEE PAID:** YES __X__ NO _____

**CASE CAPTION:** Municipality of Bayamón et al v. Exxon Mobil Corporation et al

**IN FORMA PAUPERIS:** YES _____ NO __X__

**MOTIONS PENDING:** YES _____ NO __X__

**NOTICE OF APPEAL FILED BY:** Plaintiffs

**APPEAL FROM:** Judgment entered on 09/11/2025

**SPECIAL COMMENTS:** Electronically filed documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**

Docket Entries 409 and 410

I HEREBY CERTIFY that the enclosed documents contained herein are the pleadings as described above and constitute the abbreviated record on appeal in the case.

ADA I. GARCIA-RIVERA, ESQ.
Clerk of the Court

S/ Idnar Díaz
Idnar Díaz
Deputy Clerk

s/c: CM/ECF Parties, Appeals Clerk